IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------X
In re:                        :   Chapter 7
                              :
STUDENT FINANCE CORPORATION,  :   Case No. 02-11620 (DDS)
                              :
           Debtor.            :
                              :
_____:
                              :
CHARLES A. STANZIALE, JR.,    :   Adv. Pro. No. 04-58003
CHAPTER 7 TRUSTEE OF STUDENT  :
FINANCE CORPORATION,          :
                              :
           Plaintiff,         :
                              :
      v.                      :
                              :
McGLADREY & PULLEN, LLP       :
and MICHAEL AQUINO,           :
                              :
           Defendants.        :
                              :
------------------------------X
```

**ORDER ADDRESSING DEFENDANTS' MOTION TO WITHDRAW REFERENCE OF
ADVERSARY PROCEEDING FROM THE UNITED STATES BANKRUPTCY COURT**

THIS MATTER, having been presented to the Court by way of the Motion of Defendants McGladrey & Pullen, LLP ("McGladrey"), and Michael Aquino ("Aquino") for Withdrawal of the Reference of Adversary Proceeding from the United States Bankruptcy Court;

AND it appearing that adequate notice of the for Withdrawal of the Reference of Adversary Proceeding from the United States Bankruptcy Court has been provided to interested parties, and that the Plaintiff consents to the Motion, and that good and sufficient cause exists for the entry of the within Order, it is hereby

WLM\204938.1

ORDERED that the Motion is GRANTED and reference to the United States Bankruptcy Court for the District of Delaware of Adversary Proceeding No. 04-58003 is hereby withdrawn pursuant to 28 U.S.C. § 157(d).

Dated: *March 2 2005*
Wilmington, Delaware

*Joseph J. Farnan*
UNITED STATES DISTRICT JUDGE