IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STUDENT FINANCE CORPORATION, | ) | Case No. 02-11620 (JBR) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| CHARLES A. STANZIALE, JR., | ) | |
| CHAPTER 7 TRUSTEE OF STUDENT | ) | |
| FINANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Proc. No. _____ |
| | ) | |
| MCGLADREY & PULLEN, LLP, and | ) | |
| MICHAEL AQUINO, | ) | |
| | ) | |
| Defendant. | ) | |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: |
|---|
| 824 Market Street, 3rd Floor |
| Wilmington, Delaware 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.

| Christopher A. Ward, Esquire | Donald J. Crecca, Esquire |
|---|---|
| THE BAYARD FIRM | Jeffrey T. Testa, Esquire |
| 222 Delaware Avenue, Suite 900 | SCHWARTZ, TOBIA, STANZIALE, |
| Wilmington, Delaware 19801 | SEDITA & CAMPISANO, P.A. |
| (302) 655-5000 | Kip's Castle-22 Crestmont Road |
| | Montclair, New Jersey 07042 |
| | (973) 746-6000 |

569274v1

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| United States Bankruptcy Court<br>824 Market Street, 3rd Floor<br>Wilmington, Delaware  19801 | |
|---|---|
| | Date and Time:<br><br>To be determined. |



IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

**United States Bankruptcy
  Court for the District
    of Delaware**

/s/ David D. Bird
*Clerk of the Bankruptcy Court*

Date:  December 22, 2004

569274v1