UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| STUDENT FINANCE CORPORATION, | ) | Case No. 02-11620(JBR) |
| | ) | |
| Debtor. | ) | |
| | ) | |

ORDER REASSIGNING CASE

The above-captioned bankruptcy case and all open adversary proceedings on Exhibit A are hereby transferred to the Honorable Donal D. Sullivan for all further proceedings and disposition.

_____
MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

When filing papers, please include the initials of the Judge assigned to the case.

Dated: January 12, 2005

cc:  Christopher A. Ward, Esquire[1]

---

[1] Counsel is to distribute a copy of this Order on all interested parties and file a Certificate of Service with the Court.