**EXHIBIT A**

# United States Bankruptcy Court
**District of Delaware**
1/12/2005

## Open Adversary Report

**Lead Case: 02-11620-JBR**

**Student Finance Corp.**

| Adversary # | Caption |
|---|---|
| 03-54207-JBR | Alliance Corporation v. Student Finance Corporation |
| 04-52631-JBR | STANZIALE, JR. AS CHAPTER 7 TRUSTEE v. SunTrust Bank, Nashville, N.A. et al |
| 04-52854-JBR | CHARLES A. STANZIALE, JR., as Chapter 7 Trustee fo v. Dell Marketing, L.P. |
| 04-52855-JBR | CHARLES A. STANZIALE, JR., as Chapter 7 Trustee fo v. Efficient Office Solutions, Inc. |
| 04-52858-JBR | CHARLES A. STANZIALE, JR., as Chapter 7 Trustee fo v. Iron Mountain |
| 04-52863-JBR | CHARLES A. STANZIALE, JR., as Chapter 7 Trustee fo v. Signature Furniture Services, Inc. |
| 04-52864-JBR | CHARLES A. STANZIALE, JR., as Chapter 7 Trustee fo v. Software Services of Delaware, Inc. |
| 04-55218-JBR | Charles A. Stanziale, Jr., Chapter 7 Trustee of St v. Andrew N. Yao et al |
| 04-55635-JBR | Charles A. Stanziale, Jr., Chapter 7 Trustee of St v. Alexandria Karlsen a/k/a Alexandria Karlsen Wolfe, |
| 04-55891-PBL | CHARLES A. STANZIALE, JR., as Chapter 7 Trustee fo v. International Benefits Group, Inc. |
| 04-56406-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. HENSON TRUCK LEASING, INC., D/B/A THOR |
| 04-56407-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. TRANSPORT TRAINING, INC. |
| 04-56408-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. MP III HOLDINGS, INC., D/B/A MTA SCHOOL |
| 04-56409-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. HOOK UP DRIVERS, INC. |
| 04-56410-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. D.E. WELCH COMPANY, INC., et al |
| 04-56411-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. PROFESSIONAL TRUCK DRIVING SCHOOL, I |
| 04-56412-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. CUSTOM TRAINING, INC., D/B/A INTERNATI |
| 04-56413-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. COASTAL COLLEGE, INC., D/B/A COASTAL T |
| 04-56414-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. CAREER PATH TRAINING CORPORATION, et |
| 04-56416-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. FRANKLIN CAREER SERVICES, INC., et al |
| 04-56417-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. TRUCK DRIVER INSTITUTE, INC., et al |
| 04-56423-PBL | STANZIALE, JR. AS CHAPTER 7 TRUSTEE v. W. RODERICK GAGNE, TRUSTEE OF TRUST UNDER DEED OF |
| 04-56426-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. TTC, a/k/a TTC-LEBANON, a/k/a TRANSPORT |
| 04-56427-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. ABC CORP. (1-20) (fictitious names as true identit |
| 04-56428-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. AMERICA&#039;S DRIVING FORCE OF GEOR |
| 04-56429-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. ALABAMA DRIVERS ACADEMY, LLC, a/k/a A |
| 04-56430-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. ABC CORP. (1-20) (fictitious names as true identit |
| 04-56431-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. HEALTHCARE INSTITUTE OF JACKSON, INC |
| 04-56432-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. CHARLOTTE TRUCK DRIVER TRAINING SCH |
| 04-56433-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. U.S. TRUCK DRIVER TRAINING SCHOOL, INC |
| 04-56435-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. BEARCAT TRUCK DRIVING SCHOOL, INC. a/ |
| 04-56436-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. United States Truck Driving School, Inc., a/k/a US |
| 04-56437-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. UNITED TRUCK & CAR DRIVING SCHOOL, IN |
| 04-56438-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. WINSOR TRACTOR TRAILER; et al |
| 04-56439-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. CAPITAL CAREERS LTD., d/b/a TRANSPORT T |

# United States Bankruptcy Court
## District of Delaware
1/12/2005

## Open Adversary Report

**Lead Case:** 02-11620-JBR

**Student Finance Corp.**

| Adversary # | Caption |
|---|---|
| 04-56440-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. ABC CORP. (1-20) (fictitious names as true identit |
| 04-56441-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. TRANSTECH, INC., a/k/a TRANSTECH, a/k/a HI |
| 04-56442-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. THE NATIONAL BUSINESS INSTITUTE OF FL |
| 04-56443-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. PACIFIC COAST BUSINESS GROUP, LLC a/k/a |
| 04-56444-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. J.B.W. MANAGEMENT COMPANY a/k/a DELT. |
| 04-56445-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. NAPIER TRUCK DRIVER TRAINING, INC. a/k/ |
| 04-56446-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. PITTSBURGH INSTITUTE OF AERONAUTICS, |
| 04-56447-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. PROFESSIONAL DRIVER INSTITUTE, INC. a/k |
| 04-56448-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. DSC TRAINING ACADEMICS-GREENVILLE; e |
| 04-56449-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. R&E INC. et al |
| 04-56450-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. TRANSPORTATION SERVICES - MABLETON; |
| 04-56451-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. TRI-AREA DRIVING SCHOOL, INC. a/k/a TRI- |
| 04-56452-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. TRI-STATE EDUCATIONAL SYSTEMS, INC., a |
| 04-56453-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. ABC CORP. (1-20) (fictitious names as true identit |
| 04-56454-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. SOUTHEASTERN TRAINING CENTER, INC. a/ |
| 04-56455-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. SHIPPERS&#039; CHOICE OF VIRGINIA, INC., |
| 04-56456-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. Quality College of Transportation Careers, Inc., a |
| 04-56457-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. PROFESSIONAL TRUCK-DRIVER TRAINING S |
| 04-56458-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. PC/LAN SOLUTIONS, INC. et al |
| 04-56459-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. NORTH ALABAMA DRIVING ACADEMY, INC |
| 04-56460-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. Action Career, a/k/a Action Career Training, a/k/a |
| 04-56461-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. TTT TRUCK DRIVERS SCHOOL, INC. a/k/a TT |
| 04-56462-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. ACROSS AMERICA, INC. et al |
| 04-56463-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. TUDOR ENTERPRISES, INC., d/b/a COMMONV |
| 04-56464-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. COMMERCIAL DRIVERS SERVICES, INC.; et a |
| 04-56465-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. COMPUTER BUSINESS COLLEGE, INC.; et al |
| 04-56466-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. ABC CORP. (1-20) (fictitious names as true identit |
| 04-56467-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. ABC CORP. (1-20) (fictitious names as true identit |
| 04-56468-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. COMMERCIAL DRIVERS TRAINING ACADEN |
| 04-56469-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. THE CDL SCHOOL, INC., et al |
| 04-56470-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. CAREER DRIVING AND LEARNING CENTERS |
| 04-56471-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. DALY&#039;S TRUCK DRIVING SCHOOL, INC |
| 04-56472-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. J & C TRUCK DRIVING SCHOOL, INC.; et al |
| 04-56473-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. INTERSTATE UNIVERSITY, INC., a/k/a INTER: |
| 04-56474-PBL | CHARLES A. STANZIALE, JR., as Chapter 7 Trustee fo v. Commercial Driver Training Consultants, Inc.; et a |

# United States Bankruptcy Court
## District of Delaware
1/12/2005

## Open Adversary Report

**Lead Case: 02-11620-JBR**

**Student Finance Corp.**

| Adversary # | Caption |
|---|---|
| 04-56475-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. THE GREATER PHILADELPHIA URBAN AFFA |
| 04-56476-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. NICI, INC. |
| 04-56477-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. PLEASE TOUCH MUSEUM |
| 04-56478-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. SWH FUNDING CORP. |
| 04-56479-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. ZOOLOGICAL SOCIETY OF PHILADELPHIA E |
| 04-56480-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. THE FRANKLIN INSTITUTE |
| 04-56481-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. BELLAGIO, LLC, A/K/A BELLAGIO RESORT & |
| 04-56482-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. NORTH et al |
| 04-56483-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. MANDALAY CORP. D/B/A MANDALAY BAY I |
| 04-56484-PBL | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. KIRK MONTEVERDE |
| 04-56486-JBR | Charles A. Stanziale, Jr., Chapter 7 Trustee of St v. The Gladwyne Montessori School |
| 04-56487-PBL | Charles A. Stanziale, Jr., Chapter 7 Trustee of St v. Omega Technical Training Institute, Inc. |
| 04-56488-PBL | Charles A. Stanziale, Jr., Chapter 7 Trustee of St v. American Eagle Truck Drive Academy, Corp. |
| 04-56489-PBL | Charles A. Stanziale, Jr., Chapter 7 Trustee of St v. Elite Truck Driver Training, Inc. a/k/a Elite Truc |
| 04-56490-PBL | Charles A. Stanziale, Jr., Chapter 7 Trustee of St v. D&L Tractor Trailer School, LLC a/k/a D&L Tractor |
| 04-56491-JBR | Charles A. Stanziale, Jr., Chapter 7 Trustee of St v. Wilmington Trust of Pennsylvania |
| 04-57041-JBR | Charles A. Stanziale Jr., Chapter 7 Trustee of Stu v. Wilmington Trust of Pennsylvania et al |
| 04-58003-JBR | CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF ST v. McGladrey & Pullen, LLP; et al |

**Total For Case Number 04-58003-JBR:    88**

**Grand Total All Cases :    88**