**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STUDENT FINANCE CORPORATION, | ) | Case No. 02-11620 (DDS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| D&L Tractor Trailer School, LLC a/k/a | ) | |
| D&L Tractor Trailer School Academy, | ) | (Adv. Proc. No. 04-56490) |
| International Benefits Group, Inc., | ) | (Adv. Proc. No. 04-55891) |
| Elite Truck Driver Training, Inc. a/k/a | ) | |
| Elite Truck Driver School a/k/a Elite | ) | |
| Truck  Driver Training, | ) | (Adv. Proc. No. 04-56489) |
| American Eagle Truck Driver Academy, | ) | |
| Corp., | ) | (Adv. Proc. No. 04-56488) |
| Omega Technical Training Institute, | ) | (Adv. Proc. No. 04-56487) |
| Kirk Monteverde, | ) | (Adv. Proc. No. 04-56484) |
| Henson Truck Leasing, Inc., d/b/a | ) | |
| Throroughbred Truck Driving School, | ) | (Adv. Proc. No. 04-56406) |
| Hook Up Drivers, Inc., | ) | (Adv. Proc. No. 04-56409) |
| D.E. Welch Company, Inc., Alliance, | ) | |
| Corporation, d/b/a Alliance | ) | |
| Tractor-Trailer Training Centers, | ) | |
| Alliance Tractor Trailer Training, Inc., | ) | |
| d/b/a Alliance Tractor Trailer Training | ) | |
| III, Alliance Tractor-Trailer Training II, | ) | |
| Inc. d/b/a, Alliance Tractor-Trailer | ) | |
| Training Center, d/b/a Alliance | ) | |
| Tractor-Trailer V, Inc. Alliance | ) | |
| Tractor-Trailer Training VI, Inc., | ) | (Adv. Proc. No. 04-56410) |
| Transport Investment Group, Inc. | ) | |
| Professional Truck Driving School, Inc. | ) | |
| d/b/a The Professional Truck Driving | ) | |
| School, | ) | (Adv. Proc. No. 04-56411) |
| Coastal College, Inc., d/b/a Coastal Truck | ) | |
| Driving School, | ) | (Adv. Proc. No. 04-56413) |
| Career Path Training Corporation, | ) | |
| Roadmaster Drivers School, Inc., et al., | ) | (Adv. Proc. No. 04-56414) |
| Franklin Career Services, Inc., Franklin | ) | |
| Career Services LLC, et al., | ) | (Adv. Proc. No. 04-56416) |
| Pepper Hamilton LLP et al., | ) | (Adv. Proc. No. 04-56423) |
| Truck America Training, LLC, a/k/a | ) | |
| Truck  America Training, | ) | (Adv. Proc. No. 04-56453) |

Shippers Choice of Virginia, Inc. a/k/a )
Shippers Choice of Virginia; and ABC )
Corp, Shippers' Choice of Virginia, Inc., )
a/k/a Shippers' Choice of Virginia , )     (Adv. Proc. No. 04-56455)
Quality College of Transportation )
Careers, a/k/a Quality College )
Vocational Careers, a/k/a Quality )
College, a/k/a Truckers D.O.T./D.M.V. )
Examination Corporation, et al., )     (Adv. Proc. No. 04-56456)
North Alabama Driving Academy, Inc. )
a/k/a North Alabama Driving, )     (Adv. Proc. No. 04-56459)
TTT Truck Drivers School, Inc. a/k/a )
TTT Truck School, )     (Adv. Proc. No. 04-56461)
Across America Inc. and ABC Corp )
(1-20), Across America, Inc., Across )
America, )     (Adv. Proc. No. 04-56462)
Tudor Enterprises, Inc., d/b/a )
Commonwealth Truck Driving School, )
a/k/a Commonwealth-Georgetown, )     (Adv. Proc. No. 04-56463)
Commercial Vehicle Operators Training )
a/k/a C.V.O.T., )     (Adv. Proc. No. 04-56466)
Commercial Drivers Training )
Academy, Inc. a/k/a CDTA Corporation; )
CDTA-Grand Bay; CDTA-Greenville; )
and ABC Corp (1-20), )     (Adv. Proc. No. 04-56468)
The CDL School, Inc., et al., )     (Adv. Proc. No. 04-56469)
Career Driving and Learning Centers; )
and ABC Corp. (1-20), )     (Adv. Proc. No. 04-56470)
Daly's Truck Driving School, Inc. a/k/a )
Daly's Truck Driving School; and ABC )
Corp (1-20), )     (Adv. Proc. No. 04-56471)
J&C Truck Driving School, Inc.; )
J&C-Opelika; and ABC Corp (1-20), )     (Adv. Proc. No. 04-56472)
Interstate University, Inc., a/k/a )
Interstate Truck Driving )
School, Inc., et al., )     (Adv. Proc. No. 04-56473)
Commercial Driver Training )
Consultants, Inc.; Commercial )
Driver Training Consultants a/k/a )
Commercial Consultants-Indianapolis; )
and ABC Corp. (1-20), )     (Adv. Proc. No. 04-56474)
Action Career Training, L.P., )     (Adv. Proc. No. 04-56460)
Alabama Driver's Academy, Inc. )     (Adv. Proc. No. 04-56429)

| | |
|---|---|
| Alexandria Karlsen a/k/a Alexandria | ) |
| Karlsen Wolfe, et als., | ) (Adv. Proc. No. 04-55635) |
| America's Driving Force of Georgia, Inc., | ) (Adv. Proc. No. 04-56428) |
| Bearcat Driving School, | ) (Adv. Proc. No. 04-56435) |
| Bellagio, LLC a/k/a Bellagio Resort | ) |
| & Casino, | ) (Adv. Proc. No. 04-56481) |
| Capital Career, Ltd. d/b/a Transport Tech | ) |
| Express, | ) (Adv. Proc. No. 04-56439) |
| Central Square Driving, Inc., | ) (Adv. Proc. No. 04-56440) |
| Charlotte Truck Driver Training School, | ) (Adv. Proc. No. 04-56432) |
| Commercial Driver Services, Inc. | ) |
| (Woodford), | ) (Adv. Proc. No. 04-56464) |
| Commercial Truck Driver Training of | ) |
| Atlanta, Inc. (a/k/a Katlaw), | ) (Adv. Proc. No. 04-56467) |
| Computer Business College, | ) (Adv. Proc. No. 04-56465) |
| Concorde Career Institute, | ) (Adv. Proc. No. 04-56434) |
| Custom Training, Inc. d/b/a | ) |
| International Schools, | ) (Adv. Proc. No. 04-56412) |
| Dell Marketing, L.P., | ) (Adv. Proc. No. 04-52854) |
| DSC Training Academies (Greenville), | ) (Adv. Proc. No. 04-56448) |
| Efficient Office Solutions, Inc, | ) (Adv. Proc. No. 04-52855) |
| The Franklin Institute, | ) (Adv. Proc. No. 04-56480) |
| Future Truckers of America, Inc., | ) (Adv. Proc. No. 04-56430) |
| The Gladwyne Montessori School | ) (Adv. Proc. No. 04-56486) |
| The Greater Philadelphia Urban Affairs | ) |
| Coalition, | ) (Adv. Proc. No. 04-56475) |
| Healthcare Institute of Jackson a/k/a | ) |
| Health Institute of Jackson, | ) (Adv. Proc. No. 04-56431) |
| Iron Mountain, | ) (Adv. Proc. No. 04-52858) |
| ITEC, | ) (Adv. Proc. No. 04-56427) |
| J.B.W. Management Company a/k/a | ) |
| Delta Truck (Owensboro), | ) (Adv. Proc. No. 04-56444) |
| Jerrold M. North and Gayle M. North, | ) (Adv. Proc. No. 04-56482) |
| Mandalay Corp. d/b/a Mandalay Bay | ) |
| Resort & Casino, | ) (Adv. Proc. No. 04-56483) |
| McGladrey & Pullen, LLP; Michael | ) |
| Acquino, | ) (Adv. Proc. No. 04-58003) |
| MPIII Holdings, Inc. d/b/a MTA Schools | ) |
| and MTA School, Inc d/b/a MTA Schools, | ) (Adv. Proc. No. 04-56408) |
| Napier Truck Driving Training, Inc., | ) (Adv. Proc. No. 04-56445) |
| National Business Institute of Florida, | ) (Adv. Proc. No. 04-56442) |
| NICI, Inc., | ) (Adv. Proc. No. 04-56476) |

Pacific Coast Business Group, LLC )
(a/k/a Pacific Coast Truck School), ) (Adv. Proc. No. 04-56443)
PC/LAN Solutions, Inc., ) (Adv. Proc. No. 04-56458)
Pittsburgh Aeronautics Institute, Inc. ) (Adv. Proc. No. 04-56446)
Please Touch Musem, ) (Adv. Proc. No. 04-56477)
Professional Driver Institute, Inc. )
(a/k/a Professional TDI-Batavia), ) (Adv. Proc. No. 04-56447)
Professional Truck Driver Training School )
(a/k/a TDT-Chicago). ) (Adv. Proc. No. 04-56457)
R&E, Inc., ) (Adv. Proc. No. 04-56449)
Signature Furniture Services, Inc. ) (Adv. Proc. No. 04-52863)
Software Services of Delaware, Inc., ) (Adv. Proc. No. 04-52864)
Southeastern Training Center, Inc., ) (Adv. Proc. No. 04-56454)
SWH Funding, ) (Adv. Proc. No. 04-56478)
Transport Training, Inc., ) (Adv. Proc. No. 04-56407)
Transportation Services-Mableton, ) (Adv. Proc. No. 04-56450)
TransTech, Inc. (a/k/a Hickory) ) (Adv. Proc. No. 04-56441)
Tri-Area Driving School, Inc., ) (Adv. Proc. No. 04-56451)
Tri-State Educational Systems, Inc., ) (Adv. Proc. No. 04-56452)
Truck Driver Institute, Inc., Truck Driver )
Institute of Florida, Inc., Texas Truck Driver )
Institute, Inc., Truck Driver Institute of )
Indiana, Inc., Truck Driver Institute of )
Mississippi, Inc., Truck Driver Institute of )
Alabama, Inc., Commercial Driver )
Institute, Inc. and CDI Services, Inc., ) (Adv. Proc. No. 04-56417)
TTC (a/k/a TTC-Lebanon), ) (Adv. Proc. No. 04-56426)
U.S. Truck Driver Training School, Inc. )
(a/k/a U.S. Truck-Detroit), ) (Adv. Proc. No. 04-56433)
United States Truck Driving School, Inc. )
(a/k/a USTDS, Inc.), ) (Adv. Proc. No. 04-56436)
United Truck & Car Driving School (a/k/a )
United TDS, ) (Adv. Proc. No. 04-56437)
Wilmington Trust of Pennsylvania, ) (Adv. Proc. No. 04-56491)
Wilmington Trust of Pennsylvania, )
Andrew N. Yao, and Lore N. Yao, ) (Adv. Proc. No. 04-57041)
Winsor Tractor Trailer, ) (Adv. Proc. No. 04-56438)
Zoological Society of Philadelphia, ) (Adv. Proc. No. 04-56479)

## STATUS REPORT ON ADVERSARY PROCEEDINGS PENDING
## BEFORE THE HONORABLE DONAL D. SULLIVAN

Pursuant to this Court's procedures, the Chapter 7 Trustee respectfully submits this Status

Report on Adversary Proceedings pending before the Honorable Donal D. Sullivan:

**STATUS C:**

Service has been completed and no answer has been filed regarding these defendants.  A motion requesting default judgment has been filed with the Court.

**STATUS E:**

These adversary proceedings have been settled and a stipulation of dismissal will be filed with the Court once executed by both parties.  The Chapter 7 Trustee will seek this Court's approval, as necessary of these settlements and expects to have the stipulations of dismissal filed no later than February 2, 2006.

**STATUS F:**

Service has been completed with respect to certain of the defendants as listed in detail on the attached chart.  Discovery has begun and will be completed pursuant to a case management order to be submitted to the Court at the March 1, 2005 hearing.

Dated:  February 2, 2005            THE BAYARD FIRM
        Wilmington, Delaware

                                    Daniel K. Astin (No. 4068)
                                    Christopher A. Ward (No. 3877)
                                    222 Delaware Avenue, Suite 900
                                    Wilmington, Delaware  19899

                                            -and-

                                    SCHWARTZ, TOBIA, STANZIALE,
                                    SEDITA & CAMPISANO, P.A
                                    Donald J. Crecca, Esq.
                                    Jeffery Testa, Esq.
                                    22 Cresmont Road
                                    Montclair, New Jersey  07042

                                            -and-

                                    DILWORTH PAXSON, LLP

Sheryl Auerbach, Esquire
James Rodgers, Esquire
3200 Mellon Bank Center
Philadelphia, Pennsylvania 19103-7595

Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee

Judge Lindsey
Judge Sullivan

SFC/Driving Schools Chart

| Defendant | Adv. Pro. No. | STATUS |
|---|---|---|
| Across America, Inc. | 04-56462 (DDS) | F |
| Action Career Training, L.P. | 04-56460 (DDS) | F |
| Alabama Driver's Academy, Inc. | 04-56429 (DDS) | F |
| Alexandria Karlsen a/k/a Alexandria Karlsen Wolfe, et als. | 04-55635 (DDS) | F |
| American Eagle Truck Driver Academy | 04-56488 (DDS) | F |
| America's Driving Force of Georgia, Inc. | 04-56428 (DDS) | F |
| Bearcat Driving School | 04-56435 (DDS) | F |
| Bellagio, LLC a/k/a Bellagio Resort & Casino | 04-56481 (DDS) | F |
| Capital Career, Ltd. d/b/a Transport Tech Express | 04-56439 (DDS) | F |
| Career Driving and Learning Centers, LLC | 04-56470 (DDS) | F |
| Career Path Training Corporation, Roadmaster Drivers School, Inc., Roadmaster Drivers School of Auburndale, Inc., Roadmaster Drivers School of Ohio, Inc., CDL Testing, Inc., Roadmaster Drivers School of Jacksonville, Inc., Central Florida Institute, Inc., Commercial Driver Training, Inc., DIA Management, Inc. d/b/a Diesel Institute of America | 04-56414 (DDS) | |
| CDL Corp. | 04-56469 (DDS) | F |
| Central Square Driving, Inc. | 04-56440 (DDS) | F |
| Charlotte Truck Driver Training School | 04-56432 (DDS) | F |
| Coastal College, Inc. d/b/a Coastal Truck Driving School | 04-56413 (DDS) | F |

Updated 2/1/2005

Judge Lindsey
Judge Sullivan

SFC/Driving Schools Chart

| Defendant | Adv. Pro. No. | STATUS |
|---|---|---|
| Commercial Driver Services, Inc. (Woodford) | 04-56464 (DDS) | F |
| Commercial Driver Training Consultants, Inc. (Comm's Consultants-IND) + xtra address | 04-56474 (DDS) | F |
| Commercial Drivers Training Academy, Inc. (CDTA) | 04-56468 (DDS) | F |
| Commercial Truck Driver Training of Atlanta, Inc. (a/k/a Katlaw) | 04-56467 (DDS) | F |
| Commercial Vehicle Operators Training, Inc. (C.V.O.T.) | 04-56466 (DDS) | F |
| Computer Business College | 04-56465 (DDS) | F |
| Custom Training, Inc. d/b/a International Schools | 04-56412 (DDS) | F |
| D&L Tractor Trailer School, LLC | 04-56490 (DDS) | F |
| D.E. Welch Company, Inc., Alliance Corporation d/b/a Alliance Tractor-Trailer Training Centers, Alliance Tractor Trailer Training, Inc. d/b/a Alliance Tractor Trailer Training III, Alliance Tractor-Trailer Training II, Inc. d/b/a Alliance Tractor-Trailer Training Center, d/b/a Alliance Tractor-Trailer V, Inc., and Alliance Tractor-Trailer Training VI, Inc. | 04-56410 (DDS) | F |
| Daly's Truck Driving School, Inc. | 04-56471 (DDS) | F |
| Dell Marketing, L.P. | 04-52854 (DDS) | F |
| DSC Training Academies (Greenville) | 04-56448 (DDS) | F |
| Efficient Office Solutions, Inc. | 04-52855 (DDS) | F |

Updated 2/1/2005

SFC/Driving Schools Chart

| Defendant | Adv. Pro. No. | STATUS |
|---|---|---|
| Elite Truck Driver Training, Inc. | 04-56489 (DDS) | F |
| Franklin Career Services, Inc., Franklin Career Services LLC, Franklin Career Services Training Center LLC, CSV Acquisition III LLC, d/b/a Heartland Truck Driving School, LLC, CSV Acquisition IV LLC, d/b/a Top Gun Driving Academy, LLC, Gateway Truck Driving Academy LLC, Premier Truck Driving Academy LLC, Pro-Sales Training, LLC, Mid-America Training Center LLC, Champion Truck Driving Academy L.L.C., Capital Training Center LLC, Crossroads Driver Training LLC, 5-Star Truck Driving School LLC d/b/a Five Star Heavy Equipment Operators Training, LLC, Franklin Career Center-Dallas LLC, Ameri-Mex Training Center LLC, Commercial Driver Training LLC, Franklin Career Center-Jackson LLC, Tractor Trailer Tech LLC, Skill Master Training Center LLC, West Bend Training Center LLC, Hilltopper's Heavy Equipment LLC, East Coast Truck Driving School LLC, Mid-State Trucking School LLC, Interstate Driving Academy LLC, Top Gun CDL Training (MI) Center LLC d/b/a Top Gun CDL Training Center LLC, Franklin Aviation Academy LLC, Franklin Career Services Training Center LLC, Franklin Heavy Equipment School LLC, Material Handling Trainir | 04-56416 (DDS) | F |
| Franklin Institute, The | 04-56480 (DDS) | F |
|  | 04-56430 (DDS) | F |
| Future Truckers of America, Inc. | 04-56486 (DDS) | F |
| Gladwyne Montessori School, The | 04-56475 (DDS) | F |
| Greater Philadelphia Urban Affairs Coalition, The | 04-56431 (DDS) | F |
| Healthcare Institute of Jackson a/k/a Health Institute of Jackson | | |

Judge Lindsey
Judge Sullivan

SFC/Driving Schools Chart

| Defendant | Adv. Pro. No. | STATUS |
|---|---|---|
| Henson Truck Leasing, Inc. d/b/a Thoroughbred Truck Driving School | 04-56406 (DDS) | F |
| Hook Up Drivers, Inc. | 04-56409 (DDS) | C |
| International Benefits Group, Inc. | 04-55891 (DDS) | E |
| Interstate University, Inc. (a/k/a Interstate Truck) | 04-56473 (DDS) | F |
| Iron Mountain | 04-52858 (DDS) | E |
| ITEC | 04-56427 (DDS) | F |
| J&C Truck Driving School, Inc. (J&C - Opelika) | 04-56472 (DDS) | F |
| J.B.W. Management Company a/k/a Delta Truck (Owensboro) | 04-56444 (DDS) | F |
| Jerrold M. North and Gayle M. North | 04-56482 (DDS) | F |
| Kirk Monteverde | 04-56484DDS | E |
| Mandalay Corp. d/b/a Mandalay Bay Resort & Casino | 04-56483DDS | E |
| McGladrey & Pullen, LLP; Michael Aquino | 04-58033-DDS | F (motion to withdraw reference has been filed) |
| MP III Holdings, Inc. d/b/a MTA Schools and MTA School, Inc. d/b/a MTA Schools | 04-56408DDS | F |

Page 4

Updated 2/1/2005

SFC/Driving Schools Chart

| Defendant | Adv. Pro. No. | STATUS |
|---|---|---|
| Napier Truck Driving Training, Inc. | 04-56445 (DDS) | F |
| National Business Institute of Florida, Inc. | 04-56442 (DDS) | F |
| NICI, Inc. | 04-56476 (DDS) | F |
| North Alabama Driving Academy | 04-56459 (DDS) | F |
| Omega Technical Training Institute | 04-56487 (DDS) | F |
| Pacific Coast Business Group, LLC (a/k/a Pacific Coast Truck School) | 04-56443 (DDS) | F |
| PC/LAN Solutions, Inc. | 04-56458 (DDS) | F |
| Pittsburgh Aeronautics Institute, Inc. | 04-56446 (DDS) | F |
| Please Touch Museum | 04-56477 (DDS) | F |
| Professional Driver Institute, Inc. (a/k/a Professional TDI - Batavia) | 04-56447 (DDS) | F |
| Professional Truck Driver Training School (a/k/a TDT - Chicago) | 04-56457 (DDS) | F |
| Quality College of Transportation Careers, Inc. | 04-56456 (DDS) | F |
| R&E, Inc. | 04-56449 (DDS) | F |
| Shippers' Choice of Virginia, Inc. | 04-56455 (DDS) | F |
| Signature Furniture Services, Inc. | 04-52863 (DDS) | F |
| Software Services of Delaware, Inc. | 04-52864 (DDS) | F |
| Southeastern Training Center, Inc. | 04-56454 (DDS) | F |

Judge Lindsey
Judge Sullivan

| Defendant | Adv. Pro. No. | STATUS |
|---|---|---|
| SWH Funding | 04-56478 (DDS) | F |
| Transport Investment Group, Inc. and Professional Truck Driving School, Inc. d/b/a The Professional Truck Driving School | 04-56411 (DDS) | F |
| Transport Training, Inc. | 04-56407 (DDS) | F |
| Transportation Services - Mableton | 04-56450 (DDS) | F |
| TransTech, Inc. (a/k/a Hickory) | 04-56441 (DDS) | F |
| Tri-Area Driving School, Inc. | 04-56451 (DDS) | F |
| Tri-State Educational Systems, Inc. | 04-56452 (DDS) | F |
| Truck America Training, Inc. | 04-56453 (DDS) | F |
| Truck Driver Institute, Inc., Truck Driver Institute of Florida, Inc., Texas Truck Driver Institute, Inc., Truck Driver Institute of Indiana, Inc., Truck Driver Institute of Mississippi, Inc., Truck Driver Institute of Alabama, Inc., Commercial Driver Institute, Inc. and CDI Services, Inc. | 04-56417 (DDS) | F |
| TTC (a/k/a TTC - Lebanon) | 04-56426 (DDS) | F |
| TTT Truck School | 04-56461 (DDS) | F |
| Tudor Enterprises, Inc. d/b/a Commonwealth Truck (Commonwealth Georgetown) | 04-56463 (DDS) | F |
| U.S. Truck Driver Training School, Inc. (a/k/a U.S. Truck - Detroit) | 04-56433 (DDS) | F |
| United States Truck Driving School, Inc. (a/k/a USTDS, Inc.) | 04-56436 (DDS) | F |

Updated 2/1/2005

SFC/Driving Schools Chart

| Defendant | Adv. Pro. No. | STATUS |
|---|---|---|
| United Truck & Car Driving School (a/k/a United TDS) | 04-56437 (DDS) | F |
| Wilmington Trust of Pennsylvania | 04-56491 (DDS) | F |
| Wilmington Trust of Pennsylvania, Andrew N. Yao, and Lore N. Yao | 04-57041 (DDS) | F |
| Winsor Tractor Trailer | 04-56438 (DDS) | F |
| Zoological Society of Philadelphia | 04-56479 (DDS) | F |