UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| STUDENT FINANCE CORPORATION, ) | Case No. 02-11620 (DDS) |
| ) | |
| Debtor. ) | |
| ) | |
| CHARLES A. STANZIALE, JR., ) | |
| CHAPTER 7 TRUSTEE OF STUDENT ) | Adversary Proceeding No. 04-58003 |
| FINANCE CORPORATION, ) | |
| ) | District Court Case No. 1:05-cv-00072-JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| McGLADREY & PULLEN, LLP, and ) | |
| MICHAEL AQUINO, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION TO DISMISS BY DEFENDANTS
McGLADREY & PULLEN, LLP AND MICHAEL AQUINO**

UPON the motion of Defendants McGladrey & Pullen, LLP and Michael Aquino, to dismiss this action pursuant to Fed. R. Civ. P. 12(b), it is hereby

**ORDERED, ADJUDGED AND DECREED,** that the above captioned action be and hereby is dismissed, with prejudice.

Dated: _____, 2005       _____
                                      HON. _____
                                      United States District Court Judge