UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| STUDENT FINANCE CORPORATION, ) | Case No. 02-11620 (DDS) |
| ) | |
| Debtor. ) | |
| ) | |
| CHARLES A. STANZIALE, JR., ) | |
| CHAPTER 7 TRUSTEE OF STUDENT ) | Adversary Proceeding No. 04-58003 |
| FINANCE CORPORATION, ) | |
| ) | District Court Case No. 1:05-cv-00072-JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| McGLADREY & PULLEN, LLP, and ) | |
| MICHAEL AQUINO, ) | |
| ) | |
| Defendants. ) | |

**APPENDIX OF EXHIBITS TO THE MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS OF McGLADREY & PULLEN, LLP AND MICHAEL AQUINO**

DUANE MORRIS LLP
Michael R. Lastowski (Bar No. 3892)
Christopher M. Winter (Bar No. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4951
Fax: 302-657-4901

-and-

THELEN REID & PRIEST LLP
Richard P. Swanson
Veronica E. Rendon
Jason M. Butler
875 Third Avenue
New York, NY 10022
Phone: 212-603-2000
Fax: 212-603-2001

*Attorneys for McGladrey & Pullen, LLP and Michael Aquino*

## INDEX OF EXHIBITS

| EXHIBITS | DESCRIPTION |
| --- | --- |
| Exhibit A | Complaint from *Stanziale v. McGladrey & Pullen, LLP*, Case No. 02-11620, Adversary Proceeding No. 04-58003 (Bankr. D. Del. 2004) |
| Exhibit B | Complaint from *Stanziale v. Yao*, Case No. 02-11620, Adversary Proceeding No. 04-55218 (Bankr. D. Del. 2004) |
| Exhibit C | Amended Complaint from *Stanziale v. Royal Indemnity Company*, Case No. 02-11620, Adversary Proceeding No. 04-53306 (Bankr. D. Del. 2004) |
| Exhibit D | Consolidated Financial Statements of Student Finance Corporation for Years ended December 31, 2000 and 1999 With Auditor's Report |
| Exhibit E | December 31, 2000 Agreed Upon Procedures Reports |
| Exhibit F | Control Sheets For Issuance Of Agreed Upon Procedures Reports |
| Exhibit G | *Flood v. Makowski*, No. Civ. A: CV-03-1803, 2004 WL 1908221 (M.D. Pa. Aug. 24, 2004) |
| Exhibit H | *Fluke v. Heidrick & Struggles, Inc.*, No. 02-CV-8385, 2003 WL 22316772 (E.D. Pa. Aug. 23, 2003) |
| Exhibit I | *Lichtman v. Taufer*, No. 00556 March Term 2004, 2004 WL 1632574 (Pa. Com. Pl. 200) |
| Exhibit J | *Pierce v. Rossetta Corp.*, 1992 WL 165817 (E.D. Pa. June 12, 1992) |
| Exhibit K | *Thompson v. Glenmede Trust Co.*, No. Civ. A. 92-5233, 1993 WL 197031 (E.D. Pa. June 8, 1993) |