IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF STUDENT <br> FINANCE CORPORATION <br><br> Plaintiff, <br><br> v. <br><br> MCGLADREY & PULLEN, LLP., <br> and MICHAEL AQUINO, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 05-72-JJF <br> : <br> : <br> : <br> : <br> : |

<u>O R D E R</u>

WHEREAS, on March 2, 2005, the Court granted the Motion To Withdrawal Reference in the above-captioned matter(D.I. 5);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall confer and submit, by no later than Friday, April 15, 2005, a Proposed Rule 16 Scheduling Order, using the attached form of order as a basis for the discussions.

<u>March 24, 2005</u>  
DATE

*[signature: Joseph J. Farnan Jr.]*  
UNITED STATES DISTRICT JUDGE