IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 7 |
| : | |
| STUDENT FINANCE CORPORATION, : | Case No. 02-11620 (WS) |
| : | |
| Debtors. : | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    §
                                       §   SS:
NEW CASTLE COUNTY  §

   Tiffany Matthews, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, co-counsel for the chapter 7 trustee in the above-captioned action, and that on the 14th day of April, 2005, she caused a copy of the **Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Walter Shapero on April 27, 2005 at 10:00 a.m.** to be served upon the parties listed below via First Class United States Mail and upon the attached service list via facsimile.

| GE Capital<br>P.O. Box 802585<br>Chicago, IL 60680 | Pitney Bowes<br>P.O. Box 856460<br>Louisville, KY 40285 |
|---|---|
| Copi Quik<br>8900 State Road<br>Philadelphia, PA 19136 | Canon Financial Services<br>P.O. Box 44004<br>Carol Stream, IL 60197 |
| Fleet Business Credit Corp.<br>153 S. LaSalle, Dept. 8210<br>Chicago, IL 60674 | Heller Financial Leasing<br>Dept. 70501<br>P.O. Box 55000<br>Detroit, MI 48255 |
| Dell Financial Services<br>P.O. Box 4307<br>Chicago, IL 60693 | Take-a-Break<br>413 Eight Avenue<br>Wilmington, DE 19805 |

584098v1

| Wells Fargo Financial Leasing<br>P.O. Box 6167<br>Carol Stream, IL 60197 | Avaya Leasing<br>P.O. Box 93000<br>Chicago, IL 60673-3000 |

*/s/ Tiffany Matthews*
Tiffany Matthews

  SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: April 14, 2005

*/s/ Renee R Johnson*
Notary Public

RENEE R. JOHNSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 23, 2008

584098v1

2

# 1THE BAYARD FIRM
ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

302-655-5000
(FAX) 302-658-6395

MERITAS LAW FIRMS WORLDWIDE

WRITER'S DIRECT DIAL NUMBER

302-429-4220
cward@bayardfirm.com

FILE NO.: 30233-1

DATE: 4/14/05

NUMBER OF PAGES: __ (including this page)

TO:

| NAME | COMPANY or PARTY REPRESENTING | FACSIMILE NUMBER |
|---|---|---|
| William Sudell, Jr., Esq. | Morris Nichols, Arsht & Tunnell | 302-658-3989 |
| Elizabeth Ainslie, Esq. | Schnader Harrison Segal & Lewis, LLP | 215-751-2205 |
| Christopher Winter, Esq. | Duane Morris LLP | 302-657-4901 |
| Richard Swanson, Esq. | Thelen Reid & Priest LLP | 212-603-2001 |
| Jason Harbour, Esq. | Hunton & Williams | 804-788-8218 |
| Michael Massad, Jr., Esq. | Hunton & Williams | 214-880-0011 |
| Marc Jeffrey Phillips, Esq. | Connolly Bove Lodge & Hutz LLP | 302-255-4282 |
| Mark R. Owens, Esq. | Klett Rooney Lieber & Schorling | 302-552-4295 |
| Claire M. DeMatteis, Esq. | Stradley, Ronon, Stevens & Young, LLP (Please Touch Museum) | 302-576-5858 |
| Stacy A. Lutkus, Esq. | Morgan, Lewis & Bockius, LLP (The Franklin Institute) | 215-963-5001 |
| Lauren Lonergan Taylor, Esq. | Duane Morris LLP (Philadelphia Zoo) | 215-979-1020 |
| Jeremy Lewis, Esq. | Iron Mountain Information Management, Inc. | 617-451-0409 |
| Phillip M. Hudson, Esq. | Law Offices of Arnstein & Lehr, LLP (The CDL School, Inc., et al.) | 305-374-4744 |

FROM: Christopher A. Ward, Esquire (tm)

RE: Student Finance Corporation

COMMENTS: Please see the attached.

584096v1
CONFIDENTIALITY NOTICE: This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.