IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>STUDENT FINANCE CORPORATION,<br><br>                                         Debtor,<br><br>CHARLES A. STANZIALE JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>                                         Plaintiff,<br><br>v.<br><br>MCGLADREY & PULLEN LLP and<br>MICHAEL AQUINO<br><br>                                         Defendants. | Chapter 7<br><br>Case No. 02-11620 (WS)<br><br><br><br>Adversary Proceeding<br>No. 04-58003 (DDS)<br><br><br>C.A. No. 1:05-cv-00072-JJF |

### SUBSTITUTION OF COUNSEL

PLEASE ENTER THE APPEARANCE OF Richard P. Swanson and Veronica E. Rendon of Arnold & Porter LLP as counsel for the defendants McGladrey & Pullen LLP and Michael Aquino and withdraw the appearance of Thelen Reid & Priest LLP.

Dated: May 11, 2005

**DUANE MORRIS LLP**

By: _/s/ Christopher M. Winter_
Christopher M. Winter
(Del. I.D. No. 4163)
1100 North Market Street
12th Floor
Wilmington, DE 19801
Tel: 302-657-4900
Fax: 302-657-4901
e-mail: CMWinter@duanemorris.com
Attorneys for Defendants
McGladrey & Pullen LLP and
Michael Aquino

**OF COUNSEL:**
Veronica E. Rendon
Richard P. Swanson
**ARNOLD & PORTER LLP**
399 Park Avenue
New York, New York 10022
Tel: (212) 715-1000
Fax: (212) 715-1399

WLM\208246.1