IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>STUDENT FINANCE CORPORATION,<br><br>_____Debtor,_____<br><br>CHARLES A. STANZIALE JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MCGLADREY & PULLEN LLP and<br>MICHAEL AQUINO<br><br>Defendants. | Chapter 7<br><br>Case No. 02-11620 (WS)<br><br><br><br><br>Adversary Proceeding<br>No. 04-58003 (DDS)<br><br><br>C.A. No. 1:05-cv-00072-JJF |

### CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of the **Substitution of Counsel** was made on May 11, 2005, upon all parties identified on the attached service list in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 11, 2005
Wilmington, Delaware

_____
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
Email:        cmwinter@duanemorris.com

WLM\208246.1

## Service List

**Via Hand Delivery**
Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Counsel for Royal Indemnity Company*

**Via First Class Mail**
Michael H. Barr, Esquire
Kenneth J. Phaehler, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020
*Counsel for Royal Indemnity Company*

**Via First Class Mail**
Alan S. Gilbert, Esquire
John Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
*Counsel for Royal Indemnity Company*

**Via First Class Mail**
Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102
*Counsel for W. Riderick Gange and related Family Members and Trusts*

**Via Hand Delivery**
Christopher A. Ward
Anthony Saccullo
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Counsel for Chapter 7 Trustee of Student Finance Corporation*

**Via Hand Delivery**
William H. Sudell, Jr., Esquire
Donna L. Culver, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899
*Counsel for Pepper Hamilton and W. Roderick Gagne*

**Via First Class Mail**
Sheryl Auerbach, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
*Counsel for SFC Trustee*

**Via First Class Mail**
Charles A. Stanziale
Jeffrey T. Testa
Donald Crecca
Schwartz Tobia & Stanziale, P.A.
22 Crestmont Road
Montclair, NJ 07042
*SFC Trustee*

**Via First Class Mail**
Elizabeth K. Ainslie, Esquire
Nicholas J. LePore, III, Esquire
Bruce P. Merenstein, Esquire
Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
*Counsel for Pepper Hamilton and W. Roderick Gagne*