IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> STUDENT FINANCE CORPORATION, <br><br> Debtor. | ) Chapter 7 <br> ) <br> ) Case No. 02-11620 (WS) <br> ) <br> ) <br> ) Adversary Proceeding No. 04-58003 <br> ) |
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF STUDENT <br> FINANCE CORPORATION <br><br> Plaintiff, <br><br> v. <br><br> MCGLADREY & PULLEN, LLP, and <br> MICHAEL AQUINO, <br><br> Defendants. | ) Case No. 1:05-CV-00072-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION EXTENDING TIME FOR
DEFENDANTS TO SUBMIT REPLY BRIEF**

The Plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, and Defendants, McGladrey & Pullen, LLP and Michael Aquino, stipulate and agree that McGladrey & Pullen LLP and Michael Aquino shall have until May 17, 2005 to serve a reply memorandum in support of Defendants' motion to dismiss the Complaint filed in the captioned action. This Stipulation may be executed by facsimile and/or in original multiple

WLM\207417.1

counterparts, each of which shall be deemed an original.

Dated: May 10, 2005

| THE BAYARD FIRM | DUANE MORRIS LLP |
|---|---|
| *(signature)* (DE 3877) | *(signature)* |
| Anthony Saccullo (No. 4141) | Michael R. Lastowski (DE 3829) |
| 222 Delaware Avenue | Christopher M. Winter (DE 4163) |
| Suite 900 | 1100 North Market Street, Suite 1200 |
| Wilmington, DE 19899 | Wilmington, DE 19801-1246 |
| Telephone: (302) 655-5000 | Telephone: (302) 657-4900 |
| -and- | -and- |
| SCHWARTZ TOBIA & STANZIALE, P.A. | ARNOLD & PORTER LLP |
| Donald J. Crecca | Richard P. Swanson |
| Jeffrey T. Testa | Veronica E. Rendon |
| 22 Crestmont Road | 399 Park Avenue |
| Montclair, NJ 07042 | New York, NY 10022-4690 |
| Telephone: (973) 746-6000 | (212) 715-1000 |
| *Attorneys for Chapter 7 Trustee* | *Attorneys for McGladrey & Pullen, LLP and Michael Aquino* |

WLM\207417.1