IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| STUDENT FINANCE CORPORATION, | Case No. 02-11620 (DDS) |
| Debtor. | |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, | Adv. Pro. No. 04-58003 |
| Plaintiff, | District Court Case No. 1:05-cv-00072-JJF |
| v. | |
| McGLADREY & PULLEN, LLP and MICHAEL AQUINO, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of the **Reply Memorandum in Support of the Motion to Dismiss of McGladrey & Pullen, LLP and Michael Aquino** was made on May 17, 2005, upon the individuals on the attached service list in the manner indicated:

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 17, 2005
Wilmington, Delaware

Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901

| | |
|---|---|
| Donald J. Crecca<br>Jeffrey T. Testa<br>Schwartz, Tobia, Stanziale, Sedita & Campisano, P.A.<br>Kip's Castle - 22 Cresmont Road<br>Montclair, NJ 07042<br>***Via First Class Mail*** | William P. Bowden<br>Gregory A. Taylor (No. 4008)<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>Wilmington, Delaware 19899<br>***Via Hand Delivery*** |
| Peter D. Wolfson<br>Michael H. Barr<br>John A. Bicks<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, New York 10020<br>***Via First Class Mail*** | Alan S. Gilbert<br>Sonnenschein Nath & Rosenthal<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606<br>***Via First Class Mail*** |
| Anthony M. Sacullo (No. 4141)<br>Ashley B. Stitzer (No. 3891)<br>Charlene D. Davis (No. 2336)<br>Christopher A. Ward (No. 3877)<br>Daniel K. Astin (No. 4068)<br>Dierdre M. Richards (No. 4191)<br>Mary E. Augustine<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>***Via Hand Delivery*** | Sheryl L. Auerbach<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103-7595<br>***Via First Class Mail*** |
| David Buchbinder<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>***Via Hand Delivery*** | |