IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation, | : : : : |
| Plaintiff, | : : |
| v. | :    Civil Action No. 05-72-JJF |
| MCGLADREY & PULLEN, LLP., and MICHAEL AQUINO, | : : : : |
| Defendants. | : |

### O R D E R

WHEREAS, the Court has received several letters seeking a joint status conference in the above-captioned case and related matters;

NOW THEREFORE, IT IS HEREBY ORDERED that a Status Conference will be held on **Thursday, June 9, 2005 at 3:30 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

May 20, 2005
DATE

[signature]
UNITED STATES DISTRICT JUDGE