IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHARLES A. STANZIALE, JR., :
Chapter 7 Trustee of Student :
Finance Corporation, :
　　　　　　　　　　　　　　　　:
　　　　Plaintiff, :
　　　　　　　　　　　　　　　　:
　　v. : Civil Action No. 05-72-JJF
　　　　　　　　　　　　　　　　:
MCGLADREY & PULLEN, LLP., :
and MICHAEL AQUINO, :
　　　　　　　　　　　　　　　　:
　　　　Defendants. :

**O R D E R**

　　　　WHEREAS, the Court held a Status Conference on June 9, 2005;

　　　　NOW THEREFORE, IT IS HEREBY ORDERED that:

　　　　1) All briefing for motions to dismiss shall be completed **no later than Tuesday, August 16, 2005;**

　　　　2) The parties shall confer and submit an agreed-upon schedule for written discovery **no later than Tuesday, August 16, 2005;**

　　　　3) Written discovery shall commence on **Wednesday, September 7, 2005;**

　　　　4) The parties shall submit, **no later than Tuesday, August 16, 2005,** their preferences for trial dates: December 2006, late January 2007, or March 2007.

June 13, 2005　　　　　　　　　　　　　　　　　／s／ Joseph J. Farnan Jr.
　　DATE　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE