IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES A. STANZIALE, JR., <br> Chapter 7 Trustee of Student Finance Corporation <br><br> Plaintiff, <br><br> v. <br><br> McGLADREY & PULLEN, LLP and <br> MICHAEL AQUINO, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 05-72 <br><br> Hon. Joseph J. Farnan, Jr. |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Veronica E. Rendon of Arnold & Porter LLP, 399 Park Avenue, New York, New York 10022, to represent McGladrey & Pullen, LLP and Michael Aquino in this matter.

Dated: July 7, 2005
Wilmington, Delaware

Michael R. Lastowski (DE I.D. 3892)
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

*Co-Counsel for McGladrey & Pullen, LLP and Michael Aquino*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
United States District Court Judge

WLM\209458.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

/s/ Veronica E. Rendon
Veronica E. Rendon
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Telephone:    (212) 715-1000
Facsimile:     (212) 715-1399

*Co-Counsel for McGladrey & Pullen, LLP and Michael Aquino*