IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., <br> Chapter 7 Trustee of Student Finance Corporation <br><br> Plaintiff, <br><br> v. <br><br> McGLADREY & PULLEN, LLP and <br> MICHAEL AQUINO, <br><br> Defendants. | C.A. No. 05-72 <br><br> Hon. Joseph J. Farnan, Jr. |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Richard P. Swanson of Arnold & Porter LLP, 399 Park Avenue, New York, New York 10022, to represent McGladrey & Pullen, LLP and Michael Aquino in this matter.

Dated: July 7, 2005
      Wilmington, Delaware

_____
Michael R. Lastowski (DE I.D. 3892)
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901

*Co-Counsel for McGladrey & Pullen, LLP and Michael Aquino*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                                        United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and am admitted and in good standing in, *inter alia*, the United States District Courts for the Southern and Eastern Districts of New York, the Courts of Appeal for the Second and Third Circuits, and the United States Supreme Court. I further certify pursuant to Local Rule 83.6 that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action and that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

/s/ Richard P. Swanson
Richard P. Swanson
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Telephone:   (212) 715-1000
Facsimile:   (212) 715-1399

*Counsel for McGladrey & Pullen, LLP and Michael Aquino*