IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHARLES A. STANZIALE, JR., :
Chapter 7 Trustee of Student :
Finance Corporation, :
                                :
          Plaintiff, :
                                :    Civil Action No. 05-72-JJF
v. :
                                :
MCGLADREY & PULLEN LLP, :
and MICHAEL AQUINO, :
                                :
          Defendants. :

## SCHEDULING ORDER

This 31 day of August, 2005, the Court having conducted an initial status conference on June 9, 2005, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation, or binding arbitration;

IT IS ORDERED that:

1. Written discovery may commence on **September 7, 2005**.

2. The parties shall serve Rule 26(a)(1)(A) disclosures on or before **October 3, 2005**.

3. The Court shall hold a discovery conference on **November 18, 2005 at 9:00 a.m.**, in Courtroom No. 4B on the 4th floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware. The parties shall meet and confer at least three days prior to that conference.

4. The Court shall hold a second discovery conference, if necessary, on a date to be determined.

5. Unless otherwise ordered by the Court, contention interrogatories shall not be served until after the Court enters a decision on the pending Rule 12(b)(6) motions to dismiss made by the defendants in this action.

6. Nothing contained herein shall preclude the parties from seeking further written discovery at later points in the litigation, including the period during which depositions are being taken.

7. A Pretrial Conference will be held on **Thursday, February 8, 2007 at 1:00 p.m.**, in Courtroom No. 4B on the 4th floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware. Trial will be scheduled during the pretrial conference to commence within 120 days of the pretrial conference.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

11928557