**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>MCGLADREY & PULLEN, LLP, and MICHAEL AQUINO,<br><br>      Defendants. | Civil Action No. 05-72-JJF<br><br>Judge Joseph J. Farnan, Jr. |

## NOTICE OF SERVICE

  I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of **Defendant McGladrey & Pullen, LLP's First Request for Production of Documents to Plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation** was made on September 7, 2005, upon the parties identified on the attached Service List in the manner indicated.

  Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: September 7, 2005
   Wilmington, Delaware

/s/ Christopher M. Winter
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
Email:  cmwinter@duanemorris.com

Donald J. Crecca
Jeffrey T. Testa
Schwartz, Tobia, Stanziale, Sedita &
Campisano, P.A.
Kip's Castle - 22 Cresmont Road
Montclair, NJ 07042
*Via First Class Mail*

Anthony M. Sacullo, Esquire
Christopher A. Ward, Esquire
Daniel K. Astin, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
*Via Hand Delivery*