IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>                 Plaintiff,<br><br>vs.<br><br>McGLADREY & PULLEN, LLP and MICHAEL AQUINO,<br><br>                Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No. 05-72- JJF<br>:  Judge Joseph J. Farnan, Jr.<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 28, 2005, Charles A. Stanziale, Jr., the Chapter 7 Trustee of the Estate of Student Finance Corporation, by and through undersigned counsel, served copies of the following:

1) **Plaintiff's Request for Production to Defendant McGladrey & Pullen, LLP**

2) **Plaintiff's Request for Production to Defendant Michael Aquino**

upon the parties listed below in the manner indicated.

**VIA HAND DELIVERY**

Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

603042v1

<u>**VIA U.S. FIRST CLASS MAIL**</u>

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022

Steven M. Farina, Esquire
Thomas H. L. Selby, Esquire
Hannah C. Smith, Esquire
Eric A. Richer, Esquire
Williams & Connolly, LLP
725 12th Street NW
Washington, DC  20005

| | |
|---|---|
| Dated:    September 28, 2005<br>           Wilmington, Delaware | THE BAYARD FIRM<br><br>_____<br>Daniel K. Astin (No. 4068)<br>Christopher A. Ward (No. 3877)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br>(302) 655-5000 (telephone)<br>(302) 658-6395 (facsimile)<br><br>Attorneys for the Chapter 7 Trustee of the Estate of Student Finance Corporation |

603042v1