IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., : <br> CHAPTER 7 TRUSTEE OF STUDENT : <br> FINANCE CORPORATION, : <br> : <br> Plaintiff, : <br> : C.A. No. 05-72- JJF <br> vs. : Judge Joseph J. Farnan, Jr. <br> : <br> McGLADREY & PULLEN, LLP and : <br> MICHAEL AQUINO, : <br> : <br> Defendants. : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 29, 2005, Charles A. Stanziale, Jr., the Chapter 7 Trustee of the Estate of Student Finance Corporation, by and through undersigned counsel, served copies of the following:

1)  **Rule 26(a)(1) Disclosures of Plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee**

2)  **Rule 26(a)(1) Disclosures of Plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee**

upon the parties listed below in the manner indicated.

**VIA HAND DELIVERY**

Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

603452v1

-2-

**VIA U.S. FIRST CLASS MAIL**

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022

Steven M. Farina, Esquire
Thomas H. L. Selby, Esquire
Hannah C. Smith, Esquire
Eric A. Richer, Esquire
Williams & Connolly, LLP
725 12th Street NW
Washington, DC  20005

Dated:    September 29, 2005
          Wilmington, Delaware

THE BAYARD FIRM

_____
Daniel K. Astin (No. 4068)
Christopher A. Ward (No. 3877)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000 (telephone)
(302) 658-6395 (facsimile)

Attorneys for the Chapter 7 Trustee of the Estate of Student Finance Corporation

603452v1