# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MCGLADREY & PULLEN, LLP, and MICHAEL AQUINO,<br><br>　　　　　　　　Defendants. | Civil Action No. 05-72-JJF<br><br>Judge Joseph J. Farnan, Jr. |

## NOTICE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that on October 3, 2005, a true and correct copy of the **Defendants McGladrey & Pullen LLP and Michael Aquino's Initial Disclosures**, was served on following individuals in the manner indicated:

Daniel K. Astin, Esquire
Christopher A. Ward, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Via Hand Delivery*

Charles A. Stanziale, Jr., Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
*Via Regular Mail*

WLM\211550.1

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 3, 2005
      Wilmington, Delaware         /s/ Christopher M. Winter
                                        Christopher M. Winter (DE I.D. 4163)
                                        DUANE MORRIS LLP
                                        1100 North Market Street, Suite 1200
                                        Wilmington, DE 19801
                                        Telephone:   (302) 657-4900
                                        Facsimile:   (302) 657-4901
                                        E-mail:         cmwinter@duanemorris.com