THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>McGLADREY & PULLEN, LLP and MICHAEL AQUINO,<br><br>Defendants. | Civil Case No. 05-72-JJF<br><br>Judge Joseph J. Farnan, Jr. |

### NOTICE OF SERVICE OF PLAINTIFF CHAPTER 7 TRUSTEE'S RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that on October 19, 2005, Plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation (the "**Plaintiff**") served upon counsel for Defendants McGladrey & Pullen LLP and Michael Aquino (the "**Defendants**"), Plaintiff's Responses to Defendants' First Set of Request for Documents at the following address, as follows:

*VIA FEDERAL EXPRESS*
Veronica Rendon, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

*VIA REGULAR MAIL*
Michael R. Lastowski, Esq.
Christopher M. Winter, Esq.
Duane Morris, LLP
100 North Market Street, suite 1200
Wilmington, DE 19801-1246

*VIA REGULAR MAIL*
Steven M. Farina, Esq.
Williams & Connolly, LLP
725 12th Street NW
Washington, DC 20005

Dated: October 19, 2005

          McElroy Deutsch Mulvaney & Carpenter, LLP
                      Attorneys At Law

                      Donald J. Crecca, Esq.
                      Three Gateway Center
                      100 Mulberry Street
                      Newark, New Jersey 07102
                      T: (973) 622-7711
                      F: (973) 622-5314

                      and

                      Christopher Ward, Esq.
                      The Bayard Firm
                      222 Delaware Avenue, Suite 900
                      Post Office Box 25130
                      Wilmington, Delaware 19899-5130
                      (302) 655-5000

                      Attorneys for Plaintiff Charles A. Stanziale, Jr.
                      Chapter 7 Trustee of Student Finance Corporation

743710-1