IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MCGLADREY & PULLEN, LLP, and<br>MICHAEL AQUINO,<br><br>　　　　　　　　Defendants. | C.A. No. 05-72-JJF<br><br>Judge Joseph J. Farnan, Jr. |

**NOTICE OF SERVICE OF MICHAEL AQUINO'S RESPONSE TO
CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF
STUDENT FINANCE CORPORATION REQUEST FOR PRODUCTION**

　　　　I, Christopher M. Winter, certify that I am not less than 18 years of age, and that on

October 31, 2005, a true and correct copy of the **Michael Aquino's Response to Charles A.**

**Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation Request for Production**,

was served on the following individuals in the manner indicated:

| | |
|---|---|
| Daniel K. Astin, Esquire<br>Christopher A. Ward, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>*Via Hand Delivery* | Charles A. Stanziale, Jr., Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075<br>*Via Regular Mail* |
| William H. Sudell, Jr., Esquire<br>Joanna F. Newdeck, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801<br>*Via Hand Delivery* | J. Clayton Athey, Esquire<br>James L. Holzman, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE 19801<br>*Via Hand Delivery* |

| | |
|---|---|
| Peter C. Hughes, Esquire<br>Dilworth Paxson LLP<br>First Federal Plaza, Suite 500<br>Wilmington, DE 19801<br>*Via Hand Delivery* | John H. Eickemeyer, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022<br>*Via Regular Mail* |
| Andre G. Castaybert, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036<br>*Via Regular Mail* | Tiffany Geyer Lydon, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>*Via Hand Delivery* |
| John I. Grossbart, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower, 233 S. Wacker Drive<br>Chicago, IL 60606<br>*Via Regular Mail* | Elizabeth K. Ainslie, Esquire<br>Stephen J. Shapiro, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>*Via Regular Mail* |
| James J. Rodgers, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103<br>*Via Regular Mail* | Michael H. Barr, Esquire<br>Kenneth J. Pfaehler, Esquire<br>Richard M. Zuckerman, Esquire<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY 10020<br>*Via Regular Mail* |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 31, 2005
      Wilmington, Delaware

/s/ Christopher M. Winter
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    cmwinter@duanemorris.com