IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION <br><br>    Plaintiff, <br><br> v. <br><br> MCGLADREY & PULLEN, LLP, and MICHAEL AQUINO, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 05-72-JJF <br><br> Judge Joseph J. Farnan, Jr. |

## NOTICE OF SERVICE OF MCGLADREY & PULLEN, LLP'S RESPONSE TO CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION REQUEST FOR PRODUCTION

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that on

October 31, 2005, a true and correct copy of the **McGladrey & Pullen, LLP's Response to**

**Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation Request for**

**Production**, was served on the following individuals in the manner indicated:

Daniel K. Astin, Esquire
Christopher A. Ward, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Via Hand Delivery*

Charles A. Stanziale, Jr., Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
*Via Regular Mail*

William H. Sudell, Jr., Esquire
Joanna F. Newdeck, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
*Via Hand Delivery*

J. Clayton Athey, Esquire
James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801
*Via Hand Delivery*

212091_1.DOC

| | |
|---|---|
| Peter C. Hughes, Esquire<br>Dilworth Paxson LLP<br>First Federal Plaza, Suite 500<br>Wilmington, DE 19801<br>*Via Hand Delivery* | John H. Eickemeyer, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022<br>*Via Regular Mail* |
| Andre G. Castaybert, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036<br>*Via Regular Mail* | Tiffany Geyer Lydon, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>*Via Hand Delivery* |
| John I. Grossbart, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower, 233 S. Wacker Drive<br>Chicago, IL 60606<br>*Via Regular Mail* | Elizabeth K. Ainslie, Esquire<br>Stephen J. Shapiro, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>*Via Regular Mail* |
| James J. Rodgers, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103<br>*Via Regular Mail* | Michael H. Barr, Esquire<br>Kenneth J. Pfaehler, Esquire<br>Richard M. Zuckerman, Esquire<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY 10020<br>*Via Regular Mail* |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 31, 2005
      Wilmington, Delaware

/s/ Christopher M. Winter
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: cmwinter@duanemorris.com