IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, </br></br> Plaintiff, </br></br> vs. </br></br> MCGLADREY & PULLEN, LLP and MICHAEL AQUINO, </br></br> Defendants. | Civil Case No. 05-72 (JJF) </br></br> Judge Joseph J. Farnan, Jr. |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 18, 2005 AT 9:00 A.M.

**DISCOVERY CONFERENCE**

1. Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation vs. McGladrey & Pullen, LLP and Michael Aquino

   Related Document(s):

   (a) Scheduling Order, entered on September 6, 2005 [Docket No. 28]

   Status:

   Unless otherwise directed by the Court, the discovery conference will go forward.

Dated: November 11, 2005
Wilmington, Delaware

THE BAYARD FIRM

_____
Daniel K. Astin (No. 4068)
Christopher A. Ward (No. 3877)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

-and-

608498v1

MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Donald J. Crecca
Jeffery Testa
100 Mulberry Street
Newark, NJ 07102-4079

Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee

608498v1                            2