# CERTIFICATE OF SERVICE

I, Christopher A. Ward, do hereby certify that on this 11th day of November, 2005, I caused a true and correct copy of the **Notice of Agenda of Matters Scheduled for Hearing on November 18, 2005 at 9:00 a.m.**, to be served upon the parties listed below in the manner indicated.

## VIA HAND DELIVERY

Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Duane Morris, LLP
100 North Market Street, Suite 1200
Wilmington, DE 19801

## VIA FIRST CLASS U.S. MAIL

Veronica Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Steven M. Farina, Esquire
Williams & Connolly, LLP
725 12th Street NW
Washington, DC 20005

_____
Christopher A. Ward (No. 3877)

608501v1