IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>MCGLADREY & PULLEN, LLP and MICHAEL AQUINO,<br><br>    Defendants. | Civil Case No. 05-72 (JJF)<br><br>Judge Joseph J. Farnan, Jr. |

NOTICE OF *AMENDED* AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 18, 2005 AT 9:00 A.M.

*HEARING IS CANCELED*

DISCOVERY CONFERENCE

1. Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation vs. McGladrey & Pullen, LLP and Michael Aquino

    Related Document(s):

    (a) Scheduling Order, entered on September 6, 2005 [Docket No. 28]

    Status:

    *The Court has canceled the discovery conference. A revised scheduling order will be issued to re-schedule the discovery conference. This matter will not go forward.*

Dated: November 17, 2005
   Wilmington, Delaware

THE BAYARD FIRM

_____
Daniel K. Astin (No. 4068)
Christopher A. Ward (No. 3877)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

-and-

609161v1

2

       MCELROY, DEUTSCH, MULVANEY
           & CARPENTER, LLP
Donald J. Crecca
Jeffery Testa
100 Mulberry Street
Newark, NJ 07102-4079

Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esq. of The Bayard Firm, do hereby certify that on this 17th day of November, 2005, I caused a true and correct copy of the **Notice of Amended Agenda of Matters Scheduled for Hearing on November 18, 2005 at 9:00 a.m.**, to be served upon the parties listed below in the manner indicated.

### VIA HAND DELIVERY

Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Duane Morris, LLP
100 North Market Street, Suite 1200
Wilmington, DE 19801

### VIA FIRST CLASS U.S. MAIL

Veronica Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Steven M. Farina, Esquire
Williams & Connolly, LLP
725 12th Street NW
Washington, DC 20005

_____
Christopher A. Ward (No. 3877)

609162v1