IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
CHARLES A. STANZIALE, JR.,        :
Chapter 7 Trustee of Student      :
Finance Corporation,              :
                                  :
        Plaintiff,                :
                                  :
    v.                            :   Civil Action No. 05-72-JJF
                                  :
MCGLADREY & PULLEN, LLP.,         :
and MICHAEL AQUINO,               :
                                  :
        Defendants.               :
```

**ORDER**

WHEREAS, the Discovery Conference set for November 18, 2005 has been cancelled;

NOW THEREFORE, IT IS HEREBY ORDERED that a Discovery Conference will be held on **Tuesday, December 13, 2005 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

_November 18, 2005_
       DATE

_[signature]_
UNITED STATES DISTRICT JUDGE