## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, do hereby certify that on this 8th day of December, 2005, I caused a true and correct copy of the **Notice of Agenda of Matters Scheduled for Hearing on December 13, 2005 at 11:00 a.m.**, to be served upon the parties listed below in the manner indicated.

**VIA HAND DELIVERY**

Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Duane Morris, LLP
100 North Market Street, Suite 1200
Wilmington, DE 19801

**VIA FACSIMILE & FIRST CLASS U.S. MAIL**

Veronica Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000; (212) 715-1399 (Fax)

Steven M. Farina, Esquire
Williams & Connolly, LLP
725 12th Street NW
Washington, DC 20005
(202) 434-5000; (202) 434-5029 (Fax)

Ashley B. Stitzer (No. 3891)