IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                          :
                                                : Chapter 7
STUDENT FINANCE CORPORATION,                    :
                                                : Bankruptcy Case No. 02-11620-
          Debtor.                               : JBR
_____:_____
CHARLES A. STANZIALE, JR.,                      :
CHAPTER 7 TRUSTEE OF STUDENT                     :
FINANCE CORPORATION,                            :
                                                : Adversary No. 04-58003
          Plaintiff,                            :
                                                : Civil Action No. 05-72-JJF
     v.                                         :
                                                :
MCGLADREY & PULLEN, LLP, and                    :
MICHAEL AQUINO,                                 :
                                                :
          Defendants.                           :

O R D E R

At Wilmington, this ⟨handwritten⟩ day of December 2005, for the
reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1.  Defendants' Motion To Dismiss (D.I. 7) is **GRANTED** with
respect to Counts I, II, III, IV, and  V of the Complaint;

2.  Defendants' Motion To Dismiss (D.I. 7) is **DENIED** with
respect to Counts VI, and VII of the Complaint.

_____
UNITED STATES DISTRICT JUDGE