IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation, | : : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 05-72-JJF : |
| MCGLADREY & PULLEN, LLP., and MICHAEL AQUINO, | : : : |
| Defendants. | : |

**O R D E R**

WHEREAS, as discussed during the Discovery Conference held on December 28, 2005;

IT IS HEREBY ORDERED that a second Discovery Conference will be held on **Tuesday, February 28, 2006 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

January 5, 2006
DATE

[signature]
UNITED STATES DISTRICT JUDGE