## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, Esquire, certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this Amended Complaint was made on January 23, 2006 by:

☒ **Hand Delivery addressed to:**

Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Duane Morris, LLP
100 North Market Street, Suite 1200
Wilmington, DE 19801

☒ **Mail Service: First Class United States Regular Mail addressed to:**

Veronica Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Steven M. Farina, Esquire
Williams & Connolly, LLP
725 12th Street NW
Washington, DC 20005

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail

　　Addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

615115v1

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 23, 2006

*[signature]*
Ashley B. Stitzer (No. 3891)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone: (302) 655-5000

615115v1