IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STUDENT FINANCE CORPORATION, | ) | Case No. 02-11620 (WS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| CHARLES A. STANZIALE, JR., | ) | |
| CHAPTER 7 TRUSTEE OF STUDENT | ) | |
| FINANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-72 (JJF) |
| v. | ) | |
| | ) | |
| MCGLADREY & PULLEN, LLP, and | ) | |
| MICHAEL AQUINO, | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL CERTIFICATE OF MERIT

The undersigned, Donald J. Crecca, hereby certified as follows:

1. I am an attorney with the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP and a member of the Bar of the State of New Jersey.

2. The above-captioned action involves professional liability claims against defendant, McGladrey & Pullen, LLP, as such claims are defined in Pennsylvania Rule of Civil Procedure 1042.1. Pennsylvania Rule of Civil Procedures 1042.3 requires the filing of a Certificate of Merit with respect to any professional liability claim.

3. I hereby certify that an appropriate licensed professional, a certified public accountant, has supplied a written statement that there exists a reasonable probability that the care, skill or knowledge exercised or exhibited by McGladrey & Pullen, LLP in the practice or the work that is the subject of the Amended Complaint fell outside acceptable

professional standards and that such conduct was a cause in bringing about the harm referenced in the Amended Complaint.

Dated: January 26, 2006
      Wilmington, Delaware

                                                            Donald J. Crecca, Esquire
McElroy, Deutsch, Mulvaney
 & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

*Counsel for Charles A. Stanziale, Jr.*
*Chapter 7 Trustee*