## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, hereby certify that on this 26th day of January, 2006, I caused a copy of the foregoing **Supplemental Certificate of Merit** to be served upon the following in the manner indicated:

| VIA HAND DELIVERY | VIA U.S. FIRST CLASS MAIL |
|---|---|
| Michael R. Lastowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris, LLP<br>100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | Veronica Rendon, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022<br><br>Steven M. Farina, Esquire<br>Williams & Connolly, LLP<br>725 12th Street NW<br>Washington, DC 20005 |

_____
Ashley B. Stitzer (No. 3891)

605421v1