<b><u>CERTIFICATE OF SERVICE</u></b>

I, Ashley B. Stitzer, do hereby certify that on this 24th day of February, 2006, I caused a true and correct copy of the **Notice of Agenda of Matter Scheduled for Hearing on February 28, 2006 at 11:00 a.m.**, to be served upon the parties listed below in the manner indicated.

**<u>VIA HAND DELIVERY</u>**

Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Duane Morris, LLP
100 North Market Street, Suite 1200
Wilmington, DE 19801

**<u>VIA FACSIMILE & FIRST CLASS U.S. MAIL</u>**

Veronica Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
(212) 715-1399 (Fax)

Steven M. Farina, Esquire
Williams & Connolly, LLP
725 12th Street NW
Washington, DC 20005
(202) 434-5029 (Fax)

_____
Ashley B. Stitzer (No. 3891)

618268v1