IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| STUDENT FINANCE CORPORATION, ) | |
| ) | Case No. 02-11620 (DDS) |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| CHARLES A. STANZIALE, JR., ) | |
| CHAPTER 7 TRUSTEE OF STUDENT ) | |
| FINANCE CORPORATION, ) | Adversary Proceeding No. 04-58003 |
| ) | |
| Plaintiff, ) | District Court Case No. 1:05-cv-00072-JJF |
| ) | |
| v. ) | |
| ) | |
| McGLADREY & PULLEN, LLP, and ) | |
| MICHAEL AQUINO, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION TO DISMISS IN PART
### PURSUANT TO FED. R. CIV. P. 12(b)

McGladrey & Pullen, LLP and Michael Aquino (collectively, "Defendants"), by and through their attorneys, respectfully move to dismiss in part the Amended Complaint filed in this action pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. In support of the Motion, Defendants submit an accompanying Memorandum of Law with attached Exhibits, which is incorporated by reference.

WHEREFORE, Defendants respectfully request that this Court enter an Order dismissing in part the Amended Complaint with prejudice.

Dated: February 27, 2006
      Wilmington, Delaware

DUANE MORRIS LLP

By: _____
Michael R. Lastowski (Bar No. 3892)
Christopher M. Winter (Bar No. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4951
Fax: 302-657-4901

-and-

| | |
|---|---|
| ARNOLD & PORTER LLP | WILLIAMS & CONNOLLY LLP |
| Richard P. Swanson | Steven M. Farina |
| Veronica E. Rendon | Thomas H.L. Selby |
| Jason M. Butler | Amber M. Mettler |
| 399 Park Avenue | 725 12th Street, N.W. |
| New York, NY 10022 | Washington, D.C. 20005 |
| Phone: 212-715-1000 | Phone: 202-434-5000 |
| Fax: 212-715-1399 | Fax: 202-434-5029 |
| Attorneys for McGladrey & Pullen, LLP and Michael Aquino | Counsel for Defendant McGladrey & Pullen, LLP |