IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>　　　　　　　　　　Debtor. | ) Chapter 7<br>)<br>) Case No. 02-11620 (DDS)<br>)<br>) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>McGLADREY & PULLEN, LLP, and<br>MICHAEL AQUINO,<br><br>　　　　　　　　　　Defendants. | )<br>)<br>) Adversary Proceeding No. 04-58003<br>)<br>) District Court Case No. 1:05-cv-00072-JJF<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

　　　I, Christopher M. Winter, certify that I am not less than 18 years of age, and that on February 27, 2006, a true and correct copy of the **Defendants' Motion to Dismiss in Part Pursuant to Fed. R. Civ. P. 12(b)**, was served on following individuals in the manner indicated:

Daniel K. Astin, Esquire
Christopher A. Ward, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Via Hand Delivery*

Charles A. Stanziale, Jr., Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
*Via Regular Mail*

1

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 27, 2006
    Wilmington, Delaware

_____
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   cmwinter@duanemorris.com