# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STUDENT FINANCE CORPORATION, | ) | Case No. 02-11620 (WS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| CHARLES A. STANZIALE, JR., | ) | |
| CHAPTER 7 TRUSTEE OF STUDENT | ) | |
| FINANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-72 (JJF) |
| v. | ) | |
| | ) | |
| MCGLADREY & PULLEN, LLP, and | ) | |
| MICHAEL AQUINO, | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL CERTIFICATE OF MERIT

The undersigned, Donald J. Crecca, hereby certified as follows:

1. I am an attorney with the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP and a member of the Bar of the State of New Jersey.

2. The above-captioned action involves professional liability claims against defendant, McGladrey & Pullen, LLP, as such claims are defined in Pennsylvania Rule of Civil Procedure 1042.1. Pennsylvania Rule of Civil Procedures 1042.3 requires the filing of a Certificate of Merit with respect to any professional liability claim.

3. I hereby certify that an appropriate licensed professional, a certified public accountant, has supplied a written statement that there exists a reasonable probability that the care, skill or knowledge exercised or exhibited by McGladrey & Pullen, LLP in the practice or the work that is the subject of the Amended Complaint fell outside acceptable

professional standards and that such conduct was a cause in bringing about the harm referenced in the Amended Complaint.

Dated: January 26, 2006
      Wilmington, Delaware

                                       Donald J. Crecca, Esquire
                                       McElroy, Deutsch, Mulvaney
                                           & Carpenter, LLP
                                       Three Gateway Center
                                       100 Mulberry Street
                                       Newark, New Jersey 07102

                                       *Counsel for Charles A. Stanziale, Jr.*
                                       *Chapter 7 Trustee*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STUDENT FINANCE CORPORATION, | ) | Case No. 02-11620 (WS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| CHARLES A. STANZIALE, JR., | ) | |
| CHAPTER 7 TRUSTEE OF STUDENT | ) | |
| FINANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-72 (JJF) |
| v. | ) | |
| | ) | |
| MCGLADREY & PULLEN, LLP, and | ) | |
| MICHAEL AQUINO, | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL CERTIFICATE OF MERIT

The undersigned, Donald J. Crecca, hereby certified as follows:

1. I am an attorney with the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP and a member of the Bar of the State of New Jersey.

2. The above-captioned action involves professional liability claims against defendant, Michael Aquino, as such claims are defined in Pennsylvania Rule of Civil Procedure 1042.1. Pennsylvania Rule of Civil Procedures 1042.3 requires the filing of a Certificate of Merit with respect to any professional liability claim.

3. I hereby certify that an appropriate licensed professional, a certified public accountant, has supplied a written statement that there exists a reasonable probability that the care, skill or knowledge exercised or exhibited by Michael Aquino in the practice or the work that is the subject of the Amended Complaint fell outside acceptable

professional standards and that such conduct was a cause in bringing about the harm referenced in the Amended Complaint.

Dated: January 26, 2006
      Wilmington, Delaware

                                        Donald J. Crecca, Esquire
                                        McElroy, Deutsch, Mulvaney
                                          & Carpenter, LLP
                                        Three Gateway Center
                                        100 Mulberry Street
                                        Newark, New Jersey 07102

                                        *Counsel for Charles A. Stanziale, Jr.*
                                        *Chapter 7 Trustee*