IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>       Debtor.<br><br>_____<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>       Plaintiff,<br><br>    v.<br><br>McGLADREY & PULLEN, LLP, and<br>MICHAEL AQUINO,<br><br>       Defendants. | )<br>) Chapter 7<br>)<br>) Case No. 02-11620 (DDS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Adversary Proceeding No. 04-58003<br>)<br>) District Court Case No. 1:05-cv-00072-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

  I, Christopher M. Winter, certify that I am not less than 18 years of age, and that on February 27, 2006, a true and correct copy of the **Defendants' Memorandum of Law in Support of Motion to Dismiss the Trustee's Amended Complaint in Part**, was served on following individuals in the manner indicated:

| | |
|---|---|
| Daniel K. Astin, Esquire<br>Christopher A. Ward, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>*Via Hand Delivery* | Charles A. Stanziale, Jr., Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075<br>*Via Regular Mail* |

1

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 27, 2006
      Wilmington, Delaware

                                        Christopher M. Winter (DE I.D. 4163)
                                        DUANE MORRIS LLP
                                        1100 North Market Street, Suite 1200
                                        Wilmington, DE 19801
                                        Telephone:   (302) 657-4900
                                        Facsimile:    (302) 657-4901
                                        E-mail:       cmwinter@duanemorris.com