# EXHIBIT A



# AICPA Professional Standards

### Volume 1

U.S. Auditing Standards

Attestation Standards

**As of June 1, 2000**

Case 1:05-cv-00072-JJF    Document 57-2    Filed 03/27/2006    Page 3 of 11

49

# Part III

## List of Sections in Statement on Auditing Standards No. 1, Codification of Auditing Standards and Procedures[*]

| Section | Title[1] |
|---|---|
| *100* | *Introduction* |
| 110 | **Responsibilities and Functions of the Independent Auditor** |
| 150 | *Generally Accepted Auditing Standards* |
| 200 | *The General Standards* |
| 201 | **Nature of the General Standards** |
| 210 | **Training and Proficiency of the Independent Auditor** |
| 220 | **Independence** |
| 230 | **Due Professional Care in the Performance of Work**[1] |
| 300 | *The Standards of Field Work* |
| 310 | **Appointment of the Independent Auditor**[1] |
| 320 | **The Auditor's Study and Evaluation of Internal Control** [Superseded by SAS 55] |
| 320A | Appendix A—Relationship of Generally Accepted Auditing Standards [Superseded by SAS 39] |
| 320B | Appendix B—Precision and Reliability for Statistical Sampling in Auditing [Superseded by SAS 39] |
| 330 | **Evidential Matter** [Superseded by SAS 31] |
| 331 | **Inventories**[1] |
| 332 | Evidential Matter for Long-Term Investments [Superseded by SAS 81] |
| 338 | Working Papers [Superseded by SAS 41] |
| 400 | *The First, Second and Third Standards of Reporting* |
| 410 | **Adherence to Generally Accepted Accounting Principles** |
| 420 | **Consistency of Application of Generally Accepted Accounting Principles** |
| 430 | Adequacy of Informative Disclosure [Superseded by SAS 32] |
| 500 | *The Fourth Standard of Reporting* |
| 510 | Expression of Opinion in the Auditor's Report [Superseded by SAS 2] |
| 511 | Unqualified Opinion [Superseded by SAS 2] |
| 512 | Qualified Opinion [Superseded by SAS 2] |
| 513 | Adverse Opinion [Superseded by SAS 2] |
| 514 | Disclaimer of Opinion [Superseded by SAS 2] |
| 515 | Piecemeal Opinion [Superseded by SAS 2] |
| 516 | Unaudited Financial Statements [Superseded by SAS 26] |
| 517 | Reporting When a Certified Public Accountant Is Not Independent [Superseded by SAS 26] |
| 518 | Negative Assurance [Superseded by SAS 26] |

[*] Outstanding sections are listed in boldface type.

[1] Current section titles are listed. Section titles reflect amendments and conforming changes resulting from subsequent pronouncements.

## 50

### Cross-References to SASs

| Section | Title[1] |
|---|---|
| 530 | Dating of the Independent Auditor's Report |
| 535 | Opinions on Prior Years' Statements [Superseded by SAS 2] |
| 540 | Circumstances Which Require a Departure From the Standard Short-Form Report [Superseded by SAS 2] |
| 541 | Restrictions Imposed by the Client [Superseded by SAS 2] |
| 542 | Other Conditions Which Preclude the Application of Necessary Auditing Procedures [Superseded by SAS 58] |
| 543 | Part of Audit Performed by Other Independent Auditors |
| 544 | Lack of Conformity With Generally Accepted Accounting Principles |
| 545 | Inadequate Disclosure [Superseded by SAS 58] |
| 546 | Reporting on Inconsistency [Superseded by SAS 58] |
| 547 | Unusual Uncertainties as to the Effect of Future Developments on Certain Items [Superseded by SAS 2] |
| 560 | Subsequent Events |
| 561 | Subsequent Discovery of Facts Existing at the Date of the Auditor's Report |
|  | *Other Types of Reports* |
| 600 | Long-Form Reports [Superseded by SAS 29] |
| 610 | Special Reports [Superseded by SAS 14] |
| 620 | |
| 630 | Letters for Underwriters [Superseded by SAS 38] |
| 640 | Reports on Internal Control [Superseded by SAS 30] |
| 641 | Reports on Internal Control Based on Criteria Established by Governmental Agencies [Superseded by SAS 30] |
|  | *Special Topics* |
| 700 | Filings Under Federal Securities Statutes [Superseded by SAS 37] |
| 710 | |
|  | *Special Reports of the Committee on Auditing Procedure* |
| 900 | Public Warehouses—Controls and Auditing Procedures for Goods Held[1] |
| 901 | |

[1] Current section titles are listed. Section titles reflect amendments and conforming changes resulting from subsequent pronouncements.

## 51

## AU Section 100

## STATEMENTS ON AUDITING STANDARDS — Introduction

*Statements on Auditing Standards are issued by the Auditing Standards Board, the senior technical body of the Institute designated to issue pronouncements on auditing matters. Rule 202 of the Institute's Code of Professional Conduct requires adherence to the applicable generally accepted auditing standards promulgated by the Institute. It recognizes Statements on Auditing Standards as interpretations of generally accepted auditing standards and requires that members be prepared to justify departures from such Statements.*

*Interpretations are issued by the Audit Issues Task Force of the Auditing Standards Board to provide timely guidance on the application of pronouncements of that Board. Interpretations are reviewed by the Auditing Standards Board. An interpretation is not as authoritative as a pronouncement of that Board, but members should be aware that they may have to justify a departure from an interpretation if the quality of their work is questioned.*

. . . responsibilities and functions of independent auditor . . . generally accepted auditing standards . . . quality control standards. . . .

### TABLE OF CONTENTS

| Section | | Paragraph |
|---|---|---|
| 110 | Responsibilities and Functions of the Independent Auditor | .01–.10 |
|  | Distinction Between Responsibilities of Auditor and Management | .02–.03 |
|  | Professional Qualifications | .04–.05 |
|  | Responsibility to the Profession | .10 |
| 150 | Generally Accepted Auditing Standards | .01–.04 |
|  | Services Other Than Audits of Financial Statements | .04 |
| 161 | The Relationship of Generally Accepted Auditing Standards to Quality Control Standards | .01–.03 |

[The next page is 61.]

61

## AU Section 110

# Responsibilities and Functions of the Independent Auditor

**Source:** SAS No. 1, section 110; SAS No. 78; SAS No. 82.

**Issue date, unless otherwise indicated:** November, 1972.

.01  The objective of the ordinary audit of financial statements by the independent auditor is the expression of an opinion on the fairness with which they present, in all material respects, financial position, results of operations, and its cash flows in conformity with generally accepted accounting principles. The auditor's report is the medium through which he expresses his opinion or, if circumstances require, disclaims an opinion. In either case, he states whether his audit has been made in accordance with generally accepted auditing standards. These standards require him to state whether, in his opinion, the financial statements are presented in conformity with generally accepted accounting principles and to identify those circumstances in which such principles have not been consistently observed in the preparation of the financial statements of the current period in relation to those of the preceding period.

## Distinction Between Responsibilities of Auditor and Management

.02  The auditor has a responsibility to plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether caused by error or fraud.[1] Because of the nature of audit evidence and the characteristics of fraud, the auditor is able to obtain reasonable, but not absolute, assurance that material misstatements are detected.[2] The auditor has no responsibility to plan and perform the audit to obtain reasonable assurance that misstatements, whether caused by errors or fraud, that are not material to the financial statements are detected. [Paragraph added, effective for audits of financial statements for periods ending on or after December 15, 1997, by Statement on Auditing Standards No. 82.]

.03  The financial statements are management's responsibility. The auditor's responsibility is to express an opinion on the financial statements. Man-

---

[1]  See section 312, *Audit Risk and Materiality in Conducting an Audit*, and section 316, *Consideration of Fraud in a Financial Statement Audit*. The auditor's consideration of illegal acts and responsibility for detecting misstatements resulting from illegal acts is defined in section 317, *Illegal Acts by Clients*. For those illegal acts that are defined in that section as having a direct and material effect on the determination of financial statement amounts, the auditor's responsibility to detect misstatements resulting from such illegal acts is the same as that for error or fraud. [Footnote added, effective for audits of financial statements for periods ending on or after December 15, 1997, by Statement on Auditing Standards No. 82.]

[2]  See section 230, *Due Professional Care in the Performance of Work*, paragraphs .10 through .13. [Footnote added, effective for audits of financial statements for periods ending on or after December

62        Statements on Auditing Standards—Introduction

agement is responsible for adopting sound accounting policies and for establishing and maintaining internal control that will, among other things, record, process, summarize, and report transactions (as well as events and conditions) consistent with management's assertions embodied in the financial statements. The entity's transactions and the related assets, liabilities, and equity are within the direct knowledge and control of management. The auditor's knowledge of these matters and internal control is limited to that acquired through the audit. Thus, the fair presentation of financial statements in conformity with generally accepted accounting principles[3] is an implicit and integral part of management's responsibility. The independent auditor may make suggestions about the form or content of the financial statements or draft them, in whole or in part, based on information from management during the performance of the audit. However, the auditor's responsibility for the financial statements he or she has audited is confined to the expression of his or her opinion on them. [Paragraph amended to reflect the conforming changes necessary due to the issuance of Statement on Auditing Standards Nos. 53 through 62. As amended, effective for audits of financial statements for periods beginning on or after January 1, 1997, by Statement on Auditing Standards No. 78. Paragraph renumbered by the issuance of Statement on Auditing Standards No. 82, February 1997.]

## Professional Qualifications

.04   The professional qualifications required of the independent auditor are those of a person with the education and experience to practice as such. They do not include those of a person trained for or qualified to engage in another profession or occupation. For example, the independent auditor, in observing the taking of a physical inventory, does not purport to act as an appraiser, a valuer, or an expert in materials. Similarly, although the independent auditor is informed in a general manner about matters of commercial law, he does not purport to act in the capacity of a lawyer and may appropriately rely upon the advice of attorneys in all matters of law. [Paragraph renumbered by the issuance of Statement on Auditing Standards No. 82, February 1997.]

.05   In the observance of generally accepted auditing standards, the independent auditor must exercise his judgment in determining which auditing procedures are necessary in the circumstances to afford a reasonable basis for his opinion. His judgment is required to be the informed judgment of a qualified professional person. [Paragraph renumbered by the issuance of Statement on Auditing Standards No. 82, February 1997.]

## Detection of Fraud

[.06–.09]  [Superseded January 1977 by Statement on Auditing Standards No. 16, as superseded by Statement on Auditing Standards No. 53, as superseded by section 316. Paragraphs renumbered by the issuance of Statement on Auditing Standards No. 82, February 1997.]

---

[3]  The responsibilities and functions of the independent auditor are also applicable to financial statements presented in conformity with a comprehensive basis of accounting other than generally accepted accounting principles; references in this section to financial statements presented in conformity with generally accepted accounting principles also include these presentations. [Footnote added, effective for audits of financial statements for periods beginning on or after January 1, 1997, by Statement on Auditing Standards No. 78. Footnote renumbered by the issuance of Statement on Auditing Standards No. 82, February 1997.]

---

Responsibilities and Functions of the Independent Auditor

## Responsibility to the Profession

.10   The independent auditor also has a responsibility to his profession, the responsibility to comply with the standards accepted by his fellow practitioners. In recognition of the importance of such compliance, the American Institute of Certified Public Accountants has adopted, as part of its Code of Professional Conduct, rules which support the standards and provide a basis for their enforcement. [Paragraph renumbered by the issuance of Statement on Auditing Standards No. 82, February 1997.]

[The next page is 81.]

81

# AU Section 150

## *Generally Accepted Auditing Standards*

Sources: SAS No. 1, section 150; SAS No. 43.

Issue date, unless otherwise indicated: November, 1972.

.01 Auditing standards differ from auditing procedures in that "procedures" relate to acts to be performed, whereas "standards" deal with measures of the quality of the performance of those acts and the objectives to be attained by the use of the procedures undertaken. *Auditing standards* as distinct from *auditing procedures* concern themselves not only with the auditor's professional qualities but also with the judgment exercised by him in the performance of his audit and in his report.

.02 The generally accepted auditing standards as approved and adopted by the membership of the American Institute of Certified Public Accountants are as follows:

*General Standards*

1. The audit is to be performed by a person or persons having adequate technical training and proficiency as an auditor.

2. In all matters relating to the assignment, an independence in mental attitude is to be maintained by the auditor or auditors.

3. Due professional care is to be exercised in the performance of the audit and the preparation of the report.

*Standards of Field Work*

1. The work is to be adequately planned and assistants, if any, are to be properly supervised.

2. A sufficient understanding of internal control is to be obtained to plan the audit and to determine the nature, timing, and extent of tests to be performed.

3. Sufficient competent evidential matter is to be obtained through inspection, observation, inquiries, and confirmations to afford a reasonable basis for an opinion regarding the financial statements under audit.

*Standards of Reporting*

1. The report shall state whether the financial statements are presented in accordance with generally accepted accounting principles.

2. The report shall identify those circumstances in which such principles have not been consistently observed in the current period in relation to the preceding period.

3. Informative disclosures in the financial statements are to be regarded as reasonably adequate unless otherwise stated in the report.

82

Statements on Auditing Standards—Introduction

4. The report shall either contain an expression of opinion regarding the financial statements, taken as a whole, or an assertion to the effect that an opinion cannot be expressed. When an overall opinion cannot be expressed, the reasons therefor should be stated. In all cases where an auditor's name is associated with financial statements, the report should contain a clear-cut indication of the character of the auditor's work, if any, and the degree of responsibility the auditor is taking.

.03   These standards to a great extent are interrelated and interdependent. Moreover, the circumstances which are germane to a determination whether one standard is met may apply equally to another. "Materiality" and "audit risk" underlie the application of all the standards, particularly the standards of field work and reporting.*

.04   The concept of materiality is inherent in the work of the independent auditor. There should be stronger grounds to sustain the independent auditor's opinion with respect to those items which are relatively more important than with respect to those in which the possibilities of material misstatement are greater than with respect to those of lesser importance or those in which the possibility of material misstatement is remote. For example, in an entity with few, but large, accounts receivable the accounts individually are more important and the possibility of material misstatement is greater than in another entity that has a great number of small accounts aggregating the same total in industrial and merchandising enterprises, inventories are usually of greater importance to both financial position and results of operations and accordingly may require relatively more attention, by the auditor than would the inventories of a public utility company. Similarly, accounts receivable usually would receive more attention than prepaid insurance.

.05   The consideration of audit risk has an important bearing on the nature of the audit. Cash transactions are more susceptible to fraud than inventories, and the work undertaken on cash may therefore have to be carried out in a more conclusive manner without necessarily implying a greater expenditure of time. Arm's-length transactions with outside parties are usually subjected to less detailed scrutiny than intercompany transactions, transactions with officers and employees, where the same degree of disinterested dealing cannot be assumed. The effect of internal control on the scope of an audit is an outstanding example of the influence on auditing procedure of a greater or lesser degree of risk of misstatement; i.e., the more effective internal control, the less the degree of control risk.

## Services Other Than Audits of Financial Statements

.06   In addition to audits of financial statements, the ten generally accepted auditing standards, to the extent that they are relevant in the circumstances, apply to all other services governed by Statements on Auditing Standards unless the Statement specifies otherwise. [As amended, effective after August 31, 1982, by Statement on Auditing Standards No. 43.]

[The next page is 97.]

---

* Editor's Note: See section 312, *Audit Risk and Materiality in Conducting an Audit.*



2491

**AT Section**

# STATEMENTS ON STANDARDS FOR ATTESTATION ENGAGEMENTS

## CONTENTS

|  | Page |
|---|---|
| Attestation Standards—Introduction | 2501 |
| Statements on Standards for Attestation Engagements | 2505 |

[The next page is 2501.]

# ATTESTATION STANDARDS

## Introduction

The accompanying "attestation standards" provide guidance and establish a broad framework for a variety of attest services increasingly demanded of the accounting profession. The standards and related interpretive commentary are designed to provide professional guidelines that will enhance both consistency and quality in the performance of such services.

For years, attest services generally were limited to expressing a positive opinion on historical financial statements on the basis of an audit in accordance with generally accepted auditing standards (GAAS). However, certified public accountants increasingly have been requested to provide, and have been providing, assurance on representations other than historical financial statements and in forms other than the positive opinion. In responding to these needs, certified public accountants have been able to generally apply the basic concepts underlying GAAS to these attest services. As the range of attest services has grown, however, it has become increasingly difficult to do so.

Consequently, the main objective of adopting these attestation standards and the related interpretive commentary is to provide a general framework for and set reasonable boundaries around the attest function. As such, the standards and commentary (a) provide useful and necessary guidance to certified public accountants engaged to perform new and evolving attest services and (b) guide AICPA standard-setting bodies in establishing, if deemed necessary, interpretive standards for such services.

The attestation standards are a natural extension of the ten generally accepted auditing standards. Like the auditing standards, the attestation standards deal with the need for technical competence, independence in mental attitude, due professional care, adequate planning and supervision, sufficient evidence, and appropriate reporting; however, they are much broader in scope. (The eleven attestation standards are listed below.) Such standards apply to a growing array of attest services. These services include, for example, reports on descriptions of systems of internal control; on descriptions of computer software; on compliance with statutory, regulatory, and contractual requirements; on investment performance statistics; and on information supplementary to financial statements. Thus, the standards have been developed to be responsive to a changing environment and the demands of society.

These attestation standards apply only to attest services rendered by a certified public accountant in the practice of public accounting—that is, a practitioner as defined in footnote 1 of paragraph .01.

The attestation standards do not supersede any of the existing standards in Statements on Auditing Standards (SASs), Statements on Standards for Accounting and Review Services (SSARSs), and Statement on Standards for Accountants' Services on Prospective Financial Information. Therefore, the practitioner who is engaged to perform an engagement subject to these existing standards should follow such standards.

**2502**    Statements on Standards for Attestation Engagements

## Attestation Standards

### General Standards[*]

1. The engagement shall be performed by a practitioner or practitioners having adequate technical training and proficiency in the attest function.

2. The engagement shall be performed by a practitioner or practitioners having adequate knowledge in the subject matter of the assertion.

3. The practitioner shall perform an engagement only if he or she has reason to believe that the following two conditions exist.

   • The assertion is capable of evaluation against reasonable criteria that either have been established by a recognized body or are stated in the presentation of the assertion in a sufficiently clear and comprehensive manner for a knowledgeable reader to be able to understand them.

   • The assertion is capable of reasonably consistent estimation or measurement using such criteria.

4. In all matters relating to the engagement, an independence in mental attitude shall be maintained by the practitioner or practitioners.

5. Due professional care shall be exercised in the planning and performance of the engagement.

### Standards of Fieldwork

1. The work shall be adequately planned and assistants, if any, shall be properly supervised.

2. Sufficient evidence shall be obtained to provide a reasonable basis for the conclusion that is expressed in the report.

### Standards of Reporting

1. The report shall identify the assertion being reported on and state the character of the engagement.

2. The report shall state the practitioner's conclusion about whether the *reliability of the* assertion is presented in conformity with *based on* the established or stated criteria against which it was measured.

3. The report shall state all of the practitioner's significant reservations about the engagement and the presentation of the assertion.

4. The report on an engagement to evaluate an assertion that has been prepared *based on* in conformity with agreed-upon criteria or an an engagement to apply agreed-upon procedures should contain a statement limiting its use to the parties who have agreed upon such criteria or procedures.

[As amended, effective for attest reports issued on or after June 30, 1999, by Statement on Standards for Attestation Engagements No. 9.]

[The next page is 2505.]

[*] New language is shown in boldface italics; deleted language is shown by strikethrough.

**Introduction**    Copyright © 2000, American Institute of Certified Public Accountants