# EXHIBIT B

# McElroy, Deutsch, Mulvaney & Carpenter, LLP
### ATTORNEYS AT LAW

THREE GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102-4079
(973) 622-7711
FACSIMILE (973) 622-5314

MICHAEL S. WATERS
Direct Dial: (973) 565-2011
E-mail: mwaters@mdmc-law.com

February 27, 2006

**_VIA FACSIMILE_**

Jason M. Butler, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022

    Re:   <u>*Student Finance Corp vs. McGladrey and Pullen*</u>

Dear Jason:

    This will confirm your advice today that the electronic file from McGladrey that you are reviewing is your client's entire file on its dealings with Student Finance Corporation and, therefore, will necessarily include the documents we have requested in electronic form, if they exist in electronic form. You have advised us, without a specific time commitment, that you expect to complete that review in two to three weeks and at that time you will advise us if the documents are available in electronic form with metadata; if they are not, you will provide us information on the document retention policy under which they are no longer available.

                          Very truly yours,

                          McElroy, Deutsch. Mulvaney & Carpenter, LLP

                          Michael S. Waters

MSW:dmc
cc:   Veronica Rendon, Esq. (Via Facsimile)
C:\Documents and Settings\cchesson\Local Settings\Temporary Internet Files\OLK4\butler 003 msw.wpd

NEW YORK, NEW YORK      DENVER, COLORADO      RIDGEWOOD, NEW JERSEY      MORRISTOWN, NEW JERSEY