## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, hereby certify that on this 27th day of March, 2006, I caused a true and correct copy of the **Chapter 7 Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss in Part Pursuant to Fed. R. Civ. P. 12(b)** to be served on the following in the manner indicated.

### VIA HAND DELIVERY

Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

### VIA U.S. FIRST CLASS MAIL

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Amber M. Mettler, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, DC 20005

_____
Ashley B. Stitzer (No. 3891)