IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| STUDENT FINANCE CORPORATION, ) | Case No. 02-11620 (DDS) |
| ) | |
| Debtor. ) | |
| ) | |
| CHARLES A. STANZIALE, JR., ) | Adversary Proceeding No. 04-58003 |
| CHAPTER 7 TRUSTEE OF STUDENT ) | |
| FINANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | District Court Case No. 1:05-cv-00072-JJF |
| ) | |
| v. ) | |
| ) | |
| McGLADREY & PULLEN, LLP and ) | |
| MICHAEL AQUINO, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that on April 28, 2006, a true and correct copy of the **Defendants' Reply Memorandum of Law in Support of Motion to Dismiss the Trustee's Amended Complaint in Part**, was served on following individuals in the manner indicated:

Daniel K. Astin, Esquire
Christopher A. Ward, Esquire
Ashley Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Via Hand Delivery*

Charles A. Stanziale, Jr., Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
*Via Regular Mail, Postage Prepaid*

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 28, 2006
      Wilmington, Delaware

_____
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       cmwinter@duanemorris.com