IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 7 |
| STUDENT FINANCE CORPORATION, | : |
| | : Bankruptcy Case No. 02-11620 |
| Debtor. | : |

| | |
|---|---|
| MBIA INSURANCE CORP. et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 02-1294-JJF |
| | : |
| ROYAL INDEMNITY COMPANY, | : |
| | : |
| Defendant. | : |

| | |
|---|---|
| CHARLES A. STANZIALE, JR., | : |
| CHAPTER 7 TRUSTEE OF STUDENT | : |
| FINANCE CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 04-1551 JJF |
| v. | : |
| | : |
| PEPPER HAMILTON LLP, et al., | : |
| | : |
| Defendants. | : |

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-165-JJF |
| | : |
| PEPPER HAMILTON LLP, et al., | : |
| | : |
| Defendants. | : |

```
CHARLES A. STANZIALE, JR.,        :
CHAPTER 7 TRUSTEE OF STUDENT      :
FINANCE CORPORATION,              :
                                  :
          Plaintiff,              :
                                  : Civil Action No. 05-72-JJF
     v.                           :
                                  :
MCGLADREY & PULLEN, LLP, and      :
MICHAEL AQUINO,                   :
                                  :
          Defendants.             :
```

### O R D E R

WHEREAS, the Court conducted a Discovery Conference in these cases on Wednesday, May 17, 2006;

NOW THEREFORE IT IS HEREBY ORDERED that:

1. The parties shall meet and confer with regard to coordination of depositions in these cases;

2. In the event that the parties fail to reach agreement with regard to coordination of depositions, the Court will conduct a Discovery Hearing on **Thursday, June 1, 2006 at 1:00 p.m.**;

3. In preparation for the June 1 hearing, the parties shall, not later than **Wednesday, May 31, 2006, at 12:00 noon**, file a joint letter setting forth the issues in dispute. Each party shall also file a separate letter setting forth its position on the issues in dispute.

May 18, 2006
DATE

UNITED STATES DISTRICT JUDGE