# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

**222 DELAWARE AVENUE**

**P. O. BOX 1150**

**WILMINGTON, DELAWARE 19899**

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 31, 2006

**VIA E-FILE AND HAND DELIVERY**

Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, Delaware 19801

| |
|---|
| • *Wells Fargo Bank N.A. v. Royal*, **Case No. 02-1294-JJF;** |
| • *Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. Pepper Hamilton, et al.*, **Case No. 04-1551-JJF;** |
| • *Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. McGladrey & Pullen LLP, et al.*, **Case No. 05-72-JJF; and** |
| • *Royal v. Pepper Hamilton, et al.*, **Case No 05-165-JJF** |

Dear Judge Farnan:

Pursuant to the Court's Order of May 18, 2006 and Your Honor's comments from the bench at the hearing which occurred the day before, counsel for all parties have met and conferred several times in an attempt to reach consensus regarding case management schedules and a coordinated discovery plan for the four above-referenced cases. This joint letter of counsel identifies the basic areas of disagreement that remain:

1. The parties do not fully agree regarding the extent to which document production has been completed and how that should affect the commencement of depositions.

2. The parties do not fully agree as to when depositions should begin.

3. The parties do not fully agree regarding the extent to which the seven hour deposition limit contained in the Federal Rules should be relaxed in order to facilitate coordinated depositions.

4. The parties do not fully agree regarding an appropriate date range for trial.

Honorable Joseph J. Farnan, Jr.
May 31, 2006
Page 2


       Pursuant to the Court's May 18 Order, the parties will be presenting and/or commenting upon various proposed case management schedules and coordination plans.

Respectfully,

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

cc:    David C. McBride, Esq. (Counsel for Wells Fargo Bank N.A.) (e-mail)
       Andre G. Castaybert, Esq. (Counsel for Wells Fargo Bank N.A.) (e-mail)
       Michael Waters, Esq. (Counsel for Trustee) (e-mail)
       James J. Rodgers, Esq. (Counsel for Trustee) (e-mail)
       Donald Crecca, Esq. (Counsel for Trustee) (e-mail)
       Christopher A. Ward, Esq. (Counsel for Trustee) (e-mail)
       Veronica Rendon (Counsel for McGladrey & Pullen LLP and Michael Aquino) (e-mail)
       John H. Eickemeyer, Esq. (Counsel for Freed Maxick & Battaglia CPAs, PC) (e-mail)
       Stephen J. Shapiro, Esq. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne) (e-mail)
       Elizabeth K. Ainslie, Esq. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne) (e-mail)
       Neil G. Epstein, Esq. (Counsel for W. Roderick Gagne, Robert L. Bast, Pamela Bashore Gagne and the Trusts) (e-mail)
       Karen Lee Turner, Esq. (Counsel for W. Roderick Gagne, Robert L. Bast, Pamela Bashore Gagne and the Trusts) (e-mail)
       Michael R. Lastowski, Esq. (Counsel for McGladrey & Pullen LLP and Michael Aquino) (e-mail)
       William H. Sudell, Jr., Esq. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne) (e-mail)
       James L. Holzman, Esq. (Counsel for Freed Maxick & Battaglia CPAs, PC) (e-mail)
       Thomas Selby, Esq. (Counsel for McGladrey & Pullen LLP) (e-mail)
       Andrew Yao (U.S. Mail)

169987.1