IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MBIA INSURANCE CORPORATION and WELLS
FARGO BANK N.A. f/k/a WELLS FARGO BANK
MINNESOTA, N.A. as TRUSTEE OF SFC
GRANTOR TRUST, SERIES 2000-1, SFC
GRANTOR TRUST, SERIES 2000-2, SFC
GRANTOR TRUST, SERIES 2000-3 SFC
GRANTOR TRUST, SERIES 2000-4, SFC
GRANTOR TRUST, SERIES 2001-1, SFC
GRANTOR TRUST, SERIES 2001-2, SFC OWNER
TRUST 2001-I, AND SFC GRANTOR TRUST,
SERIES 2001-3,

        Plaintiff/Counterclaim Defendant,

        v.

ROYAL INDEMNITY COMPANY,

        Defendant/Counterclaim Plaintiff.

_____

ROYAL INDEMNITY COMPANY,

        Third-Party Plaintiff,

        v.

STUDENT LOAN SERVICING, LLC, et al.,

        Third-Party Defendants.

Civil Action No. 02-1294-JJF

## **CASE MANAGEMENT ORDER #1**

Having considered the submissions of the parties, the following schedule will govern all

pretrial proceedings (except those relating to issues remanded by the Court of Appeals and which

are the subject of Case Management Order #2) unless otherwise amended for good cause shown:

| 1. | 07/05/06 | Deposition discovery commences |
|---|---|---|
| 2. | 12/01/06 | Motions for leave to amend pleadings must be filed |
| 3. | 2/23/07 | All parties shall serve brief disclosures of the subject matters of expected expert testimony |
| 4. | 3/16/07 | Fact discovery deadline |
| 5. | 3/26/07 | Plaintiffs/counter-plaintiffs shall disclose the identity of experts expected to be called at trial and submit expert reports pursuant to Rule 26(a)(2) |
| 6. | 4/16/07 | Letters to Court regarding summary judgment. The parties will advise the Court of any summary judgment motions they contemplate filing and why they believe that there are no disputed material issues of fact. Briefing schedules, if any, to be determined |
| 7. | 4/16/07 | Defendants/counter-defendants shall disclose the identity of experts expected to be called at trial and submit expert reports pursuant to Rule 26(a)(2) |
| 8. | 4/30/07 | Plaintiffs/counter-plaintiffs may, but are not required to, submit rebuttal expert reports to those submitted by defendants/counter-defendants |
| 9. | 4/30/07 | Commencement of expert discovery |
| 10. | 6/15/07 | Completion of expert discovery |
| 11. | 6/29/07 | Motions *in Limine* due |
| 12. | 7/16/07 | Responses to motions *in limine* due |
| 13. | 7/30/07 | Replies to motions *in limine* due |
| 14. | 8/17/07 | Final pretrial order due. Pretrial conference to be set thereafter |
| 15. | 9/2007 | Jury Trial |

SO ORDERED this _____ day of _____, 2006.


_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

12064948