IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>                  Debtor. | Chapter 7<br><br>Bankruptcy Case No. 02-11620 |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>                  Plaintiff,<br><br>                  v.<br><br>McGLADREY & PULLEN, LLP and<br>MICHAEL AQUINO,<br><br>                  Defendants. | Adversary Proceeding No. 04-58003<br><br>District Court Case No. 1:05-00072-JJF |
| ROYAL INDEMNITY COMPANY,<br><br>                  Plaintiff,<br><br>                  v.<br><br>PEPPER HAMILTON LLP, RODERICK<br>GAGNÉ, FREED MAXICK & BATTAGLIA<br>CPAs, McGLADREY & PULLEN, LLP, and<br>MICHAEL AQUINO,<br><br>                  Defendants. | C.A. No. 05-165-JJF |

**CASE MANAGEMENT ORDER**

Having considered the submissions of the parties, the following schedule will govern pretrial proceedings unless otherwise amended for good cause shown:

| 1.  | 7/5/06       | Deposition discovery commences in *Wells Fargo Bank N.A. v. Royal Indemnity Co.*, C.A. No. 02-1294-JJF |
| --- | ------------ | ------------------------------------------------------------------------------------------------------ |
| 2.  | 10/16/06     | Deposition discovery commences in all other coordinated litigations                                    |
| 3.  | 4/27/07      | Parties serve brief disclosures regarding subject matter of anticipated expert testimony               |
| 4.  | 5/15/07      | Close fact discovery                                                                                   |
| 5.  | 6/15/07      | Plaintiffs' and counter-claimant's expert reports due                                                  |
| 6.  | 7/16/07      | Defendants' and counter-defendant's expert reports due                                                 |
| 7.  | 7/30/07      | Plaintiffs' and counter-claimant's rebuttal expert reports due                                         |
| 8.  | 9/15/07      | Close expert discovery                                                                                 |
| 9.  | 9/07         | Status conference regarding issues to be raised on summary judgment                                    |
| 10. | 11/07-12/07  | Trial range                                                                                            |

SO ORDERED this ____ day of _____, 2006.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE