IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF STUDENT <br> FINANCE CORPORATION <br><br> Plaintiff, <br><br> v. <br><br> MCGLADREY & PULLEN, LLP, and <br> MICHAEL AQUINO, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 1:05-CV-00072-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of the **Letter dated May 31, 2006 to The Honorable Joseph J. Farnan, Jr. from Counsel to McGladrey & Pullen LLP, et al. Regarding Scheduling of Discovery and June 1, 2006 Conference** was made on May 31, 2006 upon the following individuals via fax:

William H. Sudell, Jr., Esq.
Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
Fax: (302) 658-3989

Daniel Butz, Esq.
Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
Fax: (302) 658-3989

Elizabeth K. Ainslie, Esq.
Schneider Harrison Segal & Lewis, LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103
Fax: (215) 751-2205

Tiffany Geyer Lydon, Esq.
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801
Fax: (302) 654-2067

DM3\368252.1

James L. Holzman, Esq.
Clayton Athey, Esq.
Prickett, Jones & Elliot, P.A.
1310 King Street
Wilmington, DE 19801
Fax: (302) 658-8111

Michael S. Waters, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
Fax: (973) 622-5314

John H. Eickemeyer, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022
Fax: (212) 407-7799

Andre G. Castaybert, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
Fax: (212) 969-2900

Christopher A. Ward, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Fax: (302) 658-6395

Karen Lee Turner, Esq.
Eckert Seamans Cherin & Mellott, LLP
4 E. 8th Street, Suite 200
Wilmington, DE 19801
Fax: (302) 425-0432

John I. Grossbart, Esq.
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
Fax: (312) 876-7934

Neil G. Epstein
Eckert Seamans Cherin & Mellott, LLP
1515 Market Street, 9th Floor
Philadelphia, PA 19102
Fax: (215) 851 8383

John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19899
Fax: (302) 571-1253

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: May 31, 2006
Wilmington, Delaware

*/s/ Christopher M. Winter*
Christopher M. Winter (DE 4163)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: cmwinter@duanemorris.com