IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-72-JJF ) ) |
| McGLADREY & PULLEN LLP and MICHAEL AQUINO, | ) ) ) ) |
| Defendants. | ) |

## CASE MANAGEMENT ORDER #1

Having considered the submissions of the parties, the following schedule will govern pretrial proceedings unless otherwise amended for good cause shown:

| | | |
|---|---|---|
| 1. | 8/21/06 | Deposition discovery may commence |
| 2. | 2/___/07 | Discovery status conference |
| 3. | 3/12/07 | Parties shall serve brief disclosures regarding subject matter of anticipated expert testimony |
| 4. | 4/06/07 | Close of fact discovery |
| 5. | 4/09/07 | Plaintiffs' expert reports due |
| 6. | 4/30/07 | Defendants' expert reports due |
| 7. | 5/14/07 | Date by which plaintiffs may submit rebuttal expert reports |
| 8. | 5/14/07 | Expert discovery may commence |
| 9. | 5/17/07 | Parties may submit letters to the Court regarding issues to be raised on summary judgment |
| 10. | | Status conference regarding issues to be raised on summary judgment |
| 11. | 7/6/07 | Close of expert discovery |
| 12. | 10/02/07 | Pretrial order pursuant to Local Rule 16.4 shall be filed |
| 13. | | Pretrial conference |
| 14. | 10/10/07 | Trial commences |

- 2 -

SO ORDERED this ___ day of _____, 2006.

                                                        _____
                                                        HONORABLE JOSEPH J. FARNAN, JR.
                                                        UNITED STATES DISTRICT JUDGE

170423.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2006, the attached **CASE MANAGEMENT ORDER #1** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Christopher A. Ward, Esquire<br>Ashley Blake Stitzer<br>The Bayard Firm<br>222 Delaware Ave., Ste. 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 N. Market St., Ste. 1200<br>Wilmington, DE 19801 | **HAND DELIVERY** |

*/s/ Philip Trainer, Jr.*
_____
Philip Trainer, Jr.

170431.1