IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| CHARLES A. STANZIALE, JR., | ) |
| Chapter 7 Trustee of Student Finance | ) |
| Corporation, | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-72-JJF |
| v. | ) |
| | ) |
| McGLADREY & PULLEN LLP and | ) |
| MICHAEL AQUINO, | ) |
| | ) |
| Defendants. | ) |

## CASE MANAGEMENT ORDER #1

Having considered the submissions of the parties, the following schedule will govern pretrial proceedings unless otherwise amended for good cause shown:

| 1. | 8/21/06 | Deposition discovery may commence |
|---|---|---|
| 2. | 2/7/07 | Discovery status conference |
| 3. | 3/12/07 | Parties shall serve brief disclosures regarding subject matter of anticipated expert testimony |
| 4. | 4/06/07 | Close of fact discovery |
| 5. | 4/09/07 | Plaintiffs' expert reports due |
| 6. | 4/30/07 | Defendants' expert reports due |
| 7. | 5/14/07 | Date by which plaintiffs may submit rebuttal expert reports |
| 8. | 5/14/07 | Expert discovery may commence |
| 9. | 5/17/07 | Parties may submit letters to the Court regarding issues to be raised on summary judgment |
| 10. | TBD | Status conference regarding issues to be raised on summary judgment |
| 11. | 7/6/07 | Close of expert discovery |
| 12. | 10/02/07 | Pretrial order pursuant to Local Rule 16.4 shall be filed |
| 13. | 9/6/07 | Pretrial conference |
| 14. | 10/10/07 | Trial commences |

- 2 -

SO ORDERED this 19 day of June, 2006.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

170423.1