IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES A. STANZIALE, JR.,<br>Chapter 7 Trustee of Student Finance<br>Corporation,<br>      Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR.,<br>Chapter 7 Trustee of Student Finance<br>Corporation,<br>      Plaintiff,<br><br>v.<br><br>McGLADREY & PULLEN LLP and<br>MICHAEL AQUINO,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-165-JJF |

**STIPULATION EXTENDING TIME
FOR THE FILING OF RESPONSE AND REPLY BRIEFS**

WHEREAS, the following motions and briefs were filed in the above-captioned cases on July 6, 2006 (collectively, the "*Seitz* Motions"):

- The Pepper Defendants Motion for Judgment on the Pleadings on Count VII (Deepening Insolvency) of Royal's Second Amended Complaint and supporting brief (No. 05-165; D.I. 168, 169);

- The Pepper Defendants Motion for Judgment on the Pleadings on Count IV (Professional Malpractice) of the Trustee's First Amended Complaint and Motion for Partial Judgment on the Pleadings on Count I (Breach of Fiduciary Duty) of the Trustee's First Amended Complaint (No. 04-1551; D.I. 109, 110);

- McGladrey & Pullen, LLP's and Michael Aquino's Motion to Dismiss in Part the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b) and supporting brief (No. 05-165; D.I. 171, 172);

- McGladrey & Pullen, LLP's and Michael Aquino's Supplemental Memorandum of Law in Further Support of Motion to Dismiss the Trustee's Amended Complaint in Part (No. 05-72; D.I. 71); and

- Defendant Freed Maxick & Battaglia, CPAs, PC's Motion to Dismiss in Part the Second Amended Complaint and supporting brief (No. 05-165; D.I. 173, 174);

It is hereby **STIPULATED** and **AGREED** that:

1. The time for plaintiffs Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation (the "Trustee"), and Royal Indemnity Company ("Royal") to file briefs in response to the *Seitz* Motions is extended to and including July 25, 2006;

2. The time for defendants Pepper Hamilton, LLP, W. Roderick Gagné, McGladrey & Pullen, LLP, Michael Aquino, and Freed Maxick & Battaglia,

CPAs, PC, to file reply briefs in connection with the *Seitz* Motions is extended to and including August 8, 2006.

This Stipulation may be executed by facsimile signature and/or in multiple original counterparts, each of which shall be deemed an original.

| | |
|---|---|
| */s/ Daniel B. Butz* | |
| Daniel B. Butz (No. 4227) | Christopher M. Winter |
| MORRIS, NICHOLS, ARSHT & TUNNELL | Duane Morris LLP |
| 1201 North Market Street | 1100 North Market Street |
| P.O. Box 1347 | Suite 1200 |
| Wilmington, Delaware 19899-1347 | Wilmington, DE 19801 |
| (302) 658-9200 | |
| (302) 658-3989 (facsimile) | |
| | |
| *Counsel for Pepper Hamilton, LLP and W. Roderick Gagné* | *Counsel for McGladrey & Pullen LLP and Michael Aquino* |

| | |
|---|---|
| | */s/ Tiffany Lydon* |
| James L. Holzman | Tiffany Geyer Lydon |
| J. Clayton Athey | Philip Trainer, Jr. |
| Prickett, Jones & Elliott, P.A. | Carolyn Shelly Hake |
| 1310 King Street | Ashby & Geddes |
| P.O. Box 1328 | 222 Delaware Avenue |
| Wilmington, DE 19899 | P.O. Box 1150 |
| *Counsel for Freed Maxick & Battaglia, CPAs, PC* | Wilmington, DE 19899 |
| | *Counsel for Royal Indemnity Company* |

| | |
|---|---|
| Christopher A. Ward | |
| Anthony Saccullo | |
| Daniel K. Astin | SO ORDERED: |
| Ashley B. Stitzer | |
| The Bayard Firm | |
| 222 Delaware Avenue, Suite 900 | Joseph J. Farnan, Jr., U.S.D.J. |
| P.O. Box 25130 | |
| Wilmington, DE 19899 | |
| *Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation* | |

CPAs, PC, to file reply briefs in connection with the *Seitz* Motions is extended to and including August 8, 2006.

This Stipulation may be executed by facsimile signature and/or in multiple original counterparts, each of which shall be deemed an original.

_____
Daniel B. Butz (No. 4227)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

*Counsel for Pepper Hamilton, LLP and W. Roderick Gagné*

_____
James L. Holzman (#663)
J. Clayton Athey (#4378)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

_____
Christopher A. Ward
Anthony Saccullo
Daniel K. Astin
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

_____
Christopher M. Winter
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*Counsel for McGladrey & Pullen LLP and Michael Aquino*

_____
Tiffany Geyer Lydon
Philip Trainer, Jr.
Carolyn Shelly Hake
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Counsel for Royal Indemnity Company*

SO ORDERED:

_____
Joseph J. Farnan, Jr., U.S.D.J.

CPAs, PC, to file reply briefs in connection with the *Seitz* Motions is extended to and including August 8, 2006.

This Stipulation may be executed by facsimile signature and/or in multiple original counterparts, each of which shall be deemed an original.

---

Daniel B. Butz (No. 4227)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

*Counsel for Pepper Hamilton, LLP and W. Roderick Gagné*

---

Christopher M. Winter
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*Counsel for McGladrey & Pullen LLP and Michael Aquino*

---

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Daniel K. Astin
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

---

Tiffany Geyer Lydon
Philip Trainer, Jr.
Carolyn Shelly Hake
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Counsel for Royal Indemnity Company*


SO ORDERED:

_____
Joseph J. Farnan, Jr., U.S.D.J.