IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>STUDENT FINANCE CORPORATION,<br><br>　　　　DEBTOR.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>　　　　PLAINTIFF,<br><br>v.<br><br>MCGLADREY & PULLEN, LLP, AND<br>MICHAEL AQUINO,<br><br>　　　　DEFENDANTS. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-72 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael S. Waters, Esquire, Lois H. Goodman, Esquire, and Donald J. Crecca, Esquire of McElroy, Deutsch, Mulvaney & Carpenter, LLP to represent Plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

August 10, 2006

THE BAYARD FIRM

_____
Daniel K. Astin (No. 4068)
Ashley B. Stitzer (No. 3891)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

SO ORDERED this _____ day of August, 2006

_____
United States District Judge

631196v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the states of New Jersey and New York, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

July 31, 2006

McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP

Michael S. Waters, Esquire
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711

Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation

631196v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the states of New Jersey and New York, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

July 31, 2006

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Lois H. Goodman, Esquire
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711

Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation

631196v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of New Jersey, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

July 31, 2006

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Donald J. Crecca, Esquire
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711

Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation

631196v1