### CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, hereby certify that on this 10th day of August, 2006, I caused

a copy of the **Motion and Order for Admission Pro Hac Vice,** to be served upon the

parties listed below in the manners indicated.


**VIA HAND DELIVERY**
Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801

**VIA FIRST CLASS U.S. MAIL**
Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Amber M. Mettler, Esquire
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005


/s/  Ashley B. Stitzer
Ashley B. Stitzer (No. 3891)

632627v1