IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 7 |
| STUDENT FINANCE CORPORATION, | : |
| | : Bankruptcy Case No.02-11620(DDS) |
| Debtor. | : |
| | : |
| CHARLES A. STANZIALE, JR., | : |
| CHAPTER 7 TRUSTEE OF STUDENT | : |
| FINANCE CORPORATION, | : |
| | : Adversary No. 04-58003 |
| Plaintiff, | : |
| | : District Case No. 05-00072-JJF |
| v. | : |
| | : |
| McGLADREY & PULLEN, LLP, and | : |
| MICHAEL AQUINO, | : |
| | : |
| Defendants. | : |

O R D E R

At Wilmington, this  10  day of August, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion To Dismiss In Part Pursuant To Fed. R. Civ. P. 12(b)(6) (D.I. 52) is **DENIED**.

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE