# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:<br><br>STUDENT FINANCE CORPORATION,<br><br>　　　　　Debtor. | : : : : : : | |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>　　　　　Defendants. | : : : : : : : : : : : : : | Civil Action No. 04-1551 (JJF) |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MCGLADREY & PULLEN, LLP, AND MICHAEL AQUINO,<br><br>　　　　　Defendants. | : : : : : : : : : : : : : | Civil Action No. 05-72 (JJF) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Elizabeth A. Kenny, Esquire of McElroy, Deutsch, Mulvaney & Carpenter, LLP to represent Plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation in the above matter. Pursuant to this Court's Standing

633619v1

Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

August 22, 2006                   THE BAYARD FIRM

                                  _____
                                  Daniel K. Astin (No. 4068)
                                  Ashley B. Stitzer (No. 3891)
                                  222 Delaware Avenue, Suite 900
                                  Wilmington, DE  19801


SO ORDERED this _____ day of August, 2006


                                  _____
                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New Jersey and the U.S. District Court for the District of New Jersey, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

August 22, 2006

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

*Elizabeth A. Kenny*
Elizabeth A. Kenny, Esquire
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711

Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation

631196v1