## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MBIA INSURANCE CORPORATION, et al.    )
                                       )

        Plaintiffs and               )
        Counterclaim Defendants,    )

                                       )

   v.                                 )    C.A. No. 02-1294-JJF

ROYAL INDEMNITY COMPANY,       )

        Defendant and         )
        Counterclaim Plaintiff.     )
_____)

ROYAL INDEMNITY COMPANY,       )

        Third-Party Plaintiff,     )

   v.                                 )

ANDREW N. YAO, et al.          )

        Third-Party Defendants.    )
_____)

ROYAL INDEMNITY COMPANY,       )

        Counter-Claimant,       )

   v.                                 )

MBIA BANK, et al.            )

        Counter-Defendants.       )
_____)

```
_____
                                            )
CHARLES A. STANZIALE, JR.,                  )
CHAPTER 7 TRUSTEE OF                        )
STUDENT FINANCE CORPORATION                 )
                                            )
              Plaintiff,                    )
                                            )
         v.                                 )        C.A. No. 04-1551-JJF
                                            )
PEPPER HAMILTON LLP, et al.,                )
                                            )
              Defendants.                   )
_____        )
                                            )
CHARLES A. STANZIALE, JR.,                  )
CHAPTER 7 TRUSTEE OF                        )
STUDENT FINANCE CORPORATION                 )
                                            )
              Plaintiff,                    )
                                            )
         v.                                 )        C.A. No. 05-72-JJF
                                            )
McGLADREY & PULLEN LLP, et al.              )
                                            )
              Defendants.                   )
_____        )
                                            )
ROYAL INDEMNITY COMPANY,                    )
                                            )
              Plaintiff,                    )
                                            )
         v.                                 )        C.A. No. 05-165-JJF
                                            )
PEPPER HAMILTON LLP, et al.                 )
                                            )
              Defendants.                   )
_____  )
```

## NOTICE OF DEPOSITION OF DEBORAH PIKE

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure as well as Discovery Coordination Order #1 entered by the Court on June 19, 2006, defendant Pepper Hamilton LLP will take the deposition upon oral examination of Deborah Pike on August 30, 2006, starting at 9:30 a.m., at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 18th Floor, Wilmington, Delaware 19899-1347. The deposition shall be recorded stenographically and will be videotaped. The deposition will continue from day to day until completed pursuant to the provisions of Discovery Coordination Order #1. All counsel of record are invited to attend and participate.

Dated: August 25, 2006
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

William H. Sudell, Jr. (No. 0463)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (fax)

-and-

Elizabeth K. Ainslie, Esq.
Nicholas J. LePore, III, Esq.
Bruce P. Merenstein, Esq.
Stephen J. Shapiro, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pa. 19103
(215) 751-2000
(215) 751-2205 (fax)

Counsel for defendants Pepper Hamilton LLP and
W. Roderick Gagné

3