
IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBIA INSURANCE CORPORATION, *et al.*, <br><br> Plaintiffs and <br> Counterclaim Defendants, <br><br> v. <br><br> ROYAL INDEMNITY COMPANY, <br><br> Defendant and <br> Counterclaim Plaintiff | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 02-1294-JJF |
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF STUDENT FINANCE <br> CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> McGLADREY & PULLEN LLP, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF STUDENT FINANCE <br> CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON LLP, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05-165-JJF |

**NOTICE OF SUBPOENAS**

Please take notice that the undersigned is serving the subpoenas attached hereto as Exhibits A through D.

                                      YOUNG CONAWAY STARGATT
                                      &amp; TAYLOR, LLP

                                      /s/ John W. Shaw
                                      John W. Shaw (No. 3362)
                                      The Brandywine Building, 17th Floor
                                      1000 West Street
                                      Wilmington, Delaware 19801
                                      (302) 571-6600
                                      jshaw@ycst.com

                                      *Attorneys for MBIA Insurance Corporation and*
                                      *Wells Fargo Bank Minnesota, N.A.*

Of Counsel:

Ronald S. Rauchberg
Steven E. Obus
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
(212) 969-3000

Dated: September 21, 2006