IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 7 |
| STUDENT FINANCE CORPORATION, : | |
| : | Bankruptcy Case No.02-11620(DDS) |
| Debtor. : | |
| : | |
| CHARLES A. STANZIALE, JR., : | |
| CHAPTER 7 TRUSTEE OF STUDENT : | |
| FINANCE CORPORATION, : | |
| : | Adversary No. 04-58003 |
| Plaintiff, : | |
| : | District Case No. 05-00072-JJF |
| v.        : | |
| : | |
| McGLADREY & PULLEN, LLP, and : | |
| MICHAEL AQUINO, : | |
| : | |
| Defendants. : | |

ORDER

WHEREAS, the parties submitted a joint letter (D.I. 85) to the Court requesting clarification of the Court's Order of August 10, 2006 (D.I. 77);

WHEREAS, Plaintiff contends the Order denied Defendants' Rule 12(b) Motion To Dismiss The Trustee's Amended Complaint In Part (D.I. 52), thereby rejecting all theories supporting the motion;

WHEREAS, Defendants contend that the Order did not address the "separate and independent" theory for relief contained in their Supplemental Memorandum of Law In Further Support Of Motion To Dismiss The Trustee's Amended Complaint In Part (D.I. 71);

WHEREAS, Plaintiff's interpretation of the August 10 Order (D.I. 77) is correct;

NOW THEREFORE IT IS HEREBY ORDERED that Defendants McGladrey & Pullen, LLP and Michael Acquino shall file answers to the Amended Complaint within 20 days of this Order

September 29, 2006

_____
UNITED STATES DISTRICT JUDGE