IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, *et al.*, <br><br> Plaintiffs and <br> Counterclaim Defendants, <br><br> v. <br><br> ROYAL INDEMNITY COMPANY, <br><br> Defendant and <br> Counterclaim Plaintiff | Civil Action No. 02-1294-JJF |
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> McGLADREY & PULLEN LLP, *et al.*, <br><br> Defendants. | Civil Action No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON *et al.*, <br><br> Defendants. | Civil Action No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON LLP, *et al.*, <br><br> Defendants. | Civil Action No. 05-165-JJF |

**NOTICE OF SUBPOENA**

Please take notice that the undersigned is serving the subpoena attached hereto as Exhibit A.

                        YOUNG CONAWAY STARGATT
                        & TAYLOR, LLP

                        _____
                        John W. Shaw (No. 3362)
                        The Brandywine Building, 17th Floor
                        1000 West Street
                        Wilmington, Delaware 19801
                        (302) 571-6600
                        jshaw@ycst.com

                        *Attorneys for MBIA Insurance Corporation and*
                        *Wells Fargo Bank Minnesota, N.A.*

Of Counsel:

Ronald S. Rauchberg
Steven E. Obus
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
(212) 969-3000

Dated:  October 5, 2006

**CERTIFICATE OF SERVICE**

        I, John W. Shaw, Esquire, hereby certify that on October 5, 2006, I caused copies of the foregoing document to be served on the following persons in the manner indicated below:

**BY HAND DELIVERY**:

Phillip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19801

Daniel K. Astin, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Christopher M. Winter, Esquire
Duane Morris, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

James L. Holzman, Esquire
Prickett Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Peter C. Hughes, Esquire
Dilworth Paxson, LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

**BY E-MAIL**

John I. Grossbart, Esquire
Sonnenschein Nath & Rosenthal, LLP
7800 Sears Tower
Chicago, IL 60606

John H. Eickemeyer, Esquire
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Kenneth J. Pfaehler, Esquire
Sonnenschein Nath & Rosenthal, LLP
1301 "K" Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis, LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909

Steven M. Farina, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, DC 20005

Veronica E. Rendon, Esquire
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022

Michael S. Waters, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102

**BY U.S. MAIL**

Student Loan Servicing LLC
1405 Foulk Road, Suite 102
Wilmington, DE 19803-2769

Andrew N. Yao
107 Leighton Drive
Bryn Mawr, PA 19010

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600
jshaw@ycst.com

*Attorneys for MBIA Insurance Corporation and Wells Fargo*

Of Counsel:

Ronald S. Rauchberg, Esq.
Steven E. Obus, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
(212) 969-3000