IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 7 |
| STUDENT FINANCE CORPORATION, | : |
| | : Bankruptcy Case No. 02-11620 (KJC) |
| Debtor. | : |
| | : |
| CHARLES A. STANZIALE, JR., | : |
| CHAPTER 7 TRUSTEE OF STUDENT | : |
| FINANCE CORPORATION | : Adversary No. 04-58003 |
| | : |
| Plaintiff, | : District Case No. 05-00072-JJF |
| | : |
| v. | : |
| | : |
| McGLADREY & PULLEN, LLP, and MICHAEL | : |
| AQUINO, | : |
| | : |
| Defendants. | : |

**STIPULATION EXTENDING
TIME TO ANSWER AMENDED COMPLAINT**

The Plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation, and Defendants, McGladrey & Pullen, LLP, and Michael Aquino (together, the "Stipulating Defendants"), stipulate and agree that each of the Stipulating Defendants shall have an extension of time up to and including Thursday, October 26, 2006, in which to answer the Amended Complaint filed in the captioned action. This Stipulation may be executed by facsimile and/or in original multiple counterparts, each of which shall be deemed an original.

| THE BAYARD FIRM | DUANE MORRIS LLP |
|---|---|
| _/s/_ | _/s/_ |
| Daniel K. Astin, Esq. (DE 4068) | Michael R. Lastowski (DE 3829) |
| Ashley B. Stitzer, Esq. (DE 3891) | Christopher M. Winter (DE 4163) |
| 222 Delaware Avenue, Suite 900 | 1100 North Market Street, Suite 1200 |
| P.O. Box 25130 | Wilmington, DE 19801-1246 |
| Wilmington, DE 19899 | Telephone: (302) 657-4900 |
| Telephone: (302) 655-5000 | Facsimile: (302) 657-4901 |
| Facsimile: (302) 658-6395 | |

DM3\403491.1

-and-

**McELROY, DEUTSCH, MULVANEY & CARPENTER LLP**
Michael S. Waters, Esq.
Lois Goodman, Esq.
Elizabeth A. Kenny, Esq.
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079
Telephone: (973) 622-7711
Facsimile: (973) 622-5313

*Attorneys for Plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation.*

-and-

**ARNOLD & PORTER LLP**
Richard P. Swanson, Esq.
Veronica E. Rendon, Esq.
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Attorneys for McGladrey & Pullen, LLP and Michael Aquino*

**WILLIAMS & CONNOLLY LLP**
Steven M. Farina, Esq.
Thomas H.L. Selby, Esq.
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Counsel for McGladrey & Pullen, LLP*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 7 |
| STUDENT FINANCE CORPORATION, : | |
| : | Bankruptcy Case No. 02-11620 (KJC) |
| Debtor. : | |
| : | |
| CHARLES A. STANZIALE, JR., : | |
| CHAPTER 7 TRUSTEE OF STUDENT : | |
| FINANCE CORPORATION : | Adversary No. 04-58003 |
| : | |
| Plaintiff, : | District Case No. 05-00072-JJF |
| : | |
| v. : | |
| : | |
| McGLADREY & PULLEN, LLP, and MICHAEL : | |
| AQUINO, : | |
| : | |
| Defendants. : | |

**ORDER GRANTING STIPULATION
EXTENDING TIME TO ANSWER AMENDED COMPLAINT**

Upon the Stipulation Extending Time to Answer Amended Complaint (the "Stipulation"),

IT IS HEREBY ORDERED:

1.  The Stipulation is granted.


Dated: _____, 2006

_____
Honorable United States District Court Judge

DM3\403491.1