IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 )  |
| STUDENT FINANCE CORPORATION, | ) Case No. 02-11620 (KJC) ) |
| Debtor. | ) ) |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION | ) ) ) ) Case No. 1:05-CV-00072-JJF |
| Plaintiff, | ) ) |
| v. | ) ) |
| MCGLADREY & PULLEN, LLP, and MICHAEL AQUINO, | ) ) ) |
| Defendants. | ) ) |

**CERTIFICATE OF SERVICE**

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of **Answer of McGladrey & Pullen, LLP** was made on October 26, 2006 upon the attached service list in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: October 26, 2006
      Wilmington, Delaware

*/s/ Christopher M. Winter*

Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: cmwinter@duanemorris.com

DM3\407733.1

## Service List

| | |
|---|---|
| William H. Sudell, Jr., Esq.<br>Daniel Butz, Esq.<br>Morris, Nichols Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19899<br>*Via Hand Delivery* | Tiffany Geyer Lydon, Esq.<br>Philip Trainer, Jr., Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>*Via Hand Delivery* |
| Elizabeth K. Ainslie, Esq.<br>Schneider Harrison Segal & Lewis, LLP<br>1600 Market Street, Suite 2600<br>Philadelphia, PA 19103<br>*Via First Class Mail* | Karen Lee Turner, Esq.<br>Eckert Seamans Cherin & Mellott, LLP<br>4 E. 8th Street, Suite 200<br>Wilmington, DE 19801<br>*Via Hand Delivery* |
| James L. Holzman, Esq.<br>Clayton Athey, Esq.<br>Prickett, Jones & Elliot, P.A.<br>1310 King Street<br>Wilmington, DE 19801<br>*Via Hand Delivery* | John I. Grossbart, Esq.<br>Sonnenschein, Nath & Rosenthal LLP<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606<br>*Via First Class Mail* |
| Michael S. Waters, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>*Via First Class Mail* | Neil G. Epstein, Esq.<br>Eckert Seamans Cherin & Mellott, LLP<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102<br>*Via First Class Mail* |
| John H. Eickemeyer, Esq.<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022<br>*Via First Class Mail* | John W. Shaw, Esq.<br>Dawn Jones, Esq.<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899<br>*Via Hand Delivery* |
| Andre G. Castaybert, Esq.<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036<br>*Via First Class Mail* | Richard P. Swanson, Esq.<br>Veronica E. Rendon, Esq.<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690<br>*Via First Class Mail* |

DM3\407733.1

| | |
|---|---|
| Steven M. Farina, Esq.<br>Thomas H.L. Selby, Esq.<br>Amber M. Mettler, Esq.<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005<br>*Via First Class Mail* | James J. Rodgers, Esq.<br>Laura E. Vendzules, Esq.<br>Andrew M. Marble, Esq.<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103-7595<br>*Via First Class Mail* |
| Michael H. Barr, Esq.<br>Kenneth J. Phaehler, Esq.<br>Robert W. Gifford, Esq.<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>*Via First Class Mail* | Daniel K. Astin, Esq.<br>Ashley B. Stitzer, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Via Hand Delivery* |