IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>McGLADREY & PULLEN, LLP, and MICHAEL AQUINO,<br><br>Defendants. | )<br>)<br>)<br>) C.A. No. 05-72-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Glynn K. Spelliscy of Arnold & Porter, LLP, 399 Park Avenue, New York, New York 10022-4690, to represent the Defendants McGladrey & Pullen, LLP and Michael Aquino.

Dated: November 15, 2006
   Wilmington, Delaware

**DUANE MORRIS LLP**

_____
Michael R. Lastowski (DE 3892)
Christopher M. Winter (DE 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   mlastowski@duanemorris.com
      cmwinter@duanemorris.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____   _____
                        United States District Court Judge

DM3\418305.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action and that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

ARNOLD & PORTER LLP

_____
Glynn K. Spelliscy, Esquire
399 Park Avenue
New York, NY 10022-4690
Telephone:   (212) 715-1156
Facsimile:   (212) 715-1399
E-mail:      glynn.spelliscy@aporter.com

DM3/415305.1