IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>McGLADREY & PULLEN, LLP and MICHAEL AQUINO,<br><br>PEPPER HAMILTON, LLP, et al.,<br><br>              Defendants, | <br><br><br><br><br><br><br>C.A. No. 05-72 (JJF)<br><br><br>C.A. No. 04-1551 (JJF) |

## REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND OTHER PAPERS

*PLEASE TAKE NOTICE* that The Bayard Firm, counsel to Charles A. Stanziale, Jr., chapter 7 trustee for Student Finance Corporation (the "Chapter 7 Trustee"), hereby requests, pursuant to Rule 5 of the Federal Rules of Civil Procedure, that copies of all notices, pleadings and other papers filed in the above-captioned cases be served upon the persons listed below at the following address:

Charlene M. Davis, Esquire
Ashley B. Stitzer, Esquire
Mary E. Augustine, Esquire
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
cdavis@bayardfirm.com
astitzer@bayardfirm.com
maugustine@bayardfirm.com

647263-1

***PLEASE TAKE FURTHER NOTICE*** that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases.

Dated: January 2, 2007

THE BAYARD FIRM

_____
Charlene D. Davis (No. 2336)
Ashley B. Stitzer (No. 3891)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, 9th Floor
Wilmington, Delaware  19801
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

Attorneys for Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 2nd day of January, 2007, I caused copies of the foregoing **Request for Service of Notices, Pleadings and Other Papers** to be served upon the parties listed below in the manners indicated.

### VIA HAND DELIVERY

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Donna L. Culver, Esquire<br>Daniel B. Butz, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Karen Lee Turner, Esquire<br>Eckert Seamans Cherin & Mellot, LLC<br>4 East 8th Street, Suite 200<br>Wilmington, DE 19801 |
| Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899 |
| Tiffany Geyer Lydon, Esquire<br>Philip Trainer, Jr., Esquire<br>Carolyn Shelly Hake, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | John W. Shaw, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |

### VIA FIRST CLASS U.S. MAIL

| | |
|---|---|
| Elizabeth K. Ainslie, Esquire<br>Nicholas J. LePore, III, Esquire<br>Bruce P. Merenstein, Esquire<br>Stephen J. Shapiro, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103 | Neil G. Epstein, Esquire<br>Carol L. Press, Esquire<br>Eckert Seamans Cherin & Mellot, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102-1909 |
| Veronica E. Rendon, Esquire<br>Richard P. Swanson, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022 | Andre G. Castaybert, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036 |

647263-1

| | |
|---|---|
| John I. Grossbart, Esquire<br>Alan S. Gilbert, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606 | Steven M. Farina, Esquire<br>Thomas H.L. Selby, Esquire<br>Williams & Connolly LLP<br>725 12th Street, N.W.<br>Washington, DC 20005 |
| John H. Eickemeyer, Esquire<br>Marie A. Tieri, Esquire<br>Vedder Price Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | |

/s/ M. Augustine
_____
Mary E. Augustine (No. 4477)