IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al. ) <br> ) <br> Plaintiffs and ) <br> Counterclaim Defendants, ) <br> ) <br> v. ) <br> ) <br> ROYAL INDEMNITY COMPANY, ) <br> ) <br> Defendant and ) <br> Counterclaim Plaintiff. ) | C.A. No. 02-1294-JJF |

ROYAL INDEMNITY COMPANY,

　　　　Third-Party Plaintiff,

v.

ANDREW N. YAO, et al.

　　　　Third-Party Defendants.

_____

ROYAL INDEMNITY COMPANY,

　　　　Counter-Claimant,

v.

MBIA BANK, et al.

　　　　Counter-Defendants.

| | |
|---|---|
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>　　　　　Defendants. | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>McGLADREY & PULLEN LLP, et al.<br><br>　　　　　Defendants. | C.A. No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>PEPPER HAMILTON LLP, et al.<br><br>　　　　　Defendants. | C.A. No. 05-165-JJF |

### SECOND AMENDED NOTICE OF DEPOSITION OF JOHN LOOFBOURROW

PLEASE TAKE NOTICE that the deposition of John Loofbourrow, previously scheduled to begin on January 25, 2007, has been rescheduled. Pursuant to Rules 26 and 30 of

2

the Federal Rules of Civil Procedure as well as Discovery Coordination Order #1 entered by the Court on June 19, 2006, defendant Pepper Hamilton LLP will take the deposition upon oral examination of John Loofbourrow, beginning on January 29, 2007 at 10:00 a.m. at the offices of Schnader Harrison Segal & Lewis LLP, 140 Broadway, Suite 3100, New York, New York 10005. The deposition shall be recorded stenographically and will be videotaped. The deposition will continue from day to day until completed pursuant to the provisions of Discovery Coordination Order #1. All counsel of record are invited to attend and participate.

Dated: January 4, 2007
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
William H. Sudell, Jr. (No. 0463)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (fax)

-and-

Elizabeth K. Ainslie, Esq.
Nicholas J. LePore, III, Esq.
Bruce P. Merenstein, Esq.
Stephen J. Shapiro, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pa. 19103
(215) 751-2000
(215) 751-2205 (fax)

Counsel for defendants Pepper Hamilton LLP and W. Roderick Gagné

550387