IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORP., et al.<br><br>Plaintiffs and<br>Counterclaim Defendants,<br><br>v.<br><br>ROYAL INDEMNITY COMPANY<br><br>Defendant and<br>Counterclaim Plaintiff. | C. A. No. 02-1294-JJF |
| ROYAL INDEMNITY COMPANY<br><br>Third Party Plaintiff,<br><br>v.<br><br>ANDREW N. YAO, et al.<br><br>Counter-Defendants. | |
| ROYAL INDEMNITY COMPANY<br><br>Counter-Claimant,<br><br>v.<br><br>MBIA BANK, et al.<br><br>Counter-Defendants. | |

| | |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>PEPPPER HAMILTON LLP, et al. | : C.A. No. 04-1551-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>McGLADREY & PULLEN LLP, et al.<br><br>Defendants, | : C.A. No. 05-72-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.<br><br>Defendants. | : C.A. No. 05-165-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF DEPOSITION OF MICHELE SHEDRICK

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure as well as Discovery Coordination Order #1 entered by the Court on

June 19, 2006, Plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, will take the deposition upon oral examination of Michele Shedrick, beginning on January 30, 2007 at 10:00 a.m. a the offices of McElroy, Deutsch, Mulvaney & Carpenter, LLC, 1 Penn Center – Suburban Station, 1617 JFK Boulevard, Suite 1500, Philadelphia, PA 19103-1815. The deposition shall be recorded stenographically and will be videotaped. The deposition will continue from day to day until completed pursuant to the provisions of the Discovery Coordination Order #1. All counsel of record are invited to attend and participate.

Dated: January 19, 2007
Wilmington, Delaware

Respectfully submitted,

THE BAYARD FIRM

s/ Charlene Davis
Charlene Davis, Esq. (No. 2336)
Mary E. Augustine, Esq (4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
(302) 658-6395
cdavis@bayardfirm.com

and

Alyssa Cimino, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711
(973) 622-5314

Attorneys for Plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation