## CERTIFICATE OF SERVICE

I, Alyssa Cimino, certify that I am not less than 18 years of age, and that service of the foregoing Notice of Deposition of Michele Shedrick was caused to be made on January 19, 2007, in the manner indicated, upon the individuals identified on the attached service list.

Date:   January 19, 2007

_____
Alyssa A. Cimino

## SERVICE LIST

## VIA REGULAR MAIL

Christopher M. Winter, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, Delaware 19801
*Counsel for Freed Maxick & Battaglia, CPAs, PC; McGladrey & Pullen LLP and Michael Aquino*

Karen Lee Turner, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, Delaware 19801
*Counsel for W. Roderick Gagne, Pamela Bashore Gagne, Robert L. Bast and the Trusts*

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, Delaware 19899
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
*Counsel for MBIA*

Tiffany Geyer Lydon, Esq.
Philip Trainer, Jr., Esq.
Carolyn Shelly Hake, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
*Counsel for Royal Indemnity Company*

### VIA EMAIL AND/OR FIRST CLASS MAIL

Stephen J. Shapiro, Esq.
Elizabeth K. Ainslie, Esq.
Nicholas J. LePore, III, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103
Email: sshapiro@schnader.com
*Counsel for Pepper Hamilton LLP and W. Roderick Gagne*

Neil G. Epstein, Esq.
Carol L. Press, Esq.
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, Pennsylvania 19102-1909
Email: cpress@eckertseamans.com;
nepstein@eckertseamans.com
*Counsel for W. Roderick Gagne, Pamela Bashore Gagne, Robert L. Bast and the Trusts*

John I. Grossbart, Esq.
Alan S. Gilbert, Esq.
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
jgrossbart@sonnenschein.com;
smerouse@sonnenschein.com
*Counsel for Royal Indemnity Company*

Veronica E. Rendon, Esq.
Richard P. Swanson, Esq.
Jason M. Butler, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022
Jason_butler@aporter.com;
Veronica_rendon@aportoer.com
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

Andre G. Castaybert, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
acastaybert@proskauer.com
*Counsel for MBIA*

Steven M. Farina, Esq.
Thomas H.L. Selby
Williams & Connolly LLP
725 12th Street, NW
Washington, D.C. 20005
tselby@wc.com
*Counsel for McGladrey & Pullen LLP*

John H. Eickemeyer, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, New York 10022
jeikemeyer@vedderprice.com;
mtieri@vedderprice.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

B98430_1