IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| STUDENT FINANCE CORPORATION, | : | |
| | : | |
| Debtor. | : | |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, | : | Civil Action No. 04-1551 (JJF) |
| Plaintiff, | : | |
| v. | : | |
| PEPPER HAMILTON LLP, et al., | : | |
| Defendants. | : | |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, | : | Civil Action No. 05-72 (JJF) |
| Plaintiff, | : | |
| v. | : | |
| MCGLADREY & PULLEN, LLP, AND MICHAEL AQUINO, | : | |
| Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, counsel moves the admission *pro hac vice* of Stephen F. Payerle, Esquire of McElroy, Deutsch, Mulvaney & Carpenter, LLP to

650432-1

represent Plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, in the above matter.

January 31, 2007

THE BAYARD FIRM

/s/ Mary Augustine

Charlene Davis (No. 2336)
Mary Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: 302-655-5000

Attorneys for Charles A. Stanziale, Jr.,
  Chapter 7 Trustee

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
                                  United States District Judge

650432-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court; am admitted, practicing and in good standing as a member of the Bars of the State of New Jersey, the U.S. District Court for the District of New Jersey, the United States Courts of Appeals for the Second and Third Circuits, and the Supreme Court of the United States; and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

January 31, 2007

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Stephen F. Payerle
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711

Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation

631196v1