IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al.<br><br>　　　Plaintiffs and<br>　　　Counterclaim Defendants,<br><br>　　v.<br><br>ROYAL INDEMNITY COMPANY,<br><br>　　　Defendant and<br>　　　Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)　　C.A. No. 02-1294-JJF<br>)<br>)<br>)<br>)<br>)<br>) |
| ROYAL INDEMNITY COMPANY,<br><br>　　　Third-Party Plaintiff,<br><br>　　v.<br><br>ANDREW N. YAO, et al.<br><br>　　　Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ROYAL INDEMNITY COMPANY,<br><br>　　　Counter-Claimant,<br><br>　　v.<br><br>MBIA BANK, et al.<br><br>　　　Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION<br><br>          Plaintiff,<br><br>          v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>          Defendants. | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION<br><br>          Plaintiff,<br><br>          v.<br><br>McGLADREY & PULLEN LLP, et al.<br><br>          Defendants. | C.A. No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY,<br><br>          Plaintiff,<br><br>          v.<br><br>PEPPER HAMILTON LLP, et al.<br><br>         Defendants. | C.A. No. 05-165-JJF |

## NOTICE OF SERVICE

       I, Daniel B. Butz , certify that I am not less than 18 years of age, and that service of a copy of the **Supplemental Disclosures Pursuant to Rule 26(a)(1)(A) of**

**Defendants Pepper Hamilton LLP and W. Roderick Gagné** was made on February 7, 2007, upon the parties identified on the attached service list in the manner indicated.

Dated: February 7, 2007
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
William H. Sudell, Jr., Esq. (No. 0463)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

*Counsel for defendant Pepper Hamilton LLP and W. Roderick Gagné*

733767.1