**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al. | ) |
| | ) |
| Plaintiffs and | ) |
| Counterclaim Defendants, | ) |
| | ) |
| v. | ) C.A. No. 02-1294-JJF |
| | ) |
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Defendant and | ) |
| Counterclaim Plaintiff. | ) |
| | ) |
| CHARLES A. STANZIALE, JR., | ) |
| CHAPTER 7 TRUSTEE OF | ) |
| STUDENT FINANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1551-JJF |
| | ) |
| PEPPER HAMILTON LLP, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| CHARLES A. STANZIALE, JR., | ) |
| CHAPTER 7 TRUSTEE OF | ) |
| STUDENT FINANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-72-JJF |
| | ) |
| McGLADREY & PULLEN LLP, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-165-JJF |
| | ) |
| PEPPER HAMILTON LLP, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF DEPOSITION OF
## POWELL TRACHTMAN LOGAN CARRLE & LOMBARDO, P.C.

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, Royal Indemnity Company will take the deposition upon oral examination of the

Custodian of Records of Powell Trachtman Logan Carrle & Lombardo on March 15, 2007,

starting at 1:30 p.m., at the offices of Knipes-Cohen Court Reporting, 400 Market Street, 1.th

Floor, Philadelphia, PA 19106-2501. The deposition shall be recorded stenographically and may

be videotaped. The deposition will continue from day to day until completed. All counsel of

record are invited to attend and participate.


ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

---
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
ptrainer@ashby-geddes.com
tlydon@ashby-geddes.com

2

SONNENSCHEIN NATH & ROSENTHAL LLP
Michael H. Barr
Kenneth J. Pfaehler
Robert W. Gifford
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700


- and -

John I. Grossbart
Steven L. Merouse
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000

*Attorneys for Royal Indemnity Company*

Dated: March 1, 2007
178368.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2007, the attached **NOTICE OF**

**DEPOSITION OF POWELL TRACHTMAN LOGAN CARRLE & LOMBARDO, P.C.**

was served upon the below-named counsel of record at the address and in the manner indicated:

William H. Sudell, Jr., Esquire                     HAND DELIVERY
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

James L. Holzman, Esquire                           HAND DELIVERY
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE  19899

Michael R. Lastkowski, Esquire                      HAND DELIVERY
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

John W. Shaw, Esquire                               HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899

Karen Lee Turner, Esquire                           HAND DELIVERY
Susan E. Poppiti, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE  19801

Charlene M. Davis, Esquire                                      HAND DELIVERY
Ashley B. Stitzer, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

John H. Eickemeyer, Esquire                                     FEDERAL EXPRESS
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Elizabeth K. Ainslie, Esquire                                   FEDERAL EXPRESS
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Richard P. Swanson, Esquire                                     FEDERAL EXPRESS
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

Steven M. Farina, Esquire                                       FEDERAL EXPRESS
Thomas H.L. Selby
Amber M. Mettler
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC 20005

Neil G. Epstein, Esquire                                        FEDERAL EXPRESS
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

Michael S. Waters, Esquire                                      FEDERAL EXPRESS
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

2

James J. Rodgers, Esquire                                    FEDERAL EXPRESS
Laura E. Vendzules, Esquire
Andrew M. Marble, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595


Andre G. Castaybert, Esquire                                 FEDERAL EXPRESS
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299


Student Loan Servicing LLC                                      U.S. MAIL
1405 Foulk Road, Suite 102
Wilmington, DE  19803-2769


Andrew N. Yao                                                   U.S. MAIL
107 Leighton Drive
Bryn Mawr, PA  19010




                                        */s/ Tiffany Geyer Lydon*

                                        _____

                                        Tiffany Geyer Lydon

171237.1


                        3