IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>Debtor.<br><br>―――――――――――――――<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>McGLADREY & PULLEN LLP, et al.,<br><br>Defendants. | Chapter 7<br><br>Bankruptcy Case No. 02-11620 (KJC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 05-00072 (JJF) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 16, 2007, Charles A. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation, by and through undersigned counsel, served copies of the following on the parties on the attached list via United States First Class Mail:

**Interrogatories and Document Request of Trustee Charles A. Stanziale, Jr. to Defendants McGladrey & Pullen, LLP and Michael Aquino**

**Trustee's Interrogatories and Document Request to Pepper Hamilton and W. Roderick Gagne**

654702-1

Dated: March 16, 2007

THE BAYARD FIRM

*/s/ Mary E. Augustine*

Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone:  (302) 655-5000
Facsimile:   (302) 658-6395

-and-

Lois Goodman, Esquire
Michael S. Waters, Esquire
MCELROY, DEUTSCH, MULVANEY &
CARPENTER LLP
3 Gateway Center
Newark, NJ 07102
Telephone:  (973) 565-2079
Facsimile:   (973) 622-5314

Counsel for Charles A. Stanziale, Jr., Chapter 7
Trustee of Student Finance Corporation

## SERVICE LIST

## VIA U.S. MAIL

Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Stephen J. Shapiro, Esquire
Elizabeth K. Ainslie, Esquire
Nicholas J. LePore, III, Esquire
Schnader Harrison Segal
& Lewis, LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103

John H. Eickemeyer, Esquire
Vedder, Price, Kaufman
& Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Karen Lee Turner, Esquire
Eckert Seamans Cherin
& Mellott, LLP
300 Delaware Avenue
Suite 1360
Wilmington, DE 19801

Neil G. Epstein, Esquire
Carol S. Press, Esquire
Eckert Seamans Cherin
& Mellott, LLP
1515 Market Street, 9th Floor
Philadelphia, PA 19102

Veronica E. Rendon, Esquire
Richard P. Swanson, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Andre G. Castaybert, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

James L. Holzman, Esquire
J. Clayton Athey, Esquire
Prickett, Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Tiffany Geyer Lydon, Esquire
Philip Trainer, Jr., Esquire
Carolyn Shelly Hake, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

John I. Grossbart, Esquire
Alan S. Gilbert, Esquire
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899