# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al.<br><br>    Plaintiffs and<br>    Counterclaim Defendants,<br><br>v.<br><br>ROYAL INDEMNITY COMPANY,<br><br>    Defendant and<br>    Counterclaim Plaintiff. | C.A. No. 02-1294-JJF |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>    Defendants. | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>McGLADREY & PULLEN LLP, et al.,<br><br>    Defendants. | C.A. No. 05-72-JJF |

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-165-JJF |
| | ) |
| PEPPER HAMILTON LLP, et al. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DEPOSITION OF DAVID AKSIM

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Royal Indemnity Company will take the deposition upon oral examination of David Aksim on April 16 and 17, 2007, starting at 9:30 a.m., at the offices of Schnader Harrison Segal & Lewis LLP, 1600 Market Street, Suite 3600, Philadelphia, PA 19103. The deposition shall be recorded stenographically and may be videotaped. The deposition will continue from day to day until completed. All counsel of record are invited to attend and participate.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
ptrainer@ashby-geddes.com
tlydon@ashby-geddes.com

          SONNENSCHEIN NATH & ROSENTHAL LLP
          Michael H. Barr
          Kenneth J. Pfaehler
          Robert W. Gifford
          1221 Avenue of the Americas
          New York, New York 10020-1089
          (212) 768-6700

          - and -

          John I. Grossbart
          Steven L. Merouse
          8000 Sears Tower
          233 S. Wacker Drive
          Chicago, Illinois 60606
          (312) 876-8000

          *Attorneys for Royal Indemnity Company*

Dated: April 11, 2007
179612.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2007, the attached **NOTICE OF DEPOSITION OF DAVID AKSIM** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | <u>HAND DELIVERY</u> |
| David E. Wilks, Esquire<br>Reed Smith LLP<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | <u>HAND DELIVERY</u> |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |

| | |
|---|---|
| Charlene D. Davis, Esquire<br>Mary E. Augustine, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | **FEDERAL EXPRESS** |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | **FEDERAL EXPRESS** |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | **FEDERAL EXPRESS** |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby<br>Amber M. Mettler<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005 | **FEDERAL EXPRESS** |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102 | **FEDERAL EXPRESS** |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079 | **FEDERAL EXPRESS** |

| | |
|---|---|
| Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 | <u>FEDERAL EXPRESS</u> |
| Student Loan Servicing LLC<br>1405 Foulk Road, Suite 102<br>Wilmington, DE 19803-2769 | <u>U.S. MAIL</u> |
| Andrew N. Yao<br>107 Leighton Drive<br>Bryn Mawr, PA 19010 | <u>U.S. MAIL</u> |

/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

171237.1

3