IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORP., et al. <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> ROYAL INDEMNITY COMPANY <br><br> Defendant and Counterclaim Plaintiff. | : <br> : C. A. No. 02-1294-JJF |
| ROYAL INDEMNITY COMPANY <br><br> Third Party Plaintiff, <br><br> v. <br><br> ANDREW N. YAO, et al. <br><br> Counter-Defendants. | : |
| ROYAL INDEMNITY COMPANY <br><br> Counter-Claimant, <br><br> v. <br><br> MBIA BANK, et al. <br><br> Counter-Defendants. | : |

| | |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>PEPPPER HAMILTON LLP, et al. | : C.A. No. 04-1551-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>McGLADREY & PULLEN LLP, et al.<br><br>Defendants, | : C.A. No. 05-72-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.<br><br>Defendants. | :<br>:<br>: C.A. No. 05-165-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF DEPOSITION OF GARY CAMP

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure as well as Discovery Coordination Order #1 entered by the Court on

June 19, 2006, Plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, will take the deposition upon oral examination of Gary Camp, beginning on April 30, 2007 at 10:00 a.m. at the offices of Montgomery, McCraken, Walker & Rhodes, LLP, 457 Haddonfield Road, Suite 600, Cherry Hill, New Jersey, 08002. The deposition shall be recorded stenographically and will be videotaped. The deposition will continue from day to day until completed pursuant to the provisions of the Discovery Coordination Order #1. All counsel of record are invited to attend and participate.

Dated: April 18, 2007
      Wilmington, Delaware

Respectfully submitted,

THE BAYARD FIRM

_/s/_
Charlene Davis, Esq. (No. 2336)
Mary E. Augustine, Esq (4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
(302) 658-6395

and

Stephen F. Payerle, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711
(973) 622-5314

Attorneys for Plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation