IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBIA INSURANCE CORPORATION, et al. | ) | |
| | ) | |
| Plaintiffs and | ) | |
| Counterclaim Defendants, | ) | |
| | ) | |
| v. | ) | C.A. No. 02-1294-JJF |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |
| | ) | |
| CHARLES A. STANZIALE, JR., | ) | |
| CHAPTER 7 TRUSTEE OF | ) | |
| STUDENT FINANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1551-JJF |
| | ) | |
| PEPPER HAMILTON LLP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CHARLES A. STANZIALE, JR., | ) | |
| CHAPTER 7 TRUSTEE OF | ) | |
| STUDENT FINANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-72-JJF |
| | ) | |
| McGLADREY & PULLEN LLP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

|  |  |  |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-165-JJF |
| PEPPER HAMILTON LLP, et al. | ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF SERVICE

I hereby certify that on the 7th day of May, 2007, a true and correct copy of

**ROYAL INDEMNITY COMPANY'S DISCLOSURE OF EXPERT TESTIMONY**

**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)** was served upon the

below-named counsel of record at the address and in the manner indicated:


David E. Wilks, Esquire                                    ELECTRONIC MAIL
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE  19801

Michael R. Lastkowski, Esquire                             ELECTRONIC MAIL
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | ELECTRONIC MAIL |
| Karen Lee Turner, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801 | ELECTRONIC MAIL |
| Ashley Stitzer, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | ELECTRONIC MAIL |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | ELECTRONIC MAIL |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | ELECTRONIC MAIL |
| Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | ELECTRONIC MAIL |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005 | ELECTRONIC MAIL |

| | |
|---|---|
| Andre G. Castaybert, Esquire<br>Steven Obus, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY  10036-8299 | ELECTRONIC MAIL |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102-4079 | ELECTRONIC MAIL |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA  19102 | ELECTRONIC MAIL |

                                          ASHBY & GEDDES

                                          */s/ Tiffany Geyer Lydon*

                                          _____
                                          Philip Trainer, Jr. (I.D. #2788)
                                          Tiffany Geyer Lydon (I.D. #3950)
                                          Andrew D. Cordo (I.D. #4534)
                                          500 Delaware Avenue, 8th Floor
                                          P.O. Box 1150
                                          Wilmington, DE  19899
                                          (302) 654-1888
                                          ptrainer@ashby-geddes.com
                                          tlydon@ashby-geddes.com
                                          acordo@ashby-geddes.com

                                          *Attorneys for Royal Indemnity Company*

*Of Counsel:*

Michael H. Barr
Kenneth J. Pfaehler
Robert W. Gifford
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York  10020-1089
(212) 768-6700

John I. Grossbart
Steven L. Merouse
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606
(312) 876-8000

Dated:  May 8, 2007
180314.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of May, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | ELECTRONIC MAIL |
| David E. Wilks, Esquire<br>Reed Smith LLP<br>1201 North Market Street, Suite 1500<br>Wilmington, DE  19801 | ELECTRONIC MAIL |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801 | ELECTRONIC MAIL |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899 | ELECTRONIC MAIL |
| Karen Lee Turner, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE  19801 | ELECTRONIC MAIL |

Charlene M. Davis, Esquire                                      ELECTRONIC MAIL
Ashley B. Stitzer, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

John H. Eickemeyer, Esquire                                     ELECTRONIC MAIL
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY  10019

Elizabeth K. Ainslie, Esquire                                   ELECTRONIC MAIL
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Richard P. Swanson, Esquire                                     ELECTRONIC MAIL
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Steven M. Farina, Esquire                                       ELECTRONIC MAIL
Thomas H.L. Selby
Amber M. Mettler
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC  20005

Andre G. Castaybert, Esquire                                    ELECTRONIC MAIL
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299

Michael S. Waters, Esquire                                      ELECTRONIC MAIL
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079

3

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA  19102

ELECTRONIC MAIL

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon