# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al. ) ) Plaintiffs and ) Counterclaim Defendants, ) ) v. ) ) ROYAL INDEMNITY COMPANY, ) ) Defendant and ) Counterclaim Plaintiff. ) | C.A. No. 02-1294-JJF |

ROYAL INDEMNITY COMPANY,

      Third-Party Plaintiff,

v.

ANDREW N. YAO, et al.

      Third-Party Defendants.

ROYAL INDEMNITY COMPANY,

      Counter-Claimant,

v.

MBIA BANK, et al.

      Counter-Defendants.

| | |
|---|---|
| CHARLES A. STANZIALE, JR., )<br>CHAPTER 7 TRUSTEE OF )<br>STUDENT FINANCE CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, et al., )<br>)<br>Defendants. ) | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR., )<br>CHAPTER 7 TRUSTEE OF )<br>STUDENT FINANCE CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>McGLADREY & PULLEN LLP, et al. )<br>)<br>Defendants. ) | C.A. No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, et al. )<br>)<br>Defendants. ) | C.A. No. 05-165-JJF |

**NOTICE OF APPEARANCE, REQUEST FOR ALL
NOTICES AND DEMAND FOR SERVICE OF ALL PAPERS**

**PLEASE TAKE NOTICE** that Charles Gillman, Esquire, David Montone, Esquire, David Januszewski, Esquire and M. Justin Lubeley, Esquire of Cahill Gordon &

Reindel LLP hereby enter their appearance in the above-captioned case pursuant to, 11 U.S.C. §§ 342 and 1109(b) and Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 3017, 9007 and 9010.

Request is hereby made that all counsel of record provide the following attorneys at the firm listed below with true, accurate and complete copies of all pleadings, court notices, motions and other documents and papers pertaining to the above-captioned cases, or any adversary proceeding connected therewith, including all notices required by 11 U.S.C. § 101 et. seq. (the "Bankruptcy Code"), the Bankruptcy Rules, or any other rule or law, to be noticed and served on creditors, creditors' committees, or other parties in interest:

> CAHILL GORDON & REINDEL LLP
> Charles A. Gillman
> David Montone
> David G. Januszewski
> M. Justin Lubeley
> 80 Pine Street
> New York, NY 10005-1702
> Telephone: (212) 701-3000
> Facsimile: (212) 269-5420
> cgilman@cahill.com
> dmontone@cahill.com
> djanuszewski@cahill.com
> jlubeley@cahill.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, complaint, demand, disclosure statement, hearing, plan of reorganization, pleading or request, whether formal or informal, whether written or oral, and whether transmitted, conveyed by e-mail, mail, hand delivery, telephone, telegraph, telex or otherwise that (i) affects or seeks to affect in any way any rights or interest of any creditor or

party in interest in this case, with respect to (a) the debtor, (b) the property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest or (c) the property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use or (ii) requires or seeks to require any act, delivery of any property, payment or other conduct or seeks to dispense with any obligation to give notice or to perform an act, or seeks to extend the time for any party, including the debtor, to take some action.

Request is hereby additionally made that the Debtors and the Clerk of the Court place the undersigned counsel and their address on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice Of Appearance, Request For Notice and Demand For Service of All Papers, nor any later appearance, pleading, claim, proof of claim, document, suit, motion, or any other writing or conduct shall waive (i) their right to have any and all final orders in any and all non-core proceedings entered only after *de novo* review by a United States District Court judge; (ii) their right to trial by jury in any proceeding so triable in this case or any case controversy or proceeding related to these cases or (iii) their right to have the reference to this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) any other rights, claims, actions, defenses, setoffs or recoupments which may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: May 8, 2007  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Daniel B. Butz*  
William H. Sudell, Jr. (No. 0463)  
Daniel B. Butz (No. 4227)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19899-1347  
(302) 658-9200  
(302) 658-3989 (fax)

-and-

Elizabeth K. Ainslie, Esq.  
Nicholas J. LePore, III, Esq.  
Bruce P. Merenstein, Esq.  
Stephen J. Shapiro, Esq.  
SCHNADER HARRISON SEGAL & LEWIS LLP  
1600 Market Street, Suite 3600  
Philadelphia, Pa. 19103  
(215) 751-2000  
(215) 751-2205 (fax)

Counsel for defendants Pepper Hamilton LLP and W. Roderick Gagné

821746.1