# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. Box 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com

302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4212
cdavis@bayardfirm.com

May 23, 2007

Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 4124
Lockbox 27
Wilmington, DE 19801

RE: Charles A. Stanziale, Jr., Chapter 7 Trustee of Student
Finance Corporation vs. Pepper Hamilton LLP, et al
Civil Action No. 04-1551 (JJF)

Dear Judge Farnan:

On behalf of Charles A. Stanziale, Chapter 7 Trustee of Student Finance Corporation, we adopt and rely upon the brief and declaration filed by Royal Insurance Company in opposition to the motion by Pepper Hamilton LLP and W. Roderick Gagne to strike expert reports and preclude testimony. We are also filing a brief Declaration of Michael S. Waters in opposition to the motion.

Respectfully submitted,

*Charlene D. Davis*

Charlene D. Davis

CDD/tlw
Enclosures
cc:    All Counsel of Record (w/enc.)
#30233-1

660951-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     Civil Action No. 04-1551 (JJF) |

## DECLARATION OF MICHAEL S. WATERS IN OPPOSITION TO PEPPER HAMILTON'S AND W. RODERICK GAGNÉ'S MOTION TO STRIKE EXPERT REPORTS AND PRECLUDE TESTIMONY

Michael S. Waters hereby declares as follows:

1. I am a member of the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, counsel for the plaintiff, Charles A. Stanziale, Chapter 7 Trustee, Chapter 11 Trustee of Student Finance Corporation ("Trustee") in the above-captioned matter. I make this Declaration in opposition to the motion of defendants Pepper Hamilton LLP and W. Roderick Gagné in his capacity as an attorney at Pepper Hamilton, LLP (collectively "Pepper") to strike the expert reports and preclude the testimony of Professors Douglas Branson, Nancy Moore and Steven Schwartcz.

2. The Trustee shared with Professor Branson a copy of the mediation statements because they were concise statements of each party's position regarding the claims against Pepper as to which Professor Branson was asked to opine. Professor Branson signed an acknowledgement pursuant to the Court's March 15, 2006 Order

631196v1

regarding confidentiality. The Trustee has not discussed with Professor Branson any of the settlement discussions that occurred at the mediation.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2007

Michael S. Waters, Esq.

631196v1