# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 29, 2007

**By E-filing and by Hand**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Royal Indemnity Co. v. Pepper Hamilton, et al.*, C.A. No. 05-165
      *Stanziale v. Pepper Hamilton, et al.*, C.A. No. 04-1551
      *Stanziale v. McGladrey & Pullen LLP*, C.A. No. 05-72
      *MBIA Insurance Corp. v. Royal Indemnity Co.*, C.A. No. 02-1294
      Emergency Motion For Leave to Replace Stricken Expert Witnesses

Dear Judge Farnan:

Please find enclosed a courtesy copy of Royal Indemnity Company's Emergency Motion For Leave to Replace Stricken Expert Witnesses (the "Motion") and a memorandum in support thereof. By this motion, Royal Indemnity seeks leave to obtain new expert witnesses to replace two of the experts whose reports were stricken and whose testimony was precluded by the Court's May 25, 2007 Memorandum Order (No. 05-165 D.I. 494), and to file new expert reports by June 15, 2007.

In opposition to the Motion to Strike filed by Pepper Hamilton LLP and W. Roderick Gagne in his capacity as an attorney (together, "Pepper") (No. 05-165 D.I. 480), Royal requested that, if the Court granted the motion, Royal be given sufficient time to find replacement experts and file new expert reports. However, Pepper now refuses to accede to Royal's request for replacement experts, despite that, in their reply brief on the Motion to Strike, Pepper did not oppose this relief and the Memorandum Order was silent on this point. Denying replacement experts would leave Royal with no experts to address the rules of professional responsibility and standards of care applicable to Pepper's conduct, effectively denying Royal expert testimony altogether, and imposing an excessive sanction.

The Court has requested that the defendants submit a revised case management order by May 30, 2007, by which the deadline to file their expert will be extended. The relief requested in the Motion affects the schedule to be set for further expert discovery and upon all of the parties'

Hon. Joseph J. Farnan, Jr.
May 29, 2007
Page 2

trial preparation. Consequently, we respectfully request that the Court schedule the Motion for briefing and argument on an accelerated schedule.

      We are available at the Court's convenience should you have any questions or concerns.

      Respectfully Submitted,

      */s/Philip Trainer, Jr.*

      Philip Trainer, Jr. (#2788)

cc:    counsel of record on attached service list (with enclosures)
180990.1

## SERVICE LIST

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | **HAND DELIVERY** |
| David E. Wilks, Esquire<br>Reed Smith LLP<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Charlene D. Davis, Esquire<br>Mary E. Augustine, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | **VIA FEDEX** |
| Charles A. Gillman, Esquire<br>David Montone, Esquire<br>David G. Januszewski, Esquire<br>M. Justin Lubeley, Esquire | **VIA FEDEX** |

1

Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005-1702

Elizabeth K. Ainslie, Esquire     **VIA FEDEX**
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Richard P. Swanson, Esquire     **VIA FEDEX**
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

Steven M. Farina, Esquire     **VIA FEDEX**
Thomas H.L. Selby
Amber M. Mettler
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC 20005

Andre G. Castaybert, Esquire     **VIA FEDEX**
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Michael S. Waters, Esquire     **VIA FEDEX**
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Neil G. Epstein, Esquire     **VIA FEDEX**
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

Andrew N. Yao     **U.S. MAIL**
107 Leighton Drive
Bryn Mawr, PA 19010

2