IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al., Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> ROYAL INDEMNITY COMPANY, Defendant/Counterclaim Plaintiff. | C.A. No. 02-1294-JJF |
| CHARLES A. STANZIALE, JR., Ch. 7 Trustee, Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON LLP, et al., Defendants. | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR., Ch. 7 Trustee, Plaintiff, <br><br> v. <br><br> McGLADREY & PULLEN LLP, et al., Defendants. | C.A. No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY, Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON LLP, et al., Defendants. | C.A. No. 05-165-JJF |

**EMERGENCY MOTION OF ROYAL INDEMNITY COMPANY
FOR LEAVE TO REPLACE STRICKEN EXPERT WITNESSES**

ASHBY & GEDDES
Lawrence C. Ashby (#468)
Philip Trainer, Jr. (#2788)
Tiffany L. Geyer (#3950)
Andrew D. Cordo (#4534)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899
(302) 654-1888
(302) 654 2067 (Fax)

SONNENSCHEIN NATH & ROSENTHAL LLP
Michael H. Barr
Alan S. Gilbert
John Grossbart
Kenneth J. Pfaehler
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700
(212) 768-6800 (Fax)

*Attorneys for Royal Indemnity Company*

May 29, 2007

For the reasons set forth fully in the accompanying memorandum, Royal Indemnity Company ("Royal") hereby brings this emergency motion for leave to replace stricken expert witnesses and to file replacement expert reports by June 15, 2007. In compliance with District of Delaware Local Rule 7.1.1, Royal has made a reasonable effort to reach an agreement with respect to the subject matter hereof, but was unable to do.

Dated: May 29, 2007

Respectfully submitted,

ASHBY & GEDDES

*/s/Philip Trainer, Jr.*
_____
Lawrence C. Ashby (#468)
Philip Trainer, Jr. (#2788)
Tiffany L. Geyer (#3950)
Andrew D. Cordo (#4534)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
(302) 654-1888
(302) 654 2067 (Fax)

*Attorneys for Plaintiff*
*Royal Indemnity Company*

Michael H. Barr
Kenneth J. Pfaehler
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700
(212) 768-6800 (fax)

- and -

John Grossbart
Steve Merouse
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)
180989.1