# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4212
cdavis@bayardfirm.com

May 29, 2007

Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 4124
Lockbox 27
Wilmington, DE 19801

  RE:  Charles A. Stanziale, Jr., Chapter 7 Trustee of Student
       Finance Corporation vs. Pepper Hamilton LLP, et al
       Civil Action No. 04-1551 (JJF)

Dear Judge Farnan:

  Charles A. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation, joins in the motion filed earlier today by Royal Indemnity Company, pursuant to which Royal asks the Court (i) to grant leave to file expert reports to replace those stricken by order of the Court on Friday, May 25, 2007, and (ii) to include time within which to file replacement expert reports in the revised schedule in this case. Specifically, the Trustee asks for leave to replace the reports of Professors Nancy Moore, Steven Schwarcz and Douglas Branson, and to have until June 15, 2007 to do so.

  Thank you for your consideration in this matter.

Respectfully submitted,

*Charlene D. Davis*

Charlene D. Davis

CDD/tlw
cc:   All Counsel of Record
#30233-1

661273-3