**ASHBY & GEDDES**

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 30, 2007

**By E-filing and by Hand**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    *Royal Indemnity Co. v. Pepper Hamilton, et al.*, C.A. No. 05-165
               *Stanziale v. Pepper Hamilton, et al.*, C.A. No. 04-1551
               *Stanziale v. McGladrey & Pullen LLP*, C.A. No. 05-72
               *MBIA Insurance Corp. v. Royal Indemnity Co.*, C.A. No. 02-1294

Dear Judge Farnan:

      We write on behalf of Royal Indemnity Co. ("Royal") in response to the proposed case management order submitted by Pepper Hamilton LLP ("Pepper") in two of the above cases. Royal opposes that proposal for the following reasons, and submits herewith its proposed case management order.

      Pepper's proposed case management order allows no period for Royal and the Trustee to submit new expert reports in light of the Court's prior ruling striking three expert reports, as Royal and the Trustee requested in emergency papers filed yesterday. Pepper opposes the submission of new expert reports by Royal.

      The schedule Pepper proposes allows Pepper and the other defendants an additional two weeks to file their own expert reports. Ironically, this additional time would only be necessary to respond to new expert reports from plaintiffs, since Pepper has had sufficient time under the current Court case management order to respond to Royal's other expert reports.

      By contrast, Royal's proposed case management order submitted herewith allows both Royal and Trustee to file new expert reports by June 15, 2007 in lieu of the stricken expert reports and allows all defendants the same amount of time as the current order to submit their reports (responsive to both the existing expert reports and any new expert reports).

Hon. Joseph J. Farnan, Jr.
May 30, 2007
Page 2

      As these cases currently stand, all case management orders in each of the four above cases set forth identical schedules. We would expect, given the high degree of factual and expert overlap among the cases and the coordinated discovery and other proceedings that have occurred to date, that any revised order would apply to all four cases.

                                      Respectfully Submitted,

                                      ***/s/Philip Trainer, Jr.***

                                      Philip Trainer, Jr. (#2788)

cc:    counsel of record on attached service list (with enclosures)
181068.1

**SERVICE LIST**

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | **HAND DELIVERY** |
| David E. Wilks, Esquire<br>Reed Smith LLP<br>1201 North Market Street, Suite 1500<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899 | **HAND DELIVERY** |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Charlene D. Davis, Esquire<br>Mary E. Augustine, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19899 | **HAND DELIVERY** |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019 | **VIA FEDEX** |
| Charles A. Gillman, Esquire<br>David Montone, Esquire<br>David G. Januszewski, Esquire<br>M. Justin Lubeley, Esquire | **VIA FEDEX** |

Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY  10005-1702

Elizabeth K. Ainslie, Esquire                                                                VIA FEDEX
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Richard P. Swanson, Esquire                                                                VIA FEDEX
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Steven M. Farina, Esquire                                                                  VIA FEDEX
Thomas H.L. Selby
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC  20005

Andre G. Castaybert, Esquire                                                               VIA FEDEX
Ronald Rauchberg, Esquire
Steven Obus, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299

Michael S. Waters, Esquire                                                                 VIA FEDEX
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079

Neil G. Epstein, Esquire                                                                   VIA FEDEX
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA  19102

Andrew N. Yao                                                                              U.S. MAIL
107 Leighton Drive
Bryn Mawr, PA  19010