IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al.,<br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ROYAL INDEMNITY COMPANY,<br>    Defendant/Counterclaim Plaintiff. | )<br>)<br>)  C.A. No. 02-1294-JJF<br>)<br>)<br>)<br>)<br>) |
| CHARLES A. STANZIALE, JR., Ch. 7 Trustee,<br>    Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 04-1551-JJF<br>)<br>)<br>) |
| CHARLES A. STANZIALE, JR., Ch. 7 Trustee,<br>    Plaintiff,<br><br>v.<br><br>McGLADREY & PULLEN LLP, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 05-72-JJF<br>)<br>)<br>) |
| ROYAL INDEMNITY COMPANY,<br>    Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 05-165-JJF<br>)<br>)<br>) |

## SECOND AMENDED CASE MANAGEMENT ORDER #1

Having considered the submissions and stipulations of the parties, the following amended schedule supersedes the April 10, 2006 Case Management Order #1 and will govern pretrial proceedings unless otherwise amended for good cause shown:

| | | |
|---|---|---|
| 1. | 8/21/06 | Deposition discovery may commence |
| 2. | 2/7/07 | Discovery status conference |

| 3.  | 3/12/07  | Parties shall serve brief disclosures regarding the subject matters of anticipated expert testimony |
| --- | --- | --- |
| 4.  | 3/16/07  | Date by which all written discovery must be propounded. |
| 5.  | 4/30/07  | Close of fact discovery |
| 6.  | 6/15/07  | Plaintiffs' expert reports due |
| 7.  | 7/13/07  | Defendants' expert reports due |
| 8.  | 7/27/07  | Date by which plaintiffs may submit rebuttal expert reports |
| 9.  | 7/27/07  | Expert discovery may commence |
| 10. | 7/30/07  | Parties may submit letters to the Court regarding issues to be raised on summary judgment |
| 11. | TBD      | Status conference regarding issues to be raised on summary judgment |
| 12. | 8/31/07  | Close expert discovery |
| 13. | 9/6/07   | Pretrial conference |
| 14. | 10/02/07 | Pretrial order pursuant to Local Rule 16.4 shall be filed |
| 15. | 10/10/07 | Trial commences |

SO ORDERED this _____ day of _____, 2007

                                                                                         _____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

181070.1