# Proposal B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al., <br> Plaintiffs/Counterclaim Defendants, <br> <br> v. <br> <br> ROYAL INDEMNITY COMPANY, <br> Defendant/Counterclaim Plaintiff. | ) <br> ) <br> ) C.A. No. 02-1294-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |
| CHARLES A. STANZIALE, JR., Ch. 7 Trustee, <br> Plaintiff, <br> <br> v. <br> <br> PEPPER HAMILTON LLP, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-1551-JJF <br> ) <br> ) <br> ) |
| CHARLES A. STANZIALE, JR., Ch. 7 Trustee, <br> Plaintiff, <br> <br> v. <br> <br> McGLADREY & PULLEN LLP, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-72-JJF <br> ) <br> ) <br> ) |
| ROYAL INDEMNITY COMPANY, <br> Plaintiff, <br> <br> v. <br> <br> PEPPER HAMILTON LLP, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-165-JJF <br> ) <br> ) <br> ) |

## SECOND AMENDED CASE MANAGEMENT ORDER #1

Having considered the submissions and stipulations of the parties, the following amended schedule supersedes the April 10, 2007 First Amended Case Management Order #1 and will govern pretrial proceedings unless otherwise amended for good cause shown:

| 1. | 8/21/06 | Deposition discovery may commence |
|---|---|---|
| 2. | 2/07/07 | Discovery status conference |

| 3.  | 3/12/07  | Parties shall serve brief disclosures regarding the subject matters of anticipated expert testimony |
| --- | -------- | --- |
| 4.  | 3/16/07  | Date by which all written discovery must be propounded. |
| 5.  | 4/30/07  | Close of fact discovery |
| 6.  | 6/15/07  | Plaintiffs' replacement expert reports due |
| 7.  | 7/13/07  | Defendants' expert reports due |
| 8.  | 7/27/07  | Date by which plaintiffs may submit rebuttal expert reports |
| 9.  | 7/27/07  | Expert discovery may commence |
| 10. | 7/30/07  | Parties may submit letters to the Court regarding issues to be raised on summary judgment no later than 7/30/07 |
| 11. | TBD      | Status conference regarding issues to be raised on summary judgment |
| 12. | 9/05/07  | Close expert discovery |
| 13. | 10/02/07 | Pretrial order, suggested voir dire questions, proposed jury instructions, and proposed special verdict/interrogatories to be filed pursuant to Local Rules 16.4, 47.1 and 51.1, respectively. |
| 14. | 10/05/07 | Pretrial conference |
| 15. | 10/10/07 | Trial commences |

SO ORDERED this ____ day of _____, 2007

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE