IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBIA INSURANCE CORPORATION, et al.,<br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ROYAL INDEMNITY COMPANY,<br>    Defendant/Counterclaim Plaintiff, | ) ) ) ) ) ) ) ) ) ) | C.A. No. 02-1294-JJF |
| CHARLES A. STANZIALE, JR., Ch. 7 Trustee,<br>    Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR., Ch. 7 Trustee,<br>    Plaintiff,<br><br>v.<br><br>MCGLADREY & PULLEN LLP, et al.,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY,<br>    Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-165-JJF |

**CERTIFICATE OF SERVICE**

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy of **The Parties' Alternative Proposals Regarding Revised Case Management Order**

was made on June 8, 2007 upon the individuals on the attached service list *via* first class mail, postage pre-paid.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: June 8, 2007
      Wilmington, Delaware

*[signature]*

Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  rwriley@duanemorris.com

## Service List

William H. Sudell, Jr., Esq.
Daniel Butz, Esq.
Donna L. Culver, Esq.
Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899

Elizabeth K. Ainslie, Esq.
Schnader Harrison Segal & Lewis, LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103

Michael S. Waters, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102

John H. Eickemeyer, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Andre G. Castaybert, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Steven M. Farina, Esq.
Thomas H.L. Selby, Esq.
Katherine Hayes, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC 20005

Lawrence C. Ashby, Esq.
Tiffany Geyer Lydon, Esq.
Philip Trainer, Jr., Esq.
Andrew D. Cordo, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Karen Lee Turner, Esq.
Eckert Seamans Cherin & Mellott, LLP
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Neil G. Epstein, Esq.
Eckert Seamans Cherin & Mellott, LLP
1515 Market Street, 9th Floor
Philadelphia, PA 19102

John W. Shaw, Esq.
Dawn Jones, Esq.
David C. McBride, Esq.
Chad S.C. Stover, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19899

Richard P. Swanson, Esq.
Veronica E. Rendon, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

James J. Rodgers, Esq.
Laura E. Vendzules, Esq.
Andrew M. Marble, Esq.
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595

Michael H. Barr, Esq.
Kenneth J. Phaehler, Esq.
Robert W. Gifford, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020-1089

Charles A. Gillman, Esq.
David Montone, Esq.
David G. Januszewski, Esq.
M. Justin Lubeley, Esq.
Cahill Grodon & Reindel, LLP
80 Pine Street
New York, NY 10005-1702

Charlene M. Davis, Esq.
Ashley B. Stitzer, Esq.
Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

David E. Wilks, Esq.
Thad J. Bracegirdle, Esq.
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801