# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

MICHAEL R. LASTOWSKI
DIRECT DIAL: 302.657.4942
E-MAIL: mlastowski@duanemorris.com

www.duanemorris.com

June 8, 2007

**VIA HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 North King Street, Room 4124, Lockbox 27
Wilmington, DE 19801

Re: MBIA Insurance Corporation, et al. v. Royal Indemnity Company, Case No. 02-1294-JJF; Charles A. Stanziale, Jr., Ch. 7 Trustee v. Pepper Hamilton LLP, et al., Case No. 04-1551-JJF; Charles A. Stanziale, Jr., Ch. 7 Trustee v. McGladrey & Pullen LLP, et al., Case No. 05-72-JJF; Royal Indemnity Company v. Pepper Hamilton LLP, et al., Case No. 05-165-JJF

Dear Judge Farnan:

On behalf of all parties in the above-captioned matters, attached is a courtesy copy of the Parties' Alternative Proposals Regarding Revised Case Management Order, which was filed with the Clerk today.

Respectfully,

Michael R. Lastowski /RWR

MRL/ata
Enclosure
cc: David E. Wilks, Esq.
 Thad J. Bracegirdle, Esq.
 Lawrence C. Ashby, Esq.
 Philip Trainer, Jr., Esq.
 Tiffany L. Geyer, Esq.
 Andrew D. Cordo, Esq.
 Charlene D. Davis, Esq.
 David C. McBride, Esq.
 John W. Shaw, Esq.
 Dawn M. Jones, Esq.

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246   PHONE: 302.657.4900   FAX: 302.657.4901

DuaneMorris

The Honorable Joseph J. Farnan, Jr.
June 8, 2007
Page 2

    Chad S. C. Stover, Esq.
    William H. Sudell, Jr., Esq.
    Donna L. Culver, Esq.
    Daniel B. Butz, Esq.
    Karen Lee Turner, Esq.