IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBIA INSURANCE CORPORATION and WELLS FARGO BANK, N.A. (f/k/a WELLS FARGO BANK MINNESOTA N.A.) as TRUSTEE, et al., | ) ) ) ) | **REDACTED PUBLIC VERSION** |
| Plaintiffs/Counterclaim Defendants, | ) ) | C.A. No. 02-1294-JJF |
| v. | ) ) | |
| ROYAL INDEMNITY COMPANY, | ) ) | |
| Defendant/Counterclaim Plaintiff. | ) ) | |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1551-JJF |
| PEPPER HAMILTON LLP, et al., | ) ) | |
| Defendants. | ) ) | |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-72-JJF |
| McGLADREY & PULLEN LLP, et al., | ) ) | |
| Defendants. | ) ) | |

ROYAL INDEMNITY COMPANY,  )
           )
    Plaintiff,    )
           )
   v.        )  C.A. No. 05-165-JJF
           )
PEPPER HAMILTON LLP, W. RODERICK )
GAGNE', FREED MAXICK & BATTAGLIA )
CPAs, McGLADREY & PULLEN LLP, and )
MICHAEL AQUINO,    )
           )
    Defendants.   )

## DECLARATION OF JOHN GROSSBART IN OPPOSITION TO PEPPER HAMILTON'S AND W. RODERICK GAGNE'S MOTION TO STRIKE EXPERT REPORTS AND PRECLUDE TESTIMONY

I, John Grossbart, hereby declare as follows:

1.  I am a member of Sonnenschein Nath & Rosenthal LLP, counsel for plaintiff Royal Indemnity Company ("Royal") in the above matter.. I make this declaration in opposition to the motion of Defendants Pepper Hamilton LLP and W. Roderick Gagne in his capacity as an attorney at Pepper Hamilton LLP (collectively, "Pepper") to strike the expert reports and preclude the testimony of Professors Douglas Branson, Nancy Moore, and Steven Schwarcz.

2.  On May 7, 2007, Royal served all parties with eight expert reports, including the reports of Professor Nancy J. Moore and Professor Steven L. Schwarcz. On the same day, the Trustee produced five expert reports, including the report of Professor Douglas M. Branson.

**REDACTED**

**REDACTED**

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, information and belief and that this declaration was executed by me on this Twenty-Second day of May, 2007, at Chicago, Illinois.

_____
John Grossbart

12252951