IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHARLES A. STANZIALE, JR., Ch. 7 Trustee,

    Plaintiff,

v.

MCGLADREY & PULLEN LLP, et al.,

C.A. No. 05-72-JJF

ROYAL INDEMNITY COMPANY,

    Plaintiff,

v.

PEPPER HAMILTON LLP, et al.,

    Defendants.

C.A. No. 05-165-JJF

**STIPULATION AND ORDER EXTENDING TIME FOR CERTAIN PARTIES TO SUBMIT LETTERS REGARDING SUMMARY JUDGMENT**

Come now McGladrey & Pullen, LLP; Freed Maxick & Battaglia CPAs PC; Freed Maxick Sachs & Murphy, P.C.; Michael Aquino; Royal Indemnity Company; and Charles A. Stanziale, Jr., as Chapter 7 Trustee (collectively, the "Stipulation Parties"), by counsel, and state:

By the Second Amended Case Management Order #1, dated June 14, 2007, this Court established July 30, 2007 as the deadline for the parties' submission to the Court of letters regarding issues to be raised on summary judgment. The Stipulation Parties subsequently participated in a confidential mediation and have reached a binding settlement subject to final documentation and approval by the Bankruptcy Court. Because the Stipulation Parties have reached agreement to resolve all claims between them in the above-captioned matters, and in order to avoid further time and expense of litigation for the parties and the Court, the Stipulation

Parties respectfully submit that filing letters regarding summary judgment is unnecessary at this point.

Pursuant to Federal Rule of Civil Procedure 16, therefore, the Stipulation Parties stipulate and agree and move the Court for entry of an order as follows:

1. The July 30, 2007 deadline for the submission of letters to the Court regarding summary judgment issues, only insofar as it applies to claims between the Stipulation Parties, shall be adjourned until further notice by the Court.

2. In the event that that the final closing of the settlement agreements among the Stipulation Parties fails or becomes impossible, the Stipulation Parties shall promptly notify the Court and shall submit a joint proposed deadline for the submission of letters to the Court regarding summary judgment.

3. This Stipulation may be executed by facsimile and/or in original multiple counterparts, each of which shall be deemed an original.

/s/ David E. Wilks

REED SMITH LLP
David E. Wilks (No. 2793)
Thad J. Bracegirdle (No. 3691)
120 Market Street, Suite 1500
Wilmington, DE 19801
Phone: 302-778-7500
Fax: 302-778-7575

*Attorneys for Defendants Freed Maxick & Battaglia CPAs, PC and Freed Maxick Sachs & Murphy, P.C.*

/s/ Philip Trainer, Jr.

ASHBY & GEDDES
Lawrence C. Ashby (No. 4686)
Philip Trainer, Jr. (No.2788)
Tiffany L. Geyer (No. 3950)
Andrew D. Cordo (No. 4534)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Phone: 302-654-1888
Fax: 302-654-2067

*Attorneys for Plaintiff Royal Indemnity Company*

/s/ Christopher M. Winter

DUANE MORRIS LLP
Michael R. Lastowski (No. 3892)
Christopher M. Winter (No. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4951
Fax: 302-657-4901

*Counsel for Defendants McGladrey & Pullen, LLP and Michael Aquino*

THE BAYARD FIRM
Charlene D. Davis (No. 2336)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Phone: 302-655-5000
Fax: 302-658-6395

*Attorneys for Plaintiff Charles A. Stanziale, Jr. Chapter 7 Trustee*

Dated: July 30, 2007

## ORDER GRANTING STIPULATION

IT IS HEREBY ORDERED that aforesaid Stipulation is allowed.

Date: _____

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge