IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al. ) | |
| ) | |
| Plaintiffs and ) | |
| Counterclaim Defendants, ) | |
| ) | |
| v. ) | C.A. No. 02-1294-JJF |
| ) | |
| ROYAL INDEMNITY COMPANY, ) | |
| ) | |
| Defendant and ) | |
| Counterclaim Plaintiff. ) | |
| _____ ) | |
| ) | |
| ROYAL INDEMNITY COMPANY, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANDREW N. YAO, et al. ) | |
| ) | |
| Third-Party Defendants. ) | |
| _____) | |
| ) | |
| ROYAL INDEMNITY COMPANY, ) | |
| ) | |
| Counter-Claimant, ) | |
| ) | |
| v. ) | |
| ) | |
| MBIA BANK, et al. ) | |
| ) | |
| Counter-Defendants. ) | |
| _____ ) | |

| | | |
|---|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, et al., )<br>)<br>Defendants. ) | | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>McGLADREY & PULLEN LLP, et al. )<br>)<br>Defendants. ) | | C.A. No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, et al. )<br>)<br>Defendants. ) | | C.A. No. 05-165-JJF |

## NOTICE OF SERVICE

I, Daniel B. Butz , certify that I am not less than 18 years of age, and that copies of the following were served on July 30, 2007, in the manner indicated upon the entities identified on the service list attached hereto.

    (i)      Notice Of Deposition Of Harry Steinmetz;

    (ii)     Notice Of Deposition Of Myron S. Glucksman;

    (iii)    Notice Of Deposition Of David Pauker;

    (iv)    Notice Of Deposition Of William J. Spears;

    (v)     Notice Of Deposition Of Myer Strauss;

    (vi)    Notice Of Deposition Of Bruce A. Green;

    (vii)   Notice Of Deposition Of Donald W. Glazer; and

    (viii)  Notice Of Deposition Of George K. Bernstein.

Dated: July 31, 2007
    Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Daniel B. Butz
William H. Sudell, Jr., Esq. (No. 0463)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

*Counsel for defendant Pepper Hamilton LLP and W. Roderick Gagné*

1089122.1