IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, *et al.*,<br><br>       Plaintiffs and<br>       Counterclaim Defendants,<br><br>       v.<br><br>ROYAL INDEMNITY COMPANY,<br><br>       Defendant and<br>       Counterclaim Plaintiff. | C.A. No. 02-1294-JJF |
| CHARLES A. STANZIALE, CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>PEPPER HAMILTON LLP, *et al.*,<br><br>       Defendants. | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>McGLADREY & PULLEN LLP, *et al.*,<br><br>       Defendants. | C.A. No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY,<br><br>       Plaintiff,<br>       v.<br><br>PEPPER HAMILTON LLP, *et al.*,<br><br>       Defendants. | C.A. No. 05-165-JJF |

**<u>NOTICE OF DEPOSITIONS</u>**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, and this Court's June 14, 2007 Second Amended Case Management Order #1, Royal Indemnity Company will take the deposition upon oral examination of the following eight witnesses, each beginning at 9:30 a.m. on the date, and at the place, indicated below:

| Witness | Date | Location |
| --- | --- | --- |
| Peter Humphreys | Aug. 23, 2007 | Cahill Gordon & Reindel LLP<br>Eighty Pine Street<br>New York, NY 10005-1702 |
| Richard A. Price | Aug. 24, 2007 | Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103 |
| Constance B. Foster | Aug. 28, 2007 | Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103 |
| Ronald E. Mallen | Aug. 30, 2007 | Cahill Gordon & Reindel LLP<br>Eighty Pine Street<br>New York, NY 10005-1702 |
| Robert A. Lazenby | Aug. 30, 2007 | Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 |
| Seamus O'Neill | Aug. 31, 2007 | Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103 |
| Charles R. Lundelius, Jr. | Sept. 6, 2007 | Schnader Harrison Segal & Lewis LLP<br>The James Monroe Building<br>2001 Pennsylvania Ave., NW, Suite 300<br>Washington, DC 20006-1825 |
| R. Franklin Balotti | Sept. 7, 2007 | Morris, Nichols, Arsht & Tunnell LLP<br>Chase Manhattan Centre, 18th Floor<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801 |

Each of the foregoing witnesses shall produce at the deposition all documents that such witness reviewed and upon which such witness relied in connection with the formation of the opinions such witness has expressed and intends to express in the above-captioned actions that were not disclosed in the report(s) the witness submitted in the above-captioned actions. The deposition shall be recorded stenographically and will continue from day to day until completed. All counsel of record are invited to attend and participate.

                                            ASHBY & GEDDES

                                            */s/Andrew D. Cordo*

                                            Philip Trainer, Jr. (#2788)
                                            Tiffany Geyer Lydon (#3950)
                                            Andrew D. Cordo (#4534)
                                            500 Delaware Avenue, 8th Floor
                                            Wilmington, Delaware 19899
                                            (302) 654-1888
                                            (302) 654-2067 (fax)
                                            ptrainer@ashby-geddes.com
                                            tlydon@ashby-geddes.com

OF COUNSEL:                             acordo@ashby-geddes.com
Michael H. Barr
Kenneth J. Pfaehler                            *Attorneys for Royal Indemnity Company*
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700
(212) 768-6800 (fax)

    and

Alan S. Gilbert
John I. Grossbart
Steven L. Merouse
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)
Dated: August 13, 2007
183054.1