IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al.<br><br>    Plaintiffs and<br>    Counterclaim Defendants,<br><br>v.<br><br>ROYAL INDEMNITY COMPANY,<br><br>    Defendant and<br>    Counterclaim Plaintiff. | C.A. No. 02-1294-JJF |
| ROYAL INDEMNITY COMPANY,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>ANDREW N. YAO, et al.,<br><br>    Third-Party Defendants. | |
| ROYAL INDEMNITY COMPANY,<br><br>    Counter-Claimant,<br><br>v.<br><br>MBIA BANK, et al.,<br><br>    Counter-Defendants. | |

631196v1

| | |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PEPPPER HAMILTON LLP, et al., <br><br> Defendants. | : <br> : <br> : <br> : C.A. No. 04-1551-JJF <br> : <br> : <br> : <br> : |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> McGLADREY & PULLEN LLP, et al., <br><br> Defendants. | : <br> : <br> : <br> : C.A. No. 05-72-JJF <br> : <br> : <br> : <br> : |
| ROYAL INDEMNITY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON LLP, et al., <br><br> Defendants. | : <br> : <br> : C.A. No. 05-165-JJF <br> : <br> : <br> : <br> : |

### NOTICE OF DEPOSITION OF J. MARK PENNY

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure as well as the Second Amended Case Management Order #1 entered

631196v1

by the Court on June 14, 2007, plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, will take the deposition upon oral examination of J. Mark Penny, beginning on Wednesday, September 5, 2007, at 9:30 a.m., at the offices of Eckert Seamans Cherin & Mellott, LLC, Two Liberty Place, 50 South 16th Street, 22nd Floor, Philadelphia, PA 19102. Mr. Penny is directed to produce at the deposition all documents that he reviewed and upon which he relied in connection with his formation of the opinions he has expressed and intends to express in the above-captioned actions that were not disclosed in the report of Mr. Penny submitted in the above-captioned actions. The deposition shall be recorded stenographically. The deposition will continue from day to day until completed pursuant to the provisions of the Second Amended Case Management Order #1. All counsel of record are invited to attend and participate.

Dated: August 14, 2007
      Wilmington, Delaware

THE BAYARD FIRM

Charlene D. Davis, Esquire (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone: (302) 655-5000

-and-

Michael S. Waters, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079
(973) 622-7711
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee*

631196v1