# CERTIFICATE OF SERVICE

I, Mary E. Augustine, do hereby certify that on the 14th day of August, 2007, I caused a true and correct copy of the **Notice of Deposition of Edward M. Waddington** to be served upon the parties listed below in the manner indicated.

**VIA ELECTRONIC MAIL**

Stephen J. Shapiro, Esquire
sshapiro@schnader.com

Veronica E. Rendon, Esquire
Veronica.Rendon@aporter.com

Andre G. Castaybert, Esquire
acastaybert@proskauer.com

John I. Grossbart, Esquire
jgrossbart@sonnenschein.com

John H. Eickemeyer, Esquire
jeickemeyer@vedderprice.com

Charles A. Gilman, Esquire
cgilman@cahill.com

William H. Sudell, Jr., Esquire
wsudell@mnat.com

Christopher M. Winter, Esquire
cmwinter@duanemorris.com

John W. Shaw, Esquire
jshaw@ycst.com

Neil G. Epstein, Esquire
nepstein@eckertseamans.com

Karen Singer, Esquire
KSinger@eckertseamans.com

Alan S. Gilbert, Esquire
agilbert@sonnenschein.com

Brian L. Friedman, Esquire
blfriedman@proskauer.com

Bruce Merenstein, Esquire
bmerenstein@schnader.com

David G. Januszewski, Esquire
djanuszewski@cahill.com

David Montone, Esquire
dmontone@cahill.com

Dawn Jones, Esquire
djones@ycst.com

David C. McBride, Esquire
dmcbride@ycst.com

David E. Wilks, Esquire
DWilks@ReedSmith.com

Elizabeth K. Ainslie, Esquire
eainslie@schnader.com

Jason M. Butler, Esquire
Jason_Butler@aporter.com

M. Justin Lubeley, Esquire
jlubeley@cahill.com

Jonathan A. Wexler, Esquire
jwexler@vedderprice.com

Kenneth J. Pfaehler, Esquire
kpfaehler@sonnenschein.com

Lisa A. Bauer, Esquire
lbauer@proskauer.com

Lisa A. MacVittie, Esquire
lmacvittie@sonnenschein.com

667382-1

-2-

| | |
|---|---|
| Michael H. Barr, Esquire<br>mbarr@sonnenschein.com | Michael R. Lastowski, Esquire<br>mrlastowski@duanemorris.com |
| Marie A. Tieri, Esquire<br>mtieri@vedderprice.com | Nicholas LePore, Esquire<br>nlepore@schnader.com |
| Robert W. Gifford, Esquire<br>rgifford@sonnenschein.com | Richard P. Swanson, Esquire<br>richard.swanson@aporter.com |
| Ronald Rauchberg, Esquire<br>rauchberg@proskauer.com | Steven M. Farina, Esquire<br>sfarina@wc.com |
| Steven L. Merouse, Esquire<br>smerouse@sonnenschein.com | Steven Obus, Esquire<br>sobus@proskauer.com |
| Tiffany Geyer Lydon, Esquire<br>tlydon@ashby-geddes.com | Thomas H.L. Selby, Esquire<br>TSelby@wc.com |
| Carol Press, Esquire<br>CPress@eckertseamans.com | |

Mary E. Augustine (No. 4477)

667382-1