IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| STUDENT FINANCE CORPORATION, | Case No. 02-11620 (KJC) |
| Debtor. | Objection Date: September 6, 2007 at 4:00 p.m.<br>Hearing Date: September 13, 2007 at 10:00 a.m. |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION | Adv. Pro. No. 04-58003 |
| Plaintiff, | Civil Action No. 05-72 (JJF) |
| v. | |
| McGLADREY & PULLEN LLP, *et al.* | |
| Defendants. | |

## NOTICE OF MOTION

TO:   UNITED STATES TRUSTEE AND
       ALL PARTIES REQUESTING SPECIAL NOTICE

Charles A. Stanziale, Jr., as Chapter 7 Trustee for Student Finance Corporation (the "Trustee") has filed a **Motion** (the "Motion") **to Approve Settlement Agreement with McGladrey & Pullen LLP, Freed Maxick & Battaglia CPAs PC, Freed Maxick Sachs & Murphy, P.C. and Michael Aquino** (collectively, the "Accountants"). By the Motion, the Trustee seeks an order (i) approving the proposed Settlement Agreement with the Accountants on the terms set forth in the Motion and the Settlement Agreement (as defined therein); (ii) compromising and settling the above-captioned Adversary Proceeding; and (iii) granting the Trustee the authority to execute all documents and take all actions necessary to effectuate the terms of the Settlement Agreement. Any responses to the Motion must be filed on or before **September 6, 2007, at 4:00 p.m.**

667998-1

At the same time, you must also serve a copy of the response on each the following:

| | |
|---|---|
| Michael S. Waters<br>Lois H. Goodman<br>McElroy, Deutsch, Mulvaney &<br>    Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Fax: (973) 622-5314 | Steven M. Farina<br>Williams & Connolly LLP<br>725 Twelfth St., N.W.<br>Washington, DC 20005<br>Fax: (202) 434-5029<br><br>John H. Eickemeyer<br>Vedder Price Kaufman & Kammholz, P.C.<br>1633 Broadway, 47th floor<br>New York, NY 10019<br>Fax: (212) 407-7799 |
| Michael H. Barr<br>Richard M. Zuckerman<br>John A. Bicks<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Fax: (212) 768-6800 | Veronica E. Rendon<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022<br>Fax: (212) 715-1399 |

667998-1

A HEARING ON THE MOTION, IF NECESSARY, WILL BE HELD before the Honorable Kevin J. Carey, United States Bankruptcy Court, 824 N. Market Street, Wilmington, Delaware 19801 on **September 13, 2007 at 10:00 a.m.** If there are no timely objections received to the relief requested in the Motion, the Court may enter an Order approving the relief requested in the Motion without further notice or a hearing.

Dated: August 21, 2007

THE BAYARD FIRM

By: /s/ Charlene D. Davis
Charlene D. Davis (No. 2336)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Tel: (302) 655-5000

and

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Charles A. Stanziale, Jr.
Michael S. Waters
Lois H. Goodman
Jeffrey T. Testa
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel: (973) 622-7711

*Counsel to Charles A. Stanziale Jr., Chapter 7 Trustee for Student Finance Corporation*