## CERTIFICATE OF SERVICE

I, Charlene D. Davis, hereby certify that on this 21st day of August, 2007, I caused a copy of

the **Motion to Approve Settlement Agreement with McGladrey & Pullen LLP, Freed Maxick**

**& Battaglia CPAs PC, Freed Maxick Sachs & Murphy, P.C. and Michael Aquino** to be served

upon the parties listed below in the manner indicated and upon the attached 2002 service list via

First Class United States Mail.

## VIA ELECTRONIC MAIL

Stephen J. Shapiro, Esquire
sshapiro@schnader.com

Andre G. Castaybert, Esquire
acastaybert@proskauer.com

John H. Eickemeyer, Esquire
jeickemeyer@vedderprice.com

William H. Sudell, Jr., Esquire
wsudell@mnat.com

John W. Shaw, Esquire
jshaw@ycst.com

Karen Singer, Esquire
KSinger@eckertseamans.com

Brian L. Friedman, Esquire
blfriedman@proskauer.com

David G. Januszewski, Esquire
djanuszewski@cahill.com

Dawn Jones, Esquire
djones@ycst.com

David E. Wilks, Esquire
DWilks@ReedSmith.com

Veronica E. Rendon, Esquire
Veronica.Rendon@aporter.com

John I. Grossbart, Esquire
jgrossbart@sonnenschein.com

Charles A. Gilman, Esquire
cgilman@cahill.com

Christopher M. Winter, Esquire
cmwinter@duanemorris.com

Neil G. Epstein, Esquire
nepstein@eckertseamans.com

Alan S. Gilbert, Esquire
agilbert@sonnenschein.com

Bruce Merenstein, Esquire
bmerenstein@schnader.com

David Montone, Esquire
dmontone@cahill.com

David C. McBride, Esquire
dmcbride@ycst.com

Elizabeth K. Ainslie, Esquire
eainslie@schnader.com

667982-1

Jason M. Butler, Esquire
Jason_Butler@aporter.com

Jonathan A. Wexler, Esquire
jwexler@vedderprice.com

Lisa A. Bauer, Esquire
lbauer@proskauer.com
Michael H. Barr, Esquire
mbarr@sonnenschein.com

Marie A. Tieri, Esquire
mtieri@vedderprice.com

Robert W. Gifford, Esquire
rgifford@sonnenschein.com

Ronald Rauchberg, Esquire
rauchberg@proskauer.com

Steven L. Merouse, Esquire
smerouse@sonnenschein.com

Tiffany Geyer Lydon, Esquire
tlydon@ashby-geddes.com

Carol Press, Esquire
CPress@eckertseamans.com

M. Justin Lubeley, Esquire
jlubeley@cahill.com

Kenneth J. Pfaehler, Esquire
kpfaehler@sonnenschein.com

Lisa A. MacVittie, Esquire
lmacvittie@sonnenschein.com
Michael R. Lastowski, Esquire
mrlastowski@duanemorris.com

Nicholas LePore, Esquire
nlepore@schnader.com

Richard P. Swanson, Esquire
richard.swanson@aporter.com

Steven M. Farina, Esquire
sfarina@wc.com

Steven Obus, Esquire
sobus@proskauer.com

Thomas H.L. Selby, Esquire
TSelby@wc.com

Charlene D. Davis (No. 2336)

# Student Finance Corp.

## 2002 SERVICE LIST

Neal D. Colton, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia   PA   19103

David Buchbinder, Esquire
Office of the United States Trustee
Assistant United States Trustee
Room 2313
844 King Street
Wilmington   DE   19801

Kenneth E. Aaron
Weir & Partners LLP
Suite 1001
824 Market Street Mall
P.O. Box 708
Wilmington   DE   19899

Jennifer Hiller-Nimeroff, Esquire
Weir & Partners LLP
Suite 500
The Widener Building
1339 Chestnut Street
Philadelphia   PA   19107

Overton Thompson, III, Esquire
Bass, Berry & Sims PLC
Suite 2700
315 Deaderick Street
Nashville   TN   37238

Joel A. Waite, Esquire
Young Conaway Stargatt & Taylor, LLP
17th Floor
Brandywine Building
1000 West Street
Wilmington   DE   19801

Michael Foreman, Esquire
Andre Castaybert, Esquire
Proskauer Rose, LLP
1585 Broadway
New York   NY   10036

Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
Suite 1000
Mellon Bank Center
919 Market Street
Wilmington   DE   19801

Kenneth A. Rosen, Esquire
Andrew J. Pincus, Esquire
Lowenstein & Sandler, P.C.
65 Livingston Avenue
Roseland   NJ   07068

Philip Trainer, Jr., Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington   DE   19899

Peter D. Wolfson, Esquire
Andrew P. Lederman, Esquire
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York   NY   10020-1089

Debbie Pike
Student Finance Corporation
1405 Foulk Road
Suite 102
Wilmington   DE   19803-2769

# Student Finance Corp.

# 2002 SERVICE LIST

Howard A. Cohen, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington   DE   19801-1254


Charles A. Stanziale, Jr.,, Esquire
Jeffrey T. Testa, Esquire
Robert Donovan, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark   NJ   07102


James M. Matour, Esquire
Bruce S. Haines, Esquire
Hangley Aronchick Segal & Pudlin, A Professional
Corporation
One Logan Square, 27th Floor
Philadelphia   PA   19103-6933


Richard P. Swanson, Esquire
Arnold & Porter LLP
399 Park Avenue
New York   NY   10022-4690


Warren M. Schneider, CPA
Schneider & Company
9 Sylvan Way, Suite 280
Parsippany   NJ   07054


Wells Fargo Bank, N.A. Bankruptcy Dept.
3rd Party Servicing
3210 Lake Emma Rd #2000
Lake Mary   FL   32746


Simon F. Nynens
Mollie Kessler
Programmer's Paradise, Inc.
1157
Shrewsbury Avenue
Shrewsbury   NJ   07702


Darren Chick, Secretary
Delaware Enterprises
P.O. Box 9946
Newark   DE   19714-5046


Gina Baker Hantel, Esquire
Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
P.O. Box 20207
Nashville   TN   37202-0207


Brian Swanner
Alliance Mortgage Company
Bankruptcy Department
8120 Nations Way, Bldg. 100
Jacksonville   FL   32256


Andrew Skylar, Esquire
Law Offices of Andrew Skylar, P.C.
411 Route 70 East-Suite 200
Cherry Hill   NJ   08034
*Canon Financial Services, Inc.*


John Bicks, Esquire
Sonnenschein, Nath & Rosenthal
1221 Avenue of the Americas
New York   NY   10020-1089

# Student Finance Corp.

# 2002 SERVICE LIST

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
Jeffrey Bernstein, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark    NJ    07102
*Charles A. Stanziale, Jr.*

Edwin Goldsmith, II, Esq.
Law Offices of Edwin Goldsmith, II
1635 Market Street, 19th Floor
Philadelphia    PA    19103

James Horgan, CPA, Partner
Weiser, LLP
399 Thornall Street, 3rd Floor
Edison    NJ    08837

Gerald E. Burns, Esq.
Elizabeth Luening Long, Esq.
Buchanan INgersoll & Rooney PC
1835 Market Street, 14th Floor
Philadelphia    PA    19103-2985
*Career Path Defendants*

Peter J. Duhig, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington    DE    19801-1054
*Career Path Defendants*