IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, W. RODERICK )<br>GAGNE', FREED MAXICK & BATTAGLIA )<br>CPAs, McGLADREY & PULLEN LLP, and )<br>MICHAEL AQUINO, )<br>)<br>Defendants )<br>) | C.A. No. 05-165-JJF |
| CHARLES A. STANZIALE, JR., )<br>Chapter 7 Trustee of Student Finance )<br>Corporation, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>McGLADREY & PULLEN LLP and )<br>MICHAEL AQUINO, )<br>)<br>Defendants )<br>) | C.A. No. 05-72-JJF |
| CHARLES A. STANZIALE, JR., )<br>Chapter 7 Trustee of Student Finance )<br>Corporation, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, et al., )<br>)<br>Defendants. )<br>) | C.A. No. 04-1551-JJF |
| MBIA INSURANCE CORPORATION and )<br>WELLS FARGO BANK, N.A. (f/k/a WELLS )<br>FARGO BANK MINNESOTA N.A.) as )<br>TRUSTEE OF SFC GRANTOR TRUST, )<br>SERIES 2000-1, SFC GRANTOR TRUST, )<br>SERIES 2000-2, SFC GRANTOR TRUST, )<br>SERIES 2000-3, SFC GRANTOR TRUST, )<br>SERIES 2000-4, SFC GRANTOR TRUST, ) | C.A. No. 02-1294-JJF |

| | |
|---|---|
| SERIES 2001-1, SFC GRANTOR TRUST, SERIES 2001-2, SFC OWNER TRUST 2001-I, AND SFC GRANTOR TRUST, SERIES 2001-3,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ROYAL INDEMNITY COMPANY,<br><br>Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, MBIA Insurance Corporation and Wells Fargo Bank, N.A., hereby certifies that on August 30, 2007, copies of (1) Wells Fargo Bank, N.A.'s Seventh Set of Interrogatories to Royal Indemnity Company and (2) this Notice of Service were caused to be served upon the following counsel as indicated below:

**BY E-MAIL**

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103
Email: sshapiro@schnader.com

Michael S. Waters, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
Email: mwaters@mdmc-law.com

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott, LLC
50 South 16th Street
22nd Floor
Philadelphia. PA 19102-1909
Email: nepstein@eckertseamans.com

Michael Barr, Esquire
Kenneth J. Pfaehler, Esquire
Hector Garcia-Santana, Esquire
Sonnenshein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Email: mbarr@sonnenschein.com
Email: kpfaehler@sonnenschein.com
Email: hgarcia@sonnenschein.com

Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 100022
Email: veronica_rendon@aporter.com

Charles A. Stanziale, Esquire
Schwartz Tobia & Stanziale, P.A.
22 Crestmont Road
Montclair, NJ 07042
Email: cstanziale@mdmc-law.com

| | |
|---|---|
| Steven M. Farina, Esquire<br>Williams & Connolly LLP<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br>Email: tselby@wc.com | John H. Eickemeyer, Esquire<br>Vedder Price Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022<br>Email: jeickemeyer@vedderprice.com |
| Phillip Trainer, Jr., Esquire<br>Tiffany Geyer Lydon, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19801<br>Email: ptrainer@ashby-geddes.com<br>Email: tlydon@ashby-geddes.com | William H. Sudell, Jr., Esquire<br>Daniel B. Butz, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: wsudell@mnat.com<br>Email: dbutz@mnat.com |
| Anthony Saccullo, Esquire<br>Daniel K. Astin, Esquire<br>Ashley B. Stitzer, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Email: asaccullo@bayardfirm.com<br>Email: dastin@bayardfirm.com<br>Email: astitzer@bayardfirm.com | Christopher M. Winter, Esquire<br>Michael R. Lastkowski, Esquire<br>Duane Morris, LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>Email: cmwinter@duanemorris.com<br>Email: mlastkowski@duanemorris.com |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE 19801<br>Email: kturner@eckertseamans.com<br>Email: spoppiti@eckertseamans.com | |

**BY U.S. MAIL**

| | |
|---|---|
| Student Loan Servicing LLC<br>1405 Foulk Road, Suite 102<br>Wilmington, DE 19803-2769 | Andrew N. Yao<br>107 Leighton Drive<br>Bryn Mawr, PA 19010 |

PLEASE TAKE FURTHER NOTICE that on August 30, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Daniel Bryan Butz, Esquire
William H. Sudell, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Andrew Dieter Cordo, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Vernon R. Proctor, Esquire
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801

Jeffrey C. Wisler, Esquire
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Mary E. Augustine, Esquire
Charlene D. Davis, Esquire
Ashley Blake Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Susan E. Poppiti, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE 19801

David E. Wilks, Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*(Remainder of page left intentionally blank)*

|  |  |
|---|---|
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | */s/ Dawn M. Jones* |
| Of Counsel: | John W. Shaw (No. 3362) |
| Ronald S. Rauchberg | Dawn M. Jones (No. 4270) |
| Steven E. Obus | The Brandywine Building |
| Andre Castaybert | 1000 West Street, 17th Floor |
| Lisa Bauer | Wilmington, DE  19801 |
| Brian Friedman | 302-571-6600 |
| Erin Durba | *djones@ycst.com* |
| PROSKAUER ROSE LLP | |
| 1585 Broadway | *Attorneys for Counterclaim Defendant* |
| New York, New York 10036 | *Wells Fargo Bank, N.A.* |
| Tel: (212) 969-3000 | |
| Fax: (212) 969-2900 | |

Dated: August 30, 2007