IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| STUDENT FINANCE CORPORATION, | Case No. 02-11620 (KJC) |
| Debtor. | |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION | Adv. Pro. No. 04-58003 |
| Plaintiff, | Civil Action No. 05-72 (JJF) |
| v. | |
| McGLADREY & PULLEN LLP, et al. | RE: DOCKET NO. 209 |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that on August 21, 2007, Charles A. Stanziale, Jr., as Chapter 7 Trustee for Student Finance Corporation (the "Trustee") inadvertently filed the **Motion to Approve Settlement Agreement with McGladrey & Pullen LLP, Freed Maxick & Battaglia CPAs PC, Freed Maxick Sachs & Murphy, P.C. and Michael Aquino** [Docket No. 209] (the "Motion") in Civil Action No. 05-72 (JJF).

PLEASE TAKE FURTHER NOTICE that no response has been filed to the Motion and the Trustee hereby withdraws the Motion.

PLEASE TAKE FURTHER NOTICE that the Motion is now properly docketed in case number 02-11620 (KJC) in the United States Bankruptcy Court for the District of Delaware.

668902-1

Dated: August 30, 2007

THE BAYARD FIRM

By: *[signature: Charlene D. Davis]*

Charlene D. Davis (No. 2336)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Tel: (302) 655-5000

-and-

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Charles A. Stanziale, Jr.
Michael S. Waters
Lois H. Goodman
Jeffrey T. Testa
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel: (973) 622-7711

*Counsel to Charles A. Stanziale Jr.,
Chapter 7 Trustee for Student Finance
Corporation*

668902-1