IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., ) <br> Chapter 7 Trustee of Student Finance Corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> McGLADREY & PULLEN, LLP and ) <br> MICHAEL AQUINO, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 05-72 <br><br> Hon. Joseph J. Farnan, Jr. |

## NOTICE OF WITHDRAW OF COUNSEL

PLEASE TAKE NOTICE that Christopher M. Winter, Esquire of Duane Morris LLP hereby withdraws his appearance for McGladrey & Pullen LLP and Michael Aquino in the above-captioned case. Please continue to serve all notices and pleadings upon:

Michael R. Lastowski (DE 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
Email: mlastowski@duanemorris.com
Counsel to McGladrey & Pullen LLP and Michael Aquino

Dated: August 30, 2007          **DUANE MORRIS LLP**
        Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com

and

_____
Christopher M. Winter (DE 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  cmwinter@duanemorris.com

*Counsel for McGladrey & Pullen & Michael Aquino*