IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation <br><br> Plaintiff, <br><br> v. <br><br> McGLADREY & PULLEN, LLP and MICHAEL AQUINO, <br><br> Defendants. | C.A. No. 05-72 <br><br> Hon. Joseph J. Farnan, Jr. |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of the *Notice of Withdraw of Counsel* was made on August 30, 2007, upon the parties listed below in the manner indicated:

William H. Sudell, Jr., Esq.
Daniel Butz, Esq.
Donna L. Culver, Esq.
Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899

Lawrence C. Ashby, Esq.
Tiffany Geyer Lydon, Esq.
Philip Trainer, Jr., Esq.
Andrew D. Cordo, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Elizabeth K. Ainslie, Esq.
Schnader Harrison Segal & Lewis, LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103

Karen Lee Turner, Esq.
Eckert Seamans Cherin & Mellott, LLP
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Michael S. Waters, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102

Neil G. Epstein, Esq.
Eckert Seamans Cherin & Mellott, LLP
1515 Market Street, 9th Floor
Philadelphia, PA 19102

DM3\559606.1

| | |
|---|---|
| John H. Eickemeyer, Esq.<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | John W. Shaw, Esq.<br>Dawn Jones, Esq.<br>David C. McBride, Esq.<br>Chad S.C. Stover, Esq.<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |
| Andre G. Castaybert, Esq.<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036 | Richard P. Swanson, Esq.<br>Veronica E. Rendon, Esq.<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 |
| Steven M. Farina, Esq.<br>Thomas H.L. Selby, Esq.<br>Katherine Hayes, Esq.<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005 | James J. Rodgers, Esq.<br>Laura E. Vendzules, Esq.<br>Andrew M. Marble, Esq.<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103-7595 |
| Michael H. Barr, Esq.<br>Kenneth J. Phaehler, Esq.<br>Robert W. Gifford, Esq.<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Charlene M. Davis, Esq.<br>Ashley B. Stitzer, Esq.<br>Mary E. Augustine, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |
| Charles A. Gillman, Esq.<br>David Montone, Esq.<br>David G. Januszewski, Esq.<br>M. Justin Lubeley, Esq.<br>Cahill Grodon & Reindel, LLP<br>80 Pine Street<br>New York, NY 10005-1702 | David E. Wilks, Esq.<br>Thad J. Bracegirdle, Esq.<br>REED SMITH LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 |

DM3\559606.1

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 30, 2007
      Wilmington, Delaware

                                  **DUANE MORRIS LLP**

                                  */s/ Michael R. Lastowski*
                                  Michael R. Lastowski (DE 3892)
                                  1100 North Market Street, Suite 1200
                                  Wilmington, DE  19801
                                  Telephone:   (302) 657-4900
                                  Facsimile:    (302) 657-4901
                                  E-mail: mlastowski@duanemorris.com

DM3\559606.1