## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Limited Objection Of Pepper Hamilton LLP To The Motion Of Chapter 7 Trustee Charles A. Stanziale To Approve A Settlement Agreement with McGladrey & Pullen, LLP, Freed Maxick & Battaglia CPA's PC, Freed Maxick Sachs & Murphy, P.C. And Michael Aquino** was caused to be made on September 4, 2007, in the manner indicated, upon the individuals identified on the attached service list.

Date:  September 4, 2007
       Wilmington, Delaware

_____
Daniel B. Butz (No. 4227)

1225986.1

**SERVICE LIST**

**VIA FACSIMILE:**

Michael S. Waters
Lois H. Goodman
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
Fax: (973) 622-5314

Michael H. Barr
Richard M. Zuckerman
John A. Bicks
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020
Fax: (212) 768-6800

Steven M. Farina
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, DC 20005
Fax: (202) 434-5029

John H. Eickemeyer
Vedder Price Kaufman & Kammholz, P.C.
1600 Broadway, 47th Floor
New York, NY 10019
Fax: (212) 407-7799

Veronica E. Rendon
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
Fax: (212) 715-1399

Charlene D. Davis
The Bayard Firm
222 Delaware Avenue
Suite 900, P.O. Box 25130
Wilmington, DE 19899
Fax : (302) 658-6395

1226263.1