# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>                Plaintiff,<br><br>      v.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNE', FREED MAXICK & BATTAGLIA CPAs, McGLADREY & PULLEN LLP, and MICHAEL AQUINO,<br><br>                Defendants | ) ) ) ) ) ) C.A. No. 05-165-JJF ) ) ) ) ) ) ) ) ) |
| CHARLES A. STANZIALE, JR.,<br>Chapter 7 Trustee of Student Finance Corporation,<br>                Plaintiff,<br><br>      v.<br><br>McGLADREY & PULLEN LLP and MICHAEL AQUINO,<br><br>                Defendants | ) ) ) ) ) ) ) C.A. No. 05-72-JJF ) ) ) ) ) ) ) |
| CHARLES A. STANZIALE, JR.,<br>Chapter 7 Trustee of Student Finance Corporation,<br>                Plaintiff,<br><br>      v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>                Defendants. | ) ) ) ) ) ) ) C.A. No. 04-1551-JJF ) ) ) ) ) ) |
| MBIA INSURANCE CORPORATION and WELLS FARGO BANK, N.A. (f/k/a WELLS FARGO BANK MINNESOTA N.A.) as TRUSTEE OF SFC GRANTOR TRUST, SERIES 2000-1, SFC GRANTOR TRUST, | ) ) ) ) ) |

| | |
|---|---|
| SERIES 2000-2, SFC GRANTOR TRUST, | ) |
| SERIES 2000-3, SFC GRANTOR TRUST, | ) C.A. No. 02-1294-JJF |
| SERIES 2000-4, SFC GRANTOR TRUST, | ) |
| SERIES 2001-1, SFC GRANTOR TRUST, | ) |
| SERIES 2001-2, SFC OWNER TRUST 2001-I, | ) |
| AND SFC GRANTOR TRUST, SERIES 2001-3, | ) |
| | ) |
| Plaintiffs/Counterclaim Defendants, | ) |
| | ) |
| v. | ) |
| | ) |
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, Wells Fargo Bank N.A. as Trustee for Certain SFC Grantor and Owner Trusts requests that its **Motion To Compel The Deposition Of John P. Garvey** be heard on October 5, 2007 at 10:00 a.m.

Of Counsel:

Ronald S. Rauchberg
Steven E. Obus
André G. Castaybert
David T. McTaggart
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
(212) 969-3000

Dated: September 7, 2007

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Dawn M. Jones
David C. McBride (#408)
John W. Shaw (#3362)
Dawn M. Jones (#4270)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
(302) 571-6600

*Attorneys for Wells Fargo Bank N.A. as Trustee for Certain SFC Grantor and Owner Trusts*