IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br>            Debtor. | Chapter 7<br><br>Case No. 02-11620 (KJC)<br><br>**Re: D.I. Nos. 1646, 1649 & 1664** |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br>            Plaintiff,<br><br>            v.<br><br>MCGLADREY & PULLEN LLP, et al.,<br><br>            Defendants. | Adv. Pro. No. 04-58003<br><br>Civil Action No. 05-72 (JJF) |

**WITHDRAWAL OF LIMITED OBJECTION OF PEPPER HAMILTON LLP
TO THE MOTION OF CHAPTER 7 TRUSTEE CHARLES A. STANZIALE
TO APPROVE A SETTLEMENT AGREEMENT WITH MCGLADREY &
PULLEN, LLP, FREED MAXICK & BATTAGLIA CPAs PC,
FREED MAXICK SACHS & MURPHY, P.C. AND MICHAEL AQUINO**

In light of the Certification of Counsel Regarding Motion To Approve Settlement Agreement With McGladrey & Pullen LLP, Freed Maxick & Battaglia CPAs PC, Freed Maxick Sachhs & Murphy, P.C. And Michael Aquino, filed herein by counsel to Charles A. Stanziale, Jr., the Chapter 7 Trustee (Docket No. 1664), Pepper Hamilton LLP hereby withdraws its Limited Objection To The Motion Of Chapter 7 Trustee Charles A. Stanziale To Approve A Settlement Agreement With McGladrey & P)ullen, LLP, Freed Maxick & Battaglia CPAs PC, Freed Maxick Sachs & Murphy, P.C. And Michael Acquino (Docket No. 1649).

Dated: September 24, 2007                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                  _/s/ William H. Sudell, Jr._
                                                  William H. Sudell, Jr. (No. 0463)
                                                  Daniel B. Butz (No. 4227)
                                                  1201 North Market Street
                                                  P.O. Box 1347
                                                  Wilmington, DE  19899-1347
                                                  Telephone: (302) 658-9200
                                                  Facsimile:  (302) 658-3989

                                                  *Attorneys for Defendant Pepper Hamilton LLP*

1240807