UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 02-11620 |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>Plaintiff,<br>v.<br>McGLADREY & PULLEN LLP, et al.<br><br>Defendants. | Adv. Pro. No. 04-58003-DDS<br><br>(District Court Case No.<br>05-72-JJF)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that this action be and hereby is dismissed with prejudice.

Dated: October 10, 2007

THE BAYARD FIRM

By: /s/ Charlene D. Davis /pMEA
Charlene D. Davis
222 Delaware Avenue
Wilmington, DE 19801
(302) 655-5000

MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079
(973) 565-2051

*Attorneys for Charles A. Stanziale, Jr., solely in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Student Finance Corporation*

So Ordered: _____, 2007

WILLIAMS & CONNOLLY LLP

By: /s/ Steven M. Farina
Steven M. Farina
725 Twelfth St., N.W.
Washington, D.C. 20005
(202) 434-5526

*Attorneys for McGladrey & Pullen LLP*

ARNOLD & PORTER LLP

By: _____
Veronica E. Rendon
399 Park Avenue
New York, NY 10022-4690
(212) 715-1165

*Attorneys for McGladrey & Pullen LLP and Michael Aquino*

DUANE MORRIS LLP

By: _____
Christopher M. Winter
1100 North Market Street Suite 1200
Wilmington, DE 19801
(302) 657-4900

*Attorneys for McGladrey & Pullen LLP and Michael Aquino*

| | |
|---|---|
| THE BAYARD FIRM<br><br>By: _____<br>Charlene D. Davis<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>(302) 655-5000<br><br>MCELROY, DEUTSCH, MULVANEY &<br>CARPENTER, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079<br>(973) 565-2051<br><br>*Attorneys for Charles A. Stanziale, Jr., solely in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Student Finance Corporation* | WILLIAMS & CONNOLLY LLP<br><br>By: _____<br>Steven M. Farina<br>725 Twelfth St., N.W.<br>Washington, D.C. 20005<br>(202) 434-5526<br><br>*Attorneys for McGladrey & Pullen LLP*<br><br>ARNOLD & PORTER LLP<br><br>By: /s/ *(signature)*<br>Veronica E. Rendon<br>399 Park Avenue<br>New York, NY 10022-4690<br>(212) 715-1165<br><br>*Attorneys for McGladrey & Pullen LLP and Michael Aquino*<br><br>DUANE MORRIS LLP<br><br>By: _____<br>Christopher M. Winter<br>1100 North Market Street Suite 1200<br>Wilmington, DE 19801<br>(302) 657-4900<br><br>*Attorneys for McGladrey & Pullen LLP and Michael Aquino* |

So Ordered: _____, 2007

2

THE BAYARD FIRM

By: _____
Charlene D. Davis
222 Delaware Avenue
Wilmington, DE 19801
(302) 655-5000

McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079
(973) 565-2051

*Attorneys for Charles A. Stanziale, Jr., solely in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Student Finance Corporation*

So Ordered: _____, 2007

WILLIAMS & CONNOLLY LLP

By: _____
Steven M. Farina
725 Twelfth St., N.W.
Washington, D.C. 20005
(202) 434-5526

*Attorneys for McGladrey & Pullen LLP*

ARNOLD & PORTER LLP

By: _____
Veronica E. Rendon
399 Park Avenue
New York, NY 10022-4690
(212) 715-1165

*Attorneys for McGladrey & Pullen LLP and Michael Aquino*

DUANE MORRIS LLP

By: /s/ Michael R. Lastowski
Christopher M. Winter / Michael R. Lastowski (3892)
1100 North Market Street Suite 1200
Wilmington, DE 19801
(302) 657-4900

*Attorneys for McGladrey & Pullen LLP and Michael Aquino*

2