235

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In re:

STUDENT FINANCE CORPORATION,

Debtor.

CHARLES A. STANZIALE, JR.,
CHAPTER 7 TRUSTEE OF STUDENT
FINANCE CORPORATION,

Plaintiff,
v.
McGLADREY & PULLEN LLP, et al.

Defendants.

Chapter 7

Case No. 02-11620

Adv. Pro. No. 04-58003-DDS

(District Court Case No. 05-72-JJF)

STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that this action be and hereby is dismissed with prejudice.

Dated: October 10, 2007

THE BAYARD FIRM

By: *Charlene D Davis* /pMEA
Charlene D. Davis
222 Delaware Avenue
Wilmington, DE 19801
(302) 655-5000

MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079
(973) 565-2051

*Attorneys for Charles A. Stanziale, Jr., solely in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Student Finance Corporation*

WILLIAMS & CONNOLLY LLP

By: _____
Steven M. Farina
725 Twelfth St., N.W.
Washington, D.C. 20005
(202) 434-5526

*Attorneys for McGladrey & Pullen LLP*

ARNOLD & PORTER LLP

By: _____
Veronica E. Rendon
399 Park Avenue
New York, NY 10022-4690
(212) 715-1165

*Attorneys for McGladrey & Pullen LLP and Michael Aquino*

DUANE MORRIS LLP

By: _____
Christopher M. Winter
1100 North Market Street Suite 1200
Wilmington, DE 19801
(302) 657-4900

*Attorneys for McGladrey & Pullen LLP and Michael Aquino*

So Ordered: _____, 2007

2

9977773\V-14

THE BAYARD FIRM

By: _____
Charlene D. Davis
222 Delaware Avenue
Wilmington, DE 19801
(302) 655-5000

MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079
(973) 565-2051

*Attorneys for Charles A. Stanziale, Jr., solely in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Student Finance Corporation*

So Ordered: _____, 2007

WILLIAMS & CONNOLLY LLP

By: _____
Steven M. Farina
725 Twelfth St., N.W.
Washington, D.C. 20005
(202) 434-5526

*Attorneys for McGladrey & Pullen LLP*

ARNOLD & PORTER LLP

By: _____
Veronica E. Rendon
399 Park Avenue
New York, NY 10022-4690
(212) 715-1165

*Attorneys for McGladrey & Pullen LLP and Michael Aquino*

DUANE MORRIS LLP

By: _____
Christopher M. Winter
1100 North Market Street Suite 1200
Wilmington, DE 19801
(302) 657-4900

*Attorneys for McGladrey & Pullen LLP and Michael Aquino*

THE BAYARD FIRM

By: _____
Charlene D. Davis
222 Delaware Avenue
Wilmington, DE 19801
(302) 655-5000

McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079
(973) 565-2051

*Attorneys for Charles A. Stanziale, Jr., solely in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Student Finance Corporation*

So Ordered: _Oct. 12_, 2007
            /s/ Joseph J. Farnan Jr.

WILLIAMS & CONNOLLY LLP

By: _____
Steven M. Farina
725 Twelfth St., N.W.
Washington, D.C. 20005
(202) 434-5526

*Attorneys for McGladrey & Pullen LLP*

ARNOLD & PORTER LLP

By: _____
Veronica E. Rendon
399 Park Avenue
New York, NY 10022-4690
(212) 715-1165

*Attorneys for McGladrey & Pullen LLP and Michael Aquino*

DUANE MORRIS LLP

By: _/s/ Michael R. Lastowski_
~~Christopher M. Winter~~ Michael R. Lastowski (3892)
1100 North Market Street Suite 1200
Wilmington, DE 19801
(302) 657-4900

*Attorneys for McGladrey & Pullen LLP and Michael Aquino*

2